UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Roberto Almodovar, Jr.
                              Plaintiff,

v.                                              Case No.: 1:18–cv–02341
                                                      Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 30, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's counsel advised the courtroom deputy that summons has not yet been served on all defendants and requested that the initial status be reset. At counsel's request, the 6/1/18 status hearing is stricken and reset to 7/11/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.