# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERTO ALMODOVAR, JR. ) | |
| ) | Case No. 18 CV 2341 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| ) | |
| vs. ) | |
| ) | |
| ) | JURY DEMAND |
| REYNALDO GUEVARA, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

Please take notice that on Wednesday, **August 8, 2018, at 9:30 a.m.**, I shall appear before The Honorable Judge Joan B. Gottschall in Courtroom 2325, where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the **Defendants' Unopposed Motion for Reassignment Based on Relatedness.**


Dated:  July 31, 2018              /s/ Jeffrey N. Given
                                   JEFFREY N. GIVEN, Attorney No. 6184989
                                   *One of the Attorneys for City of Chicago*


James G. Sotos
Jeffrey N. Given
Josh M. Engquist
Caroline P. Golden
Jeffrey R. Kivetz
David A. Brueggen
**THE SOTOS LAW FIRM, P.C.**
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jgiven@jsotoslaw.com

## CERTIFICATE OF SERVICE

   I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on July 31 2018, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list:

| *Plaintiff's Attorneys* | *Attorneys for City of Chicago* |
|---|---|
| Jennifer Bonjean | Eileen E. Rosen |
| Ashley Blair Cohen | Stacy A. Benjamin |
| Bonjean LawGroup, PLLC | Catherine M. Barber |
| 1000 Dean Street | Patrick R. Moran |
| Suite 422 | Theresa B. Carney |
| Brooklyn, NY 11238 | Rock Fusco & Connelly, LLC |
| 718-875-1850 | 321 N. Clark, Suite 2200 |
| jennifer@bonjeanlaw.com | Chicago, Illinois 60654 |
| ashley@bonjeanlaw.com | 312-494-1000 |
| | erosen@rfclaw.com |
| | pmoran@rfclaw.com |
| | sbenjamin@rfclaw.com |
| | cbarber@rfclaw.com |
| | tcarney@rfclaw.com |

               /s/ Jeffrey N. Given
               JEFFREY N. GIVEN