## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Roberto Almodovar, Jr.
                                    Plaintiff,

v.                                                          Case No.: 1:18−cv−02341
                                                            Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 2, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants' unopposed motion for reassignment based on relatedness [17] is granted. Pursuant to Local Rule 40.4, the court finds that Negron v. Guevara et al., No. 18−CV−2701, is related to Almodovar v. Guevara et al., No. 18−CV−2341, and that Negron should be reassigned. See N.D. Ill. L.R. 40.4(d). "[A] copy of [this] finding will be forwarded to the Executive Committee together with a request that the Committee reassign the higher−numbered case...." Id. If Negron is reassigned, as agreed by the parties, the court finds that the Almodovar and Negron actions, which arise out of and are concerned with the facts of the same criminal case, "involve... common question[s] of law [and] fact." Fed. R. Civ. P. 42(a)(2). If reassigned, the cases will therefore be consolidated for all pretrial proceedings. The motion hearing set for 8/8/18 is stricken. No appearance is required. Further, and also conditioned upon reassignment, the defendants in Negron have not answered the complaint, and an answer deadline has not been set. Meanwhile, the parties in Almodovar have agreed that defendants' answer is due 9/10/18. Given the consolidation, an answer in Negron is also due 9/10/18. However, the parties are directed to consider whether filing a consolidated complaint in the two cases, and therefore a consolidated response, would be more efficient. After conferring, the parties should advise the court in writing on or before 8/8/18 of how they wish to proceed. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.