UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Roberto Almodovar, Jr., et al.
                                    Plaintiff,
v.                                                      Case No.: 1:18−cv−02341
                                                        Honorable Joan B. Gottschall
Reynaldo Guevara, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2021:

MINUTE entry before the Honorable M. David Weisman: Defendants ask the Court for a protective order barring plaintiff from being present at the deposition of Jacqueline Grande. See Fed. R. Civ. P. 26(c)(1)(E) ("The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" by, inter alia, "designating the persons who may be present while the discovery is conducted."). As the movants, defendants bear the burden of showing that good cause exists, and "[c]onclusory statements of hardship are not sufficient to carry this burden." Johnson v. Jung, 242 F.R.D. 481, 483 (N.D. Ill. 2007). Defendants say there is good cause here because Ms. Grande was a victim of the shooting for which plaintiff was convicted and has said that she will be fearful if he is present at her deposition. Defendants do not, however, offer an affidavit from Ms. Grande in support of their motion, and thus have not shown good cause for entry of a protective order. Accordingly, the Court denies without prejudice defendants' motion [161]. Motion hearing set for 9/14/21 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.