*Almodovar v. Guevara, et al.*
Case No. 18 CV 2341

*Negron v. Guevara, et al.*
Case No. 18 CV 2701

# EXHIBIT 13

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   ROBERTO ALMODOVAR, JR.,     )
                                )
4          Plaintiff,    )
                                )
5        vs.            )   No. 18 CV 2341
                                )
6   REYNALDO GUEVARA, et al.,   )
                                )
7          Defendants.   )
    ------------------------  )
8   WILLIAM NEGRON,           )
                                )
9          Plaintiff,    )
                                )
10       vs.            )   No. 18 CV 2701
                                )
11   REYNALDO GUEVARA, et al.,   )
                                )
12           Defendants.    )

13        The videotaped deposition of KENNELLY SAEZ,

14   taken pursuant to the Federal Rules of Civil

15   Procedure, before Katie K. Elliott, Certified

16   Shorthand Reporter No. 084-004537, via Zoom Video

17   Teleconference, on Wednesday, September 15, 2021,

18   commencing at 10:14 a.m. pursuant to notice.

19     APPEARANCES:

20        BONJEAN LAW GROUP, PLLC, by
          MS. JENNIFER A. BONJEAN and
21        MS. ASHLEY BLAIR COHEN
        (467 Saint Johns Place,
22         Brooklyn, New York  11238
        718.875.1850
23        jennifer@bonjeanlaw.com
        ashley@bonjeanlaw.com)
24           appeared on behalf of the plaintiff
          Roberto Almodovar, Jr.;

Page 2

```
 1    APPEARANCES:  (Cont'd)
 2    LOEVY & LOEVY, by
        MS. LINDSAY HAGY
 3        (311 North Aberdeen Street, Third Floor
          Chicago, Illinois  60607
 4        312.243.5900
          lindsay@loevy.com)
 5         appeared on behalf of the plaintiff
           William Negron;
 6
      LEINENWEBER BARONI & DAFFADA, LLC, by
 7    MS. MEGAN K. McGRATH
        (120 North LaSalle Street, Suite 2000
 8      Chicago, Illinois  60603
        866.786.3705
 9      mkm@ilesq.com)
          appeared on behalf of the defendant
10         Reynaldo Guevara;
11    THE SOTOS LAW FIRM, PC, by
        MR. JOSH ENGQUIST
12      (141 West Jackson Boulevard, Suite 1240A
        Chicago, Illinois  60604
13      630.735.3300
        jengquist@sotoslaw.com)
14         appeared on behalf of the individual
           police officer defendants;
15
      ROCK FUSCO & CONNELLY, LLC
16    MS. THERESA B. CARNEY and
        MS. JESS ZEHNER
17      (321 North Clark Street, Suite 2200
        Chicago, Illinois  60654
18      312.494.1000
        tcarney@rfclaw.com
19      jzehner@rfclaw.com)
          appeared on behalf of the defendant
20         City of Chicago.
21    ALSO PRESENT:
22    Mr. Derek Letellier, Certified Legal
      Videographer, Urlaub Bowen & Associates.
23
24    Mr. Roberto Almodovar, Jr.

            * * * * * * *
```

Page 3

```
 1               I N D E X
 2
      Witness:                        Page
 3
      KENNELLY SAEZ
 4
      Examination by:
 5
      Mr. Engquist.................    7
 6    Ms. Bonjean.................    79
      Ms. Hagy....................   204
 7    Mr. Engquist.................  205
      Ms. Bonjean.................   239
 8
 9         E X H I B I T S
10    No.   Description        Marked/Referenced
11    1  Photograph of Apartment Building -
         RFC-Almodvar/Negron 170..............   85
12    2  Report of Proceedings - 11/30/2016.....  120
      3  Sworn Statement of Kennelly Saez -
13       8/6/1998...........................  153
      4  Article - A Man Just Walked Free From.. 172
14    5  Article - A Chicago Cop is Accused of
         Framing..............................  175
15    6  Affidavit of Kennelly Saez - 3/1/1995.. 217
      7  Report of Proceedings - 11/28/1995..... 217
16    8  Handwritten Note from 2/24/1996........ 223
      9  Investigator's Report - 2/4/1996....... 228
17
18    (Exhibits attached/scanned; Exhibit 8 retained.)
19
                --- 
20
21
22
23
24
```

Page 4

```
 1       THE LEGAL VIDEOGRAPHER:  This is media
 2  unit 1.  We are now on the video record.
 3       This is the videotaped discovery
 4  deposition of Kennelly Saez being taken on
 5  September 15, 2021.  The time is now 10:14 a.m. as
 6  indicated on the video screen.
 7       This deposition is being taken
 8  remotely by agreement of the parties by a court
 9  reporter certified to administer the oath and take
10  depositions in the State of Illinois.  This
11  deposition is being taken on behalf of the
12  defendant and video recorded on behalf of the
13  defendant in the matter Almodovar and Negron versus
14  Guevara, et al.  The case numbers are 18 CV 2341,
15  and 18 CV 2701, filed in the United States District
16  Court For the Northern District of Illinois,
17  Eastern Division.
18       My name is Derek Letellier,
19  certified legal videographer, representing Urlaub
20  Bowen & Associates with offices at 20 North Clark
21  Street, Suite 600, Chicago, Illinois.  The court
22  reporter today is Katie Elliott, also of Urlaub
23  Bowen & Associates.
24       Counsel, please identify yourselves
```

Page 5

```
 1  for the video record, state the parties which you
 2  represent, and state your agreement to conducting
 3  this deposition remotely.
 4       MS. BONJEAN:  Good morning, Mr. Saez.  My
 5  name is Jennifer Bonjean, that's B-o-n-j-e-a-n, and
 6  I represent Mr. Almodovar.
 7       I will place as a matter of record
 8  my associate Ashley Cohen is present for this
 9  deposition, as is my client Mr. Almodovar, who is
10  on the Zoom deposition as well.
11       And I also would ask for a
12  representation from defense counsel that this
13  deposition will -- that you will not take up the
14  full seven hours and will permit plaintiffs'
15  counsel to in fact ask some questions, although
16  I -- we don't have a lot of questions, but I just
17  want to make sure that we have the opportunity as
18  well.
19       MR. ENGQUIST:  Ms. Hagy, do you want to go
20  first and just get the plaintiffs done?
21       MS. HAGY:  Sure.  Hi, Mr. Saez, my name is
22  Lindsay Hagy.  I represent plaintiff William
23  Negron, and my last name is H-a-g-y.  And I agree
24  to a video dep.  Is that what I'm supposed to agree
```

Page 6

1 to?
2     MR. ENGQUIST:  Yes.
3         Josh Engquist on behalf of the
4 defendants Olszewski, Mingey, and Halvorsen.  I
5 agree that this deposition be taken pursuant to
6 Zoom.
7         And yes, Ms. Bonjean, we already
8 have an agreement that you'll have three and a half
9 hours out of the seven.
10     MS. BONJEAN:  Thank you very much.  Although
11 I have no intention of taking all that time.  I
12 just want to make sure that we were in agreement on
13 that before we got to the end of the deposition.
14 Thank you.
15     MS. CARNEY:  Theresa Carney on behalf of the
16 defendant City of Chicago.  Also here is our
17 associate Jessica Zehner, Z-e-h-n-e-r.
18     MS. McGRATH:  Morning, Megan McGrath on
19 behalf of defendant Guevara.
20     THE LEGAL VIDEOGRAPHER:  If the court
21 reporter could please remotely swear in the witness.
22         (Witness sworn.)
23
24

Page 7

1             KENNELLY SAEZ
2 called as a witness herein, having been first duly
3 sworn, was examined and testified as follows:
4             EXAMINATION
5 BY MR. ENGQUIST:
6     Q.   Sir, could you please state your name
7 and spell your last name for the record.
8     A.   My name is Kennelly Saez; last name
9 S-a-e-z.
10     Q.   Okay.  Mr. Saez, I know you've been
11 through this before, but I want to go through a bit
12 of the ground rules, especially since we're on
13 Zoom, okay?
14         Okay.  Is that a yes?
15     A.   Yeah, yeah.
16     Q.   First -- first rule is that everything
17 has to be oral, has to be out loud.  That means if
18 you're going to give a response to a question,
19 nodding of the head, shrugging of the shoulders,
20 things like that, or uh-huhs or uh-hmms don't come
21 across clear.  So if you're going to be responding
22 that way, you should probably respond either a yes
23 or a no, okay?
24     A.   Okay.

Page 8

1     Q.   If you don't and forget that, someone
2 will probably just prompt you, all right?
3     A.   All right.
4     Q.   If you don't understand a question that
5 someone's asking you, whether or not we're speaking
6 too fast, you just missed it, or you just don't
7 understand the question, let us know and we'll do
8 our best to rephrase it, repeat it, or slow down or
9 whatever we need to do so you understand it, all
10 right?
11     A.   All right.
12     Q.   If you answer a question, we're going
13 to assume you understood it.  Is that fair?
14     A.   Yeah.
15     Q.   All right.  Also, you heard us talking
16 before about time frames on this deposition.  I
17 know we spoke previously, and I told you that
18 federal depositions have seven hours -- up to seven
19 hours on the record.  Not that anyone's looking for
20 necessarily always going seven hours, but this is
21 not an endurance contest.  If you need to take a
22 break at any time, let us know and we'll take a
23 break, all right?
24     A.   All right.

Page 9

1     Q.   The only thing we ask is that if
2 there's a question pending at the time that you
3 answer the question before we take a break, all
4 right?
5     A.   All right.
6     Q.   Okay.  Just a way of background before
7 we start, have you had anything alcoholic to drink
8 today?
9     A.   No.
10     Q.   Any kind of drugs, prescription or
11 otherwise, that would affect your ability to answer
12 questions today?
13     A.   No.
14     Q.   Okay, all right.
15         Sir, what's your date of birth?
16     A.   November 26, 1974.
17     Q.   I'm sorry.  November, did you say?
18     A.   Yes, November 26th.
19     Q.   Okay.  And where were you born, sir?
20     A.   Chicago, Illinois.
21     Q.   Okay.  And did you grow up in Chicago,
22 Illinois, sir?
23     A.   Yes.
24     Q.   How far did you go in school, sir?

KENNELLY SAEZ, 09/15/2021                                    Page 10..13

Page 10

1    A.    I went to my junior year of high
2 school.
3    Q.    And where'd -- okay, junior in high
4 school.
5          And what high school would that be,
6 sir?
7    A.    Oak Park River Forest High School.
8    Q.    And why'd you leave, sir?
9    A.    Stupid.
10   Q.    I'm sorry.  It was a bad decision are
11 you saying, or what are you --
12   A.    Yeah.  I was just really stupid, bad
13 decisions, and stuff like that, yeah.
14   Q.    Okay.
15   THE WITNESS:  Give me my smokes.
16 BY MR. ENGQUIST:
17   Q.    And have you completed -- have you had
18 any I guess formal education since dropping out of
19 school your junior year?
20   A.    No.
21   Q.    So no degree?
22   A.    School of hard knocks.
23         I can't complain.  I got a nice,
24 beautiful family, a nice house.  So it turns out

Page 11

1 better.
2    Q.    All right.  Okay.  I just want to focus
3 in a little bit about the time in -- your time in
4 the '90s.
5          Back in 1994, where'd you live, sir?
6    A.    In '94, I lived on Cortland and
7 Harding.  I think it was 1854 if I'm not mistaken
8 or --
9    Q.    And who'd you live there with?
10   A.    With my mother.
11   Q.    Anyone else?
12   A.    My little brothers.
13   Q.    And what are their names?
14   A.    My little brothers?
15   Q.    Yeah.
16   A.    I don't see how that's relevant.
17   Q.    Well, how much younger are they than
18 you, sir?
19   A.    One of them is four years younger than
20 me; the other one was five years younger than me.
21   Q.    Okay.  And this place where you lived
22 on Cortland, was that a house or an apartment?
23   A.    It was an apartment.
24   Q.    And do you remember what floor your

Page 12

1 apartment was on?
2    A.    Third floor.
3    Q.    Sir, back in 1994, did you belong to a
4 street gang?
5    MS. BONJEAN:  I'm sorry.  I'm going to
6 object.  What year did you ask?
7    MR. ENGQUIST:  1994.
8    MS. BONJEAN:  Okay.  I'm sorry, go ahead.
9    THE WITNESS:  Unfortunately, yes.
10 BY MR. ENGQUIST:
11   Q.    And what gang was that, sir?
12   A.    It was the Disciples.
13   Q.    Was that the YLODs or something --
14   A.    That's correct.
15   Q.    Okay.  And just to be clear, what does
16 YLOD stand for?
17   A.    Young Latin Organization of Disciples.
18         Sounds corny, right?
19   Q.    And how -- when did you first join the
20 YLODs?  How old were you?
21   A.    I think I was -- that's a good
22 question.  I don't know.  It's all a fucking blur.
23 I would say I was like maybe 16, 17, somewhere
24 around there.

Page 13

1    Q.    Were your brothers ever members of the
2 YLODs?
3    MS. BONJEAN:  Objection, foundation.
4    THE WITNESS:  No.
5 BY MR. ENGQUIST:
6    Q.    Okay.  And did you have any type of
7 rank within the YLODs?
8    MS. BONJEAN:  Objection, foundation,
9 relevance.
10   THE WITNESS:  What does that mean?
11   MS. BONJEAN:  Yeah, Mr. Saez, there may be a
12 time when I object or the -- any attorney may
13 object.  Almost always, you're going to still be
14 answering the question, but I'm placing my
15 objection on the record for a later time, okay?  So
16 you can go ahead and answer.
17   THE WITNESS:  Did I have rank, you said?
18 BY MR. ENGQUIST:
19   Q.    Yes.
20   A.    Yes, I had some respect, yeah.
21   Q.    Okay.  If I -- if I have it correctly,
22 weren't you the chief enforcer for that
23 neighborhood, sir?
24   MS. BONJEAN:  Objection, foundation.

KENNELLY SAEZ, 09/15/2021

Page 14..17

Page 14

1 THE WITNESS: That neighborhood and where I
2 lived, no.
3 BY MR. ENGQUIST:
4 Q. Were you a chief enforcer --
5 (Simultaneous cross-talk.)
6 BY MR. ENGQUIST:
7 Q. Were you a chief enforcer, sir?
8 A. I was a chief enforcer for the -- for
9 the neighborhood that I was associated with, which
10 was not on Cortland.
11 Q. And what neighborhood would that be?
12 MS. BONJEAN: Objection --
13 THE WITNESS: That would be --
14 MS. BONJEAN: -- foundation. Go ahead.
15 THE WITNESS: That would be Keystone and
16 Wabansia.
17 BY MR. ENGQUIST:
18 Q. And were YLODs, were they Folk or
19 People, sir?
20 A. They were Folks.
21 Q. Again, some -- if you can explain what
22 a -- what's the job duties or what are the
23 responsibilities of chief enforcer for the YLODs
24 back in 1994?

Page 15

1 MS. BONJEAN: I'm going to object to all this
2 line of questioning as it relates to Mr. Saez is
3 not here as an expert on gangs. He's here as a
4 fact witness. So I'm going to object to the line
5 of questioning as it relates to whatever role he
6 played in the street gang that he was involved in
7 as a kid. But --
8 THE WITNESS: They --
9 MS. BONJEAN: Mr. Saez, the way the rules
10 work, he's going to still ask the questions and
11 you're -- he's going to still expect an answer, but
12 I'm placing my objection on the record.
13 THE WITNESS: All right. Okay. What was
14 your question again?
15 BY MR. ENGQUIST:
16 Q. What were the duties --
17 A. I don't have hairs on my tongue.
18 Q. I'm sorry. What?
19 A. I don't have any hairs on my tongue, so
20 what was the question?
21 Q. Okay. My question -- my question was:
22 What are the job duties or what the are
23 responsibilities of a chief enforcer for the YLODs
24 back in 1994?

Page 16

1 A. Simple stuff. Like making sure
2 everyone's in the same page, up to date as far as
3 who our -- who our enemies are at the time.
4 Coordinating efforts to secure the neighborhood and
5 stuff like that. Handing out dis -- disciplinary
6 actions. And just basically being the police
7 inside the gang.
8 Q. Okay. And when you said handing out
9 disciplinary actions, what kind of disciplinary
10 actions would you hand out as chief enforcer?
11 MS. BONJEAN: Same objection.
12 You can answer, Mr. Saez.
13 THE WITNESS: Ass whoopings.
14 BY MR. ENGQUIST:
15 Q. Okay.
16 A. I got no hairs on my tongue, man.
17 Q. And just to be clear, if you're a chief
18 enforcer, did you have other enforcers underneath
19 you that you supervised?
20 MS. BONJEAN: Same objection.
21 THE WITNESS: Of course. Just like in the
22 military, you know. A sergeant gots to answer to a
23 lieutenant. Lieutenant gots to answer to captain,
24 stuff like that. Yeah, absolutely.

Page 17

1 BY MR. ENGQUIST:
2 Q. And then under the enforcers, would
3 there be -- what was the next rank below the
4 enforcers?
5 MS. BONJEAN: Same objection.
6 THE WITNESS: I don't think there was one. I
7 think I was the last line of defense as far as that
8 was concerned. Everything else underneath would be
9 soldiers.
10 BY MR. ENGQUIST:
11 Q. Okay.
12 A. Or privates.
13 Q. Okay. Is that what you -- is that what
14 you would call them? Soldiers or privates?
15 A. No. I'm just telling you that so you
16 understand what I'm talking about.
17 Q. Okay. For like the military rank, the
18 idea --
19 A. Yeah, basically, that's -- that's all
20 they did. They took something that was, you know,
21 genuine and, you know what I'm saying, and took it
22 and made it into their own thing and tried to kind
23 of create a structure.
24 Q. Okay. And how long were you chief

KENNELLY SAEZ, 09/15/2021                                    Page 18..21

Page 18

1  enforcer -- were you a chief enforcer for the YLODs?
2      MS. BONJEAN:  Same objection.
3      THE WITNESS:  That I cannot say, because I
4  don't even know how long it was, to tell you the
5  truth.
6  BY MR. ENGQUIST:
7      Q.    Okay.  But were you a -- you were a
8  chief enforcer back in 1994, correct?
9      A.    Yeah, yeah.
10     Q.    And just an idea, when you're talking
11 about the military rank end of it you had there,
12 who would be above you as a chief enforcer?
13     MS. BONJEAN:  Again, same objection.
14     THE WITNESS:  The one that would be above me
15 would be the vice chief.
16 BY MR. ENGQUIST:
17     Q.    And who was your vice chief back in
18 1994?
19     MS. BONJEAN:  Object, objection.  What
20 does the -- what does the hierarchy of this gang
21 have to do with what's going on here?
22     MR. ENGQUIST:  Okay.  You've made your
23 objection.  I'm going to go through this, and I
24 want to go through this fairly quickly.  So I'm

Page 19

1  going to go through the questions.  I mean, we -- I
2  know he's been through some of these questions
3  before.  I'm just going through it and make sure I
4  have it for the record.  You know that.
5      MS. BONJEAN:  Like I said, I'm voicing my
6  objection.  I obviously don't represent him, so I'm
7  just voicing my objection.
8      THE WITNESS:  I don't know.
9  BY MR. ENGQUIST:
10     Q.    Okay.  You don't recall?
11     A.    I don't recall.
12     Q.    Okay.  And above the vice chiefs, who
13 would -- who would be after the vice chiefs?
14     A.    I don't recall that either.
15     Q.    Okay.  Now, the person at the top of
16 your gang, was he called the prince; is that
17 correct?
18     A.    That's usually what they're called,
19 yeah.
20     Q.    Okay.  And in 1994, your prince was
21 KiKi; is that correct?
22     MS. BONJEAN:  Objection, foundation.
23     THE WITNESS:  I don't recall.
24

Page 20

1  BY MR. ENGQUIST:
2      Q.    Okay.  If you had previously testified
3  it was KiKi, do you think that would be correct?
4      MS. BONJEAN:  Objection, form, foundation.
5      THE WITNESS:  You know what?  You know what?
6  Back then, I was a scared vulnerable little boy.
7  You understand?  A lot of things were said that was
8  not supposed to be said.
9          So that being said, I don't recall.
10 BY MR. ENGQUIST:
11     Q.    Okay.  Now in, let me see, 1994 you
12 would have been 20 years old, correct?
13     A.    In --
14     Q.    So you were -- were you 20 years old
15 or --
16     MS. BONJEAN:  I'm going to -- I'm going to
17 object to what month you're talking about.
18     MR. ENGQUIST:  That's what I was going to --
19 that's what I'm following up on, Jennifer.  I'm
20 trying to --
21     MS. BONJEAN:  Because he said his birthday is
22 in November.
23     MR. ENGQUIST:  I'm trying to make sure.
24

Page 21

1  BY MR. ENGQUIST:
2      Q.    So the time of the incident back in
3  September of 1994, you would have been just shy of
4  your 20th birthday; is that correct?
5      A.    Yeah, I believe so.
6      MS. BONJEAN:  You mean he was 19.
7      THE WITNESS:  18, 19, around there somewhere,
8  yeah.
9          It's not a time in my life where I
10 like to kind of keep that in my head anymore, you
11 know what I mean, so ...
12 BY MR. ENGQUIST:
13     Q.    Okay.
14     A.    It's an ugly time, very ugly.
15     Q.    Okay.  And why was it so ugly, sir?
16     A.    Huh?  Why?
17     Q.    Yeah.
18     A.    Where could I start?  Shit.
19          Blood, guts, beatings, you know?
20 Mistreating women, that type of shit.  It's a bad
21 fucking time, man.
22     Q.    Is it -- you're talking about your --
23     A.    I had two people die in front of me,
24 you know?  That's -- that's enough to fucking drive

KENNELLY SAEZ, 09/15/2021                    Page 22..25

Page 22

1  a fucking rhino into a fucking goddamn rat hole.
2      Q.   Okay.  Let me focus your attention on
3  the shooting that you were a victim of back in
4  1994, in September of 1994, where your friend -- I
5  can't think of his name now.
6      MS. BONJEAN:  George.
7      THE WITNESS:  George Rodriguez.
8  BY MR. ENGQUIST:
9      Q.   I'm sorry -- George Rodriguez was
10 killed.  Okay?
11     A.   Yeah.
12     Q.   And do you still have a memory of that
13 incident, sir?
14     A.   Every stinking day of my life.
15     Q.   And let's just go back to that night.
16          What time did you and George get
17 together?
18     A.   That night, we got together say around
19 10:00 p.m., 9:30ish.  It was in the evening.
20     Q.   Okay.  And did you have certain plans
21 with George that night?
22     A.   Yeah.  Just to hang out, chill, get
23 away from -- from the neighborhood that was our
24 gang and be in front of my house where we could

Page 23

1  just be ourselves, just chill out, and smoke a
2  joint.
3      Q.   Okay.  Was there any type of -- was
4  there any kind of celebration or anything else that
5  necessitated you guys meeting that day, or it was
6  just a normal day to hang out?
7      A.   Just a day to hang out and get out of
8  the neighborhood, you know.
9      Q.   Okay.
10     A.   That's the kind of guy he was.
11     Q.   At some point that evening -- let me go
12 back.  I'm sorry.
13          Was George also a member of the
14 YLODs, sir?
15     A.   Yeah, but I want to say he was on his
16 way out that day.  He was an expected father, and
17 he was talking to me that day about leaving, about
18 moving on and being a dad to his little girl.
19 Which I was taking my steps in doing -- taking what
20 my position was and ignoring it and saying, Just
21 go, not knowing that he was going to go.
22     Q.   Okay.  When he was talking to you about
23 leaving the gang, was there anything that he would
24 need to do in order to leave the gang?

Page 24

1      A.   Yeah.  He would have to, you know, get
2  violated out, but I was going to waive all that
3  shit, you know.  I'm not an evil person.
4      Q.   Okay.  When you say -- just for the
5  record, when you say violated out of the gang, can
6  you describe what that means?  Could you explain
7  what that means?
8      A.   That means when you join a gang, you
9  get beated, you get beat down to join.  When you
10 leave the gang, you get beat down to get out, or
11 you have to pay a certain amount of fee for each
12 minute of beating that you supposed to receive.
13     Q.   Okay.  And you said you were going to
14 waive either the money or the beating for him to
15 leave?
16     A.   All of it, all of it.  I didn't care.
17 If he wanted to go be a dad to his daughter, then
18 so be it.  I'm not going to beat a man.  I'm not
19 going to charge a man to go be a family man.
20     Q.   Okay.
21     A.   It's not me.
22     Q.   So later on that evening, did anyone
23 else join you and George?
24     A.   Unfortunately, yes.

Page 25

1      Q.   Okay.
2      A.   My girlfriend at the time Amy Merkes
3  and her friend Jacqueline Grande came over there.
4          Well, she came over there on
5  suspicion that I was with another girl, not
6  knowing -- she was not knowing that I was with
7  Fingers, which is George Rodriguez, and she showed
8  up to -- to catch me in the act.  But when she got
9  there, she found out that it wasn't true what she
10 was thinking, and she apologized, and we sat there.
11 So she sat there with me.
12     Q.   Okay.  And just to make clear, when
13 you're saying that she was going there to possibly
14 try to catch you cheating, that would be
15 Ms. Merkes, correct?
16     A.   Yes.
17     Q.   And so you and Ms. Merkes were
18 boyfriend/girlfriend at the time?
19     A.   We were dating.  We were starting
20 dating, you know.  She was an old sweetheart of
21 mine.  Something that wasn't -- that wasn't
22 tainted, so to speak, in the street life.
23 Something that I needed to ground myself.
24          So I kind of clung onto her and said

KENNELLY SAEZ, 09/15/2021                                    Page 26..29

Page 26

1  maybe she can guide me out of this fucking
2  bullshit, you know.  Being that I had just spoken
3  with George about his exodus, you know, it made me
4  think about mine.
5      Q.    Okay.  You said you had known
6  Ms. Merkes before you started dating; is that
7  correct?
8      A.    Yeah, yes.
9      Q.    Where did -- where did you know her
10 from?
11     A.    I met her I would say about five years
12 earlier.  I was going to a friend's house, and I
13 met her at a bus stop.  And I noticed that she had
14 an Oak Park River Forest shirt, and that's
15 basically what started the conversation, because I
16 went to Oak Park River Forest High School, so ipso
17 facto.
18     Q.    And how long had you been dating at the
19 time of her death?
20     A.    Very short.  It was maybe about a month.
21     Q.    And you talked about Jacqueline Grande.
22          How long had you known her?
23     A.    I -- I really didn't know Jackie like
24 that, you know what I mean?  She was just one of

Page 27

1  the girls that would come around the neighborhood,
2  hang out.
3          You know, a lot of -- a lot of girls
4  back then, and I'm pretty sure even still today,
5  come down from their suburb life and stuff like
6  that and come down to the city for a little
7  excitement.  You know, to kind of hang out with the
8  bad boys and stuff like that.  So there was a lot
9  of girls like that that would come down and do that.
10         You know, Jacqueline -- Jacqueline
11 was -- was definitely one of those girls that would
12 do that.  You know, she wasn't living anywhere near
13 our neighborhood.  I think they were out from Oak
14 Park as well as Amy.
15         But yeah, that's -- it was a common
16 thing with girls who come down and just hang out,
17 you know, just to say, Hey, I hung out with the
18 YODs.
19     Q.    Had you -- did you know Jacqueline
20 Grande before Ms. Merkes?
21     A.    No, no.  I knew Ms. Merkes first.  Like
22 I said, I met Ms. Merkes five years prior to that.
23     Q.    Okay.  And when did you first remember
24 meeting Jacqueline Grande?

Page 28

1      A.    In the neighborhood.  Maybe about --
2  maybe about four to five months prior to the
3  incident.
4      Q.    And when you met her, was she with
5  Ms. Merkes?
6      A.    No.
7      Q.    Who was she with?
8      A.    I don't remember who she was with.  I
9  just know she just showed up in the neighborhood.
10     Q.    At the time of this incident, did
11 you -- besides you seeing her -- seeing her,
12 Ms. Grande, in the neighborhood, had you ever hung
13 out with her before that night?
14     A.    Yeah, yeah, definitely, definitely.
15 We've all hung out.  We all hang out, you know.
16 That's basically what we did back then is hang out,
17 you know.  So yeah, we've definitely hung out and
18 stuff like that, you know.
19     Q.    When was the first time you think you
20 started hanging out with Jackie Grande?
21     A.    Once again, that's something I don't
22 really remember when was the first time, you know.
23 I can't pinpoint that.
24     Q.    Okay.  Do you know if her and

Page 29

1  Ms. Merkes were friends?
2      A.    Oh, yeah, they were friends.
3  Definitely they were friends, yeah.
4      Q.    Did they meet in your neighborhood, or
5  did they know each other before then if you know?
6      A.    I think they met each other before
7  then, because they all knew each other.  I guess
8  Jackie knew her family also, you know what I mean?
9  So I'm -- being that that was the case, I'm
10 guessing that they knew each other way before, you
11 know, the neighborhood, you know, so ...
12     Q.    Uh-hmm.
13     A.    Give me one second here.
14     Q.    Sure, no problem.
15     A.    Okay.
16     Q.    Just let me know when you're situated.
17     A.    Yeah.  I was just -- I'm in my back --
18 in my back porch area, and these flies are really
19 ticking me off.
20     Q.    Okay.  All right.
21     A.    If you hear a smack, don't worry about
22 it.  It's a fly that just died.
23     Q.    All right.  We won't.
24     A.    Go ahead.

KENNELLY SAEZ, 09/15/2021                                    Page 30..33

Page 30

1    Q.   All right.  So that night you said
2  Ms. Merkes and Ms. Grande came -- came over to
3  where you were.
4           Now, just to be clear, where were
5  you in your neighborhood when they came by to see
6  you?
7    A.   Wait.  Hold on.  Say that again?
8    Q.   Where were you actually physically when
9  Ms. Merkes and Ms. Grande got there to your
10  neighborhood to see you?
11   A.   To my neighborhood?  Where was I?
12          I was walking to the neighborhood,
13  which was kind of a funny story.  I hadn't seen Amy
14  in, like I said, five years.  You know what I mean?
15  And I didn't see her.  I didn't know nothing about
16  her.
17          One day I'm walking down Keystone --
18  Keystone Street, and there was a car with one of my
19  guys inside of it with about four girls in the car.
20          So I'm like, Hey, this guy, you
21  know, he went fishing.  All right.  Let me go see
22  what he caught in the bucket, so to speak.
23          And I -- I walk over there, and --
24  and this girl's face just lit up.  And then when I

Page 31

1  looked, it was Amy.
2    Q.   You're talking that was sometime before
3  you started dating.
4    A.   Yeah.  This was before we started
5  dating, we had -- this was our re -- or we
6  reunited.
7           She's like, Oh my god, it's you; and
8  I'm like, Oh my god, it's you.  Oh, woo, woo, woo.
9           And then before then, that was it.
10  We were inseparable --
11   Q.   Okay.
12   A.   -- after that.
13   Q.   Now, just going back to the night of
14  the shooting, sir, where were you physically
15  when -- when Ms. Merkes came to talk to you?
16   A.   I was standing in my front doorway with
17  George.
18   Q.   And that would be the doorway to the
19  building that you lived, correct?  The apartment
20  building?
21   A.   Yeah.
22   Q.   Okay.  And why were you -- why were you
23  outside rather than inside, sir?
24   A.   My mom didn't like us hanging out in

Page 32

1  the hallways or in the house, and plus we were
2  smoking pot.
3    Q.   And that's something you couldn't do
4  inside?
5    A.   Yeah, we can't do that inside.  Not in
6  my mama's house.  No, siree.
7    Q.   Okay.  So when Ms. Merkes and
8  Ms. Grande got on the scene, what happened next?
9    A.   We talked, stuff like that.  We talked
10  for a little while, and explained that, Hey, you
11  know, you got to trust me better, stuff like that.
12  Just casual conversations.
13   Q.   Okay.  And -- and after you're done,
14  you know, having this casual conversation about
15  trust, what's the next thing that occurred?
16   A.   Next thing that occurred was -- let me
17  see if I remember correctly.  I'm just going to
18  skip right to it, I guess.
19          A car drove by --
20   Q.   Okay.
21   A.   -- you know ...
22   Q.   Now, before this car drove by, do you
23  remember anything else happening other than just
24  small talk in front of the house?

Page 33

1    MS. BONJEAN:  Objection to the form of that
2  question.
3    THE WITNESS:  No.
4  BY MR. ENGQUIST:
5    Q.   Okay.  And do you remember how long
6  Ms. Merkes and Ms. Grande were on scene before the
7  car drove by?
8    A.   They were on scene for about maybe
9  25 minutes, man.
10   Q.   Okay.  All right.  This car that drove
11  by, can you describe it?
12   A.   Yeah, it was a blue Delta 88,
13  four-door.  I know that definitely because me and
14  George kind of argued about the car.  Because he
15  wanted to buy a car because he was going to be a
16  family man, and he wanted to get a 98.  You know,
17  four-door, short body 98.  And then this car drives
18  by.
19          He's like, A lot like that one, like
20  that 98.
21          And I was like, George, that's not a
22  98.  That's a Delta.  It looks like a 98, but it's
23  not a 98.  It's a Delta.
24          And as we're saying that, that car

Page 34

1  that I'm speaking about starts to reverse on us
2  (indicating).
3      Q.    Okay.  When it reversed, were you
4  concerned it reversed back to come to you?
5      A.    Oh, fuck, yeah.
6      Q.    And why is that?
7      A.    Because that shouldn't happen.  That's
8  uncommon, you know what I mean.  That means
9  something's about to fucking happen, you know what
10 I mean?
11     Q.    When you say -- when you say
12 something's about to happen, were you concerned
13 that there could be some kind of violence?
14     A.    Yeah.  I was definitely concerned.
15     Q.    Okay.
16     A.    That's why I walked towards the car in
17 the street and left Amy and George and Jacqueline
18 behind me by the doorway.
19           I approached the vehicle to see who
20 was in the vehicle.  I couldn't see who was in the
21 vehicle at the time.  All I saw was a pistol pop up
22 and bang, bang, bang, bang, bang, bang, bang, bang,
23 bang, bang, bang, bang, bang, bang.  At which time
24 I dove to the floor underneath the parked car, and

Page 35

1  the -- and the shots continued.
2           After the shots were done, I got up,
3  I checked myself for bullet holes, which I didn't
4  have any, thank god.  I looked behind me.  Nothing
5  was there.  Nobody was there.  Everyone was inside.
6           I walked towards the door.  I see
7  bullet holes on my doorway.  When I opened my door,
8  then it was just something that you wouldn't
9  ever -- didn't want to see, okay?  So ...
10     Q.    Okay.  If I can go back -- or do you
11 need a second, sir?
12     A.    No, I'm fine.
13     Q.    Okay.  If you do need a second, you
14 need a break or whatever, just let us know.
15 There's no problem.  We can just take a pause, okay?
16     A.    All right.
17     Q.    When the car backed up, do you remember
18 any words being exchanged with you and any of the
19 people in the car?
20     A.    Yeah, yeah.  I asked --
21     Q.    And --
22     A.    I asked him, Who is that?  Who's that?
23           And he's like, What's up, Folks?
24           And that's not answering my

Page 36

1  question.  Who is that?
2           Man, what's up, Folks?
3           That's when my heart went up to my
4  throat, because right -- I -- I know what's going
5  to happen, you know what I mean?  My inner instinct
6  knew what's going to happen, you know what I mean?
7  Or you can call it a guardian angel is telling me,
8  Hey, get the fuck down.
9           And then right when I'm about to do
10 that, that's bang, bang, bang, bang, you know.
11     Q.    How close did you get to the -- to this
12 Delta 88 before the gun was drawn?
13     A.    Not very close.  Close enough.  Close
14 enough where I could see the car and the window and
15 the guy just hunched over the window like that and
16 the side profile, yeah.
17     Q.    Just to be clear, you said you -- you
18 jumped down onto the ground underneath the car that
19 was parked there, correct?
20     A.    Yeah.  After the shots were fired, yeah.
21     Q.    Okay.  And I'm assuming the Delta 88
22 was -- was in the street just out -- just beyond
23 the parked cars; is that correct?
24     A.    Yeah.

Page 37

1      Q.    Okay.  When you said you drove -- you
2  dove down underneath the parked car, was that
3  completely underneath the car, or was it on the
4  side of the car?  Where was that at?
5      A.    Well, you know when you park the car
6  and then you got the curb?  Well, I was in between
7  the curb and the car, you know, just kind of wedged
8  in there trying to shield myself from any kind of
9  bullet holes that were supposed to come my way.
10           What actually saved me, I think, and
11 I truly believe it, is my neighbor in the third
12 floor of that same apartment building.  They heard
13 the shots, and they look out the window.
14           When they looked out the window,
15 they see the car there.  They see me laying on the
16 floor in between the parked car.
17           So my neighbor yells out my name.
18 She says, Joker.  And right when she said that, the
19 shooter looks up at her and takes a shot at her,
20 and then gets in the car and takes off.
21           He was out of the car already going
22 to walk around the car to make sure that I was
23 shot.  But since she said that, it impeded his
24 decision to keep going, take a shot at her, get

KENNELLY SAEZ, 09/15/2021                                    Page 38..41

Page 38

1  back in the car, and take off.

2          So I believe that if she would have
3  never came out that window and said, Joker, then he
4  would have continued around the car, saw me there,
5  and lit my ass up.

6      Q.   So you're saying the guy got out of the
7  car?

8      A.   Yeah.

9      Q.   And was approaching you?

10     A.   Yeah.  Well, I didn't know that at the
11 time.

12     Q.   Okay.  And how do you know -- well, did
13 you hear the woman yell out, Joker?

14     A.   Yeah.

15     Q.   Okay.  Did you see the person react?

16     A.   Did I see who react?

17     Q.   The shooter react when the person --

18     A.   I didn't see nothing.  I was -- all I
19 heard was my name being called.  And then after
20 everything was done and at the funeral -- not at
21 the funeral, even before the funeral, my neighbor
22 was telling me, you know, he was out of the car, he
23 was about to shoot you.  That's why I yelled out
24 your name, so you can kind of get up and run.

Page 39

1      Q.   And who was the neighbor who told you
2  this?

3      A.   She passed away already.  Her name was
4  Dolores Montenon [phonetic].

5      Q.   What was the last name?

6      A.   Montenon.

7      Q.   Okay.  When did she pass away?

8      A.   Couple years ago, I think.  It was
9  her -- it was her, it was Francisca Vega and
10 Elizabeth Vega, which were her daughters.  They
11 were all there at the window.  Francisca and --
12 they were the ones that actually took care of
13 Jackie when she was shot in the shoulder.

14     Q.   Okay.  I just want to go back to when
15 you were saying, Who's there, and the person was
16 saying, What's up, Folks.

17          What about the phrase, "What's up,
18 Folks," made you nervous?

19     A.   That would imply that you -- that would
20 imply that you know me.  And if you know me, why
21 are you sitting in the car hiding your face.

22     Q.   Okay.  When you're saying -- when they
23 were saying, What's up, Folks, do you believe that
24 the Folks was in reference to the fact of the Folk

Page 40

1  nation?

2      A.   Just -- it's like saying, What's up,
3  homie; you know, What's up, Folks.  Cobras are
4  Folks, Gangsters are Folks, Disciples are Folks.
5  You know, it's many -- it's many gangs that belong
6  to a Folk category.

7          By them saying that, it's like, you
8  know, saying, Hey, what's up.  Like you know me,
9  you know.  If you know me, you would step out of
10 the car and say, Hey, what's up, Folks, give a hug,
11 and all that.

12          But you know, instead it wasn't like
13 that.  It was -- it was in the car, and, What's up,
14 Folks, and expecting me to even answer, which I did
15 not say, Hey, what's up.

16          You know, I'm like, Who is that?

17          And just by my street experience, I
18 know that that's not right.  Something's ajar.
19 Something's amiss.  So you know, when you have
20 inclinations like that, when you have feelings
21 about, you know, anything that's not right in that
22 lifestyle, you better listen to those feelings.
23 Because if not, you -- you're fucking dead.

24     Q.   Now, had you ever been shot at before?

Page 41

1      A.   No.

2      Q.   Okay.  Had you ever been involved in
3  any kind of violent encounter with other -- with
4  rival gang members before?

5      A.   Most --

6      MS. BONJEAN:  Objection --

7      THE WITNESS:  -- definitely.

8      MS. BONJEAN:  -- to form, foundation.

9          Sorry, you can answer.

10     THE WITNESS:  Most definitely, most
11 definitely.

12 BY MR. ENGQUIST:

13     Q.   Okay.  When you say "most definitely,"
14 about how many occasions do you think?

15     A.   I don't know.  I really don't.

16     Q.   Okay.

17     A.   I really don't know.

18     Q.   And on those occasions, if it wasn't
19 shooting, what kind of violence -- what kind of
20 violence occurred between you and rival gang
21 members?

22     A.   Fighting, you know, ramming cars, you,
23 know stuff like that.  Gangbanger bullshit
24 activity.

KENNELLY SAEZ, 09/15/2021                                    Page 42..45

Page 42

1    Q.    Now, you said after the shooting you
2  went into your -- into the front doorway to your
3  apartment.  And there -- and if I have this
4  correctly, Ms. Merkes was there; is that correct?
5    A.    Yes.
6    Q.    Okay.  And then after that point, did
7  you learn what happened to your friend George?
8    A.    No.  I did not learn what happened to
9  George at that moment.  She was there alone, laying
10 there, bleeding, dying.
11   Q.    Okay.
12   A.    So yeah.
13   Q.    And what's the next thing that occurred
14 after you found Ms. Merkes, sir?
15   A.    I went upstairs.  All the way up to the
16 third floor.  I followed the blood trail on my
17 walls heading all the way upstairs.  I told the
18 neighbors on the first floor to take care of Amy
19 while I go check on the others.
20         And I ran upstairs, and I run into
21 my apartment where the doors were already opened,
22 which was weird because my mom doesn't like anybody
23 in the house at night.  But my doors were open, and
24 my adjoining neighbor, which is Dolores Montenon's

Page 43

1  apartment, was also open.
2          I ran in there first, and I saw
3  Jackie being attended to by Dolores and her
4  daughters.  She was shot in the shoulder area.
5          So I told her, Hey, where is
6  Fingers, which is George.
7          She says, I don't know.  I don't
8  know.  Where's Amy?
9          I said, Don't worry about Amy.
10 She's being taken care of.  Where's George?
11         She said, I don't know, I don't
12 know, I don't know.
13         So I left the apartment and went
14 into mine, and that's where I found George.  He was
15 on my window sill looking out the window, like
16 looking around.  Like I guess he was looking for me.
17         This is what I'm guessing.  This is
18 all speculation, by the way.  But I'm guessing he
19 was looking for me.
20         Because as soon as I said, George, I
21 said, Fingers.  He turned -- he gets out and turns
22 around and looks at me.
23         And then he says, Hey, you okay?
24         I'm like, Yeah, I'm fine.  Are you

Page 44

1  okay?
2          And then that's when he (indicating)
3  drops.
4    Q.    Okay.  And he had also been shot,
5  correct?
6    A.    Yeah.
7    Q.    Okay.  And you stayed on scene while
8  the police and the ambulance arrived; is that
9  correct?
10   A.    Yeah.
11   Q.    Okay.  And did you talk to the police
12 that night?
13   A.    No.  They treated me like garbage.
14   Q.    Okay.  And how -- and how did they
15 treat you like garbage, sir?
16   A.    Oh, they put me in handcuffs, threw me
17 on the ground, all type of shit, man.  Threw me in
18 the fucking backseat of the car, hot as shit, you
19 know.  They didn't give a fuck.
20   Q.    Did you believe they thought -- maybe
21 thought that you were involved in the incident?
22   A.    Everybody out there that was out there
23 was saying, He did not do it, screaming into the
24 top of their lungs.  If I don't remember anything,

Page 45

1  I remember that.
2          I remember everyone saying, He
3  didn't do it.  He didn't do it.  He didn't do it.
4    Q.    Okay.  And how long were you with the
5  police that night, sir?
6    A.    I stayed overnight, I guess.  I stayed
7  overnight there.  I don't know.  I was all broke
8  the fuck up, man.  I mean, you just saw the girl
9  that was supposed to be your savior, you know,
10 maybe your future wife die in front of you.
11         Your best friend that has a baby
12 that wanted to leave the gang to be a father die in
13 front of you.
14         Yeah, that's not something to take
15 lightly.  That's not something that I can digest
16 and suppress so fast.
17   Q.    Okay.  So it's fair to say you were
18 very upset when you were in police -- with the
19 police that night.
20   A.    To say the least.
21   Q.    Okay.  At some point did you find out
22 that Jackie had survived?
23   A.    Yeah.  She was -- like I said, I walked
24 in there first.  She was being taken care of by

KENNELLY SAEZ, 09/15/2021                          Page 46..49

Page 46
1  Dolores and her daughters.  I'm not no medic or
2  nothing like that, but I know that a shoulder wound
3  is not really -- it could be if it hits an artery
4  and stuff like that, of course.  Any gunshot is a
5  dangerous situation.
6            But you know, being that it's in the
7  shoulder and it's an in-and-out thing, I knew kind
8  of that she would be okay as long as they put a
9  tourniquet, stop the bleeding, and make sure that
10  she gets some kind of medical attention right away.
11           So yeah, I knew she had survived,
12  and I knew she was going to survive.
13           George and Amy, on the other hand,
14  their injuries were much more severe, and the
15  placement of the shots.  I believe Amy was shot in
16  the back of the neck from the same bullet that went
17  through George's back, through his chest, and into
18  her neck, which says to me that he was pushing
19  these girls into the apartment building to get them
20  away from the shots.  In doing so, he gets hit in
21  the back, goes right through, hits her, exits her
22  neck.
23           So when I found her, she was just
24  basically looking at me and dying.  And I got to

Page 47
1  live with that every fucking day.
2      Q.   Okay.  Did you ever visit Jackie when
3  she was in the hospital?
4      A.   No.
5      Q.   Did you have any contact with her like
6  over the phone or anything like that while she was
7  in the hospital?
8      A.   No.
9      Q.   Okay.  Did you -- did you ever talk to
10  any members of her family while she was in the
11  hospital?
12     A.   No.
13     Q.   Did you know her family at all?
14     A.   No.
15     Q.   Okay.  At some point you saw Jackie
16  again; is that correct?
17     A.   Yeah.
18     Q.   Okay.  When's the next time you saw
19  Jackie Grande?
20     A.   This was -- I want to say -- I
21  really -- I don't remember if it was before that.
22  Because like I said, this is all a blur to me from
23  that point forward.
24           But I -- I believe it was about --

Page 48
1  about a week after George's funeral, I think she
2  stopped by my house.
3      Q.   You said it's all a blur to me after
4  that point.
5            Are you saying it's all a blur to me
6  after the shooting?
7      MS. BONJEAN:  Objection to the form,
8  foundation, misstates his testimony.
9      THE WITNESS:  I'm saying it's a blur to me as
10  far as remembering when and how long I talked to
11  people, stuff like that, you know what I mean?
12           When I saw -- I think the last time
13  I saw Jackie was about a week after the funeral, if
14  I remember correctly.
15  BY MR. ENGQUIST:
16     Q.   And where did you see her?
17     A.   In front of my house, she came to my
18  house.
19     Q.   Okay.  And was she alone or with
20  anybody?
21     A.   At -- the first time I saw her, she was
22  alone.  She came up to the house.  I showed her
23  Amy's -- because Amy's -- the paramedics ripped
24  up -- took off her jacket and stuff like that to

Page 49
1  kind of help her out.  So all that stuff was in the
2  house, and I wanted to give that to her and see if
3  she can take it to her family or whatever, you
4  know.  I just was trying to be something, as -- as
5  civilized as I can.
6            And you know -- you know, we talked
7  for a little while and stuff like that, and then
8  she left.
9      Q.   Okay.  Had you called her to come over
10  to get Amy's jacket or --
11     A.   No, no, no.  She just popped up, you
12  know.
13     Q.   Did you --
14     A.   I guess she wanted -- she wanted to
15  talk about what had happened, you know, and whatnot
16  and wanted to kind of -- she wasn't really all
17  there at that time either.  She was kind of really
18  broke up still, so I didn't want to inflamate that
19  any more.
20           (Reporter lost connection.)
21           (Record read.)
22     THE LEGAL VIDEOGRAPHER:  We are back on the
23  record.  The time is 11:08 a.m.  You may proceed.
24

KENNELLY SAEZ, 09/15/2021                                    Page 50..53

Page 50

1 BY MR. ENGQUIST:
2      Q.   Okay.  Sorry about that, sir.  We --
3 the court reporter lost connection.  You probably
4 heard that back and forth.
5           I know we have a video of the last
6 couple questions that we had talking about the
7 funeral, but I just want to make sure that part's
8 clear, even though we're going to get it -- the
9 transcript of the video part of it, but just to
10 make sure it's clear.
11          You had got word through somebody
12 that the Merkes family did not want you to go to
13 funeral, correct?
14     A.   Yeah.
15     Q.   Okay.  And so you did not attend.
16     A.   No.
17     Q.   Okay.  Did you attend your friend
18 George's funeral?
19     A.   Yes.
20     Q.   Okay.  And how soon after George's
21 funeral did you see -- did Jackie Grande come to
22 your house?
23     A.   I think it was about a week later or
24 something like that.  I'm not sure.  Some short

Page 51

1 time after.
2      Q.   Do you know if Jackie Grande attended
3 George's funeral?
4      A.   No.
5      Q.   You don't know, or she didn't -- didn't
6 appear?
7      A.   I don't know.
8      Q.   Okay.  When you said you talked to
9 Jackie when you gave her Amy's jacket, do you
10 recall anything you discussed during that time?
11     A.   Nah, you know, I really don't want to
12 talk about it.  But you know, it's like -- you
13 know, I think it was just in her mess, I think she
14 was -- she was trying to initiate a romantic
15 contact.  And I think it was more so that she was
16 just looking for someone to console her, I'm
17 guessing.  But I'm not that kind of guy to take
18 advantage of people, especially women like that.
19 So I kind of let it easy down, and then, you know,
20 she ended up going home.
21     Q.   How long was she there?
22     A.   I would say about half an hour,
23 45 minutes maybe.
24     Q.   When you said it was your -- that you

Page 52

1 thought that she might be trying to initiate some
2 kind of romantic contact, that was your -- that was
3 your perception of the way the conversation was
4 going; is that correct?
5      A.   Yeah.
6      Q.   Okay.  Did she ever say anything
7 outright about wanting a relationship with you?
8      A.   No.  She just kept, you know, putting
9 her face next to -- kissing my cheek and, you know,
10 crying and kissing my cheek.  And yeah, that's --
11 yeah, you know.
12     Q.   And was that --
13     A.   It's not -- it's not more what she was
14 saying but what she was doing, you know.
15     Q.   The kissing on your cheek.
16     A.   Yeah.  You know, trying to get closer
17 and closer and closer and closer, you know, tears
18 running down her face.  And you know, which is kind
19 of common, because you know I'm seeing a traumatic
20 moment like, and then you see a person that was --
21 that went through that with you, and you're both
22 alive.  I think the euphoria of that in itself
23 could -- could cause those kind of feelings of
24 mixed emotions, so to speak, and kind of just

Page 53

1 looking for some kind of consolation, stuff like
2 that.
3           Like, you know, it's a normal thing.
4 I don't knock her for it.  I don't call her
5 anything about it, but you know, it's just I'm
6 aware of these things.  You know, I'm more in tune.
7 But you know, it happens.
8      Q.   Okay.  And after that half an hour and
9 she left, when was the next time you saw her?
10     A.   Next time I saw her was when she ended
11 up in my doorstep with a police officer.
12     Q.   And how many -- how long after the last
13 time you saw her did she come to your doorstep with
14 a police officer?
15     A.   I really don't know.  It could have
16 been the next day.  It could have been a week
17 later.  I don't -- I don't know.
18     Q.   Okay.  Did you know she was coming over
19 at that time?
20     A.   No.
21     Q.   Okay.  And who was the one -- when you
22 say at your doorstep, did -- did she actually come
23 up to your apartment?
24     A.   No.  I was on my way -- I was like on

Urlaub Bowen & Associates, Inc.  312-781-9586

KENNELLY SAEZ, 09/15/2021                                    Page 54..57

Page 54

1  my window. I was always on my window, and I saw
2  her coming out of the car with that officer.
3        And I'm like, Okay, I don't want him
4  to come upstairs, so I walked downstairs, and I met
5  them in front of the house.
6     Q.   Was this the first time you had met
7  this officer?
8     A.   Yeah.
9     Q.   Okay. Was it only Jackie and the
10 officer?
11    A.   Yeah.
12    Q.   Do you remember anybody else being with
13 them at all?
14    A.   I don't remember any -- well, I don't
15 remember. There could have been somebody in the
16 car. I don't know. I didn't look.
17    Q.   Okay. Do you remember Jackie's brother
18 being there?
19    A.   I don't remember.
20    Q.   Okay.
21    A.   I really don't.
22    Q.   And can you describe this police
23 officer she was with.
24    A.   All I could describe about him that he

Page 55

1  was Latino, which made me feel comfortable. He was
2  Latin, Spanish, maybe Mexican, Puerto Rican. I'm
3  not sure. A little heavyset, you know, stout.
4  That's all I can --
5     Q.   You --
6     A.   -- say.
7     Q.   You said heavyset. What was the last
8  thing you -- what's the next thing you said?
9     A.   Well, kind of heavyset, I guess. You
10 know, he was a little chunky. He seemed like he
11 had some beef to him, you know.
12    Q.   Okay. And you had never met this
13 officer before, correct?
14    A.   No.
15    Q.   Okay. Later on, did you find out who
16 this -- what this officer's name was?
17    A.   Yeah. Later on, I found out his name
18 was Guevara.
19    Q.   So who spoke to you first? Jackie or
20 the police officer?
21    A.   That's a good question. I think they
22 both were talking at the same time. You know, I
23 wasn't really paying attention, tell you the truth.
24    Q.   Okay. Do you remember what -- anything

Page 56

1  they said to you?
2     A.   They were just talking about the
3  incident, about what had happened, you know, about
4  the shooting.
5     Q.   Did you join in the conversation, or
6  did you just listen to them?
7     A.   I was in the conversation. You know, I
8  was speaking to them about, you know, what had
9  happened, what I saw basically. And it kind of
10 ticked me off, because like I was in the police
11 station for the whole fucking day saying these
12 stories, and why I got to say it again and over and
13 over and over, you know. Go look at your goddamn
14 transcripts, motherfucker, you know? That's the
15 way I was thinking.
16    Q.   Okay. And what happened -- and how
17 long was this conversation on your front steps?
18    A.   It wasn't too long. I didn't allow it
19 to get too long. I was just frustrated.
20    Q.   Okay. So what did you do? Did you end
21 the conversation?
22    A.   Eventually.
23    Q.   And how'd you do that?
24    A.   By just saying, Okay, I'm done here,

Page 57

1  and I went upstairs.
2     Q.   And then did you see them leave?
3     A.   Well, I didn't see them leave, but I
4  know they left. They weren't in front of my house
5  anymore.
6     Q.   When's the next time you saw Jackie
7  Grande?
8     A.   I don't -- oh, at the lineup.
9     Q.   Okay. How did you get to the lineup?
10    A.   Through that meeting that we were
11 speaking in front of my house.
12    Q.   So you said they left and drove away.
13        Did you then go back and meet them
14 at the police station for the lineup?
15    A.   No, no, no, no, no. See the
16 conversation consisted of that they had a suspect.
17    Q.   Okay.
18    A.   You know? So they were like blah,
19 blah, blah. We're going to need you to come over
20 for a lineup and all that other stuff.
21    Q.   Okay. Now, this conversation you said
22 when they told you they had a suspect and needed
23 you to come in for a lineup, did they show you
24 any -- did the officer show you anything, or he was

KENNELLY SAEZ, 09/15/2021                                    Page 58..61

Page 58

1  just telling you there needed to be a lineup?
2      A.   No, they -- they showed me some
3  pictures.
4      Q.   How many pictures did he show you?
5      A.   Gosh, I think it was two pictures.
6      Q.   Okay.
7      A.   Two or three, something -- yeah, I
8  think it was two pictures.
9      Q.   And what about the pictures -- did he
10 or she say anything about what was in the pictures?
11     A.   Jackie turns to me and says, These are
12 the guys that did it. These are the guys that did
13 it.
14          And I told her, Are you sure?
15          She's like, Yeah, I saw them, I saw
16 them.
17     Q.   When she --
18     A.   And then --
19     Q.   -- said this -- I'm sorry.
20          When she said this to you, did she
21 say it to you like off to the side, or did she say
22 it so the officer could hear what she was saying?
23     A.   The officer heard what she was saying.
24 I mean, she said it but subtly, but he heard what

Page 59

1  she was saying. She was just telling me like in a
2  sincere form. You know, like, I saw them, I saw
3  them, you know, that type of stuff.
4      Q.   Okay. And did you recognize the two
5  people in the photographs?
6      MS. BONJEAN: Objection to the form and
7  foundation of that question.
8  BY MR. ENGQUIST:
9      Q.   That's all right. I'm going to -- I'll
10 strike that. I'll try that again.
11          When you saw the photographs, did
12 you recognize anybody in the photographs?
13     MS. BONJEAN: Still objection to the form.
14          But if you understand the question,
15 Mr. Saez, you can answer.
16     THE WITNESS: I understand the question.
17          Yeah. It kind of familiarized with
18 some of -- yeah. It kind of looked familiar to me,
19 but they're gang members. A lot of gangbangers
20 look familiar to me, you know, so ...
21 BY MR. ENGQUIST:
22     Q.   Okay. Now, did they -- was there any
23 other -- was there -- I'm sorry.
24          Were you shown any documents when

Page 60

1  you were there with either -- with -- were you
2  shown any documents when you were talking to this
3  officer and Jackie outside of your apartment?
4      A.   Was there any what?
5      Q.   Documents.
6      A.   Documents?
7      Q.   Yes.
8      A.   I don't recall any documents. I don't
9  recall.
10     Q.   Were you given any information about
11 the people that were in the photographs, besides
12 what Jackie had told you?
13     A.   Yeah, I don't recall any of that
14 either. About any information about them, no.
15     Q.   Okay. Did the officers say anything
16 about the photo -- of who was in the photographs?
17     A.   No. He just said: Do you recognize
18 these guys?
19     Q.   Okay. And then you were told that
20 there was a lineup, correct?
21     A.   Yeah. He says, We're probably going to
22 need you to come into a lineup on a later date.
23     Q.   Okay. And how long -- how much longer
24 after this was this later date that you saw the

Page 61

1  lineup?
2      A.   That I don't recall. It could have
3  been the next day. It could have been two days
4  later. I don't know.
5      Q.   How did you get to the lineup?
6      A.   What?
7      Q.   How did you get to the lineup?
8      A.   I was picked up.
9      Q.   And who picked you up?
10     A.   I think it was Guevara. I think it was
11 Guevara. I'm not sure. I know an officer picked
12 me up.
13     Q.   Was anybody -- was it just one officer
14 in the car?
15     A.   Yeah.
16     Q.   Was anybody else in the car other than
17 the officer who picked you up?
18     A.   No.
19     Q.   Had you gotten a phone call beforehand
20 that you -- that you needed to come in? Had the
21 ride been arranged some way, or did the person just
22 show up to pick you up?
23     A.   It was a phone call.
24     Q.   And was the phone -- and do you

KENNELLY SAEZ, 09/15/2021                                    Page 62..65

Page 62

1 remember who the phone call was from?
2     A.    I don't remember who it was from.  I
3 think -- I'm guessing it was that officer.
4     Q.    Okay.  But you don't recall for sure.
5     A.    I don't recall for sure.
6     Q.    Okay.  When you were driving over to
7 the lineup, was there any discussion in the car?
8     A.    Not that I remember.
9     Q.    Okay.  When you arrived at the station,
10 would this be the Area Five -- Area Five detective
11 headquarters?
12    A.    Grand and Central?
13    Q.    Yes, Grand and Central.
14    A.    Yeah.
15    Q.    Okay.  So you were brought upstairs to
16 the second floor; is that correct?
17    A.    Yeah.
18    Q.    Okay.  And when you were brought to the
19 second floor, what happened next?
20    A.    They said we're going to go into a
21 lineup room.
22    Q.    And who's the -- who -- who told you
23 that?
24    A.    The officers that were there.  There

Page 63

1 were more than one officer.
2     Q.    Okay.  Can you describe anybody?
3     A.    I don't recall.
4     Q.    Okay.  Other than telling you that you
5 were going into a different room for a lineup, did
6 they tell you anything else?
7     A.    No.
8     Q.    And did you go into a different room
9 for a lineup?
10    A.    I sat somewhere, and then I think
11 Jackie was in there first.  And then after she got
12 out, then they put me in the room.
13    Q.    Did you talk to Jackie at all before
14 she went into her lineup that day?
15    A.    No, I don't recall saying anything to
16 her.  I was frustrated.
17    Q.    Okay.  And did you talk -- okay.
18         And after Jackie was done with
19 seeing her -- seeing the lineup, did she talk to
20 you before you went to go see your lineup?
21    A.    No.
22    Q.    Okay.  And who took you into the lineup
23 room?
24    A.    An officer.

Page 64

1     Q.    Do you remember who?
2     A.    No.
3     Q.    And what happened when you went into
4 the lineup room?
5     A.    There was a bunch of guys lined up on
6 the -- in the wall there.
7     Q.    Okay.  Was it -- was this your first
8 time ever viewing a lineup?
9     A.    Yeah.
10    Q.    Okay.  Had you ever stood in --
11    A.    I was --
12    Q.    -- a lineup?
13    A.    I was usually in -- in the lineup.
14    Q.    Okay.  That was my next question.  You
15 kind of beat me to it.
16         You -- you've stood in lineups
17 before.
18    A.    Oh, yeah.  Probably a fricking
19 celebrity over there with that shit right there.  I
20 don't know.  Thank god I never got picked out for
21 some bullshit, huh?
22    Q.    So you're -- so you're viewing the
23 lineup.
24         What's the next thing that happened

Page 65

1 when you went into that room to view the lineup
2 that you recall?
3     A.    I recall seeing those two faces, you
4 know.
5     Q.    The two faces from the photograph --
6 the photographs?
7     A.    Yes.
8     Q.    And so what did you do?
9     A.    What did I do?  I said, Those two guys
10 right there.
11    Q.    Did the officer in the lineup room tell
12 you who to pick?
13    MS. BONJEAN:  Objection to the form and the
14 foundation.
15    THE WITNESS:  No, he didn't tell me who to
16 pick.
17 BY MR. ENGQUIST:
18    Q.    Okay.  Do you remember anything he said
19 to you -- I'm just -- I'm going to go back.
20         The officer who was in the lineup
21 room with you, you don't remember who it was, but
22 do you remember if it was a male or a female?
23    A.    I think it was a male.  Yeah, it was a
24 male.

Page 66

1    Q.    Okay.  Did this officer ever tell -- do
2 you remember anything this officer told you before
3 you viewed the lineup?
4    A.    He says, We're going to -- it was a
5 curtain first.  You know what I mean (indicating)?
6         And he goes, I'm going to show you
7 some people.  If you see anybody that you
8 recognize, just point them out, you know, about the
9 situation that happened.
10        So I was like okay.
11        So then he pulls the -- the curtain
12 comes -- or I don't know.  This -- I just got the
13 view of the guys.  Because when I first walked in
14 there, you couldn't see them, you know what I mean.
15        And he said about, You know, just
16 take your time, you know, just look.  And if you
17 see anybody that -- that's responsible or that you
18 recognize, point them out and blah, blah, blah.
19        So then at that point, that's when,
20 you know, I got to see the guys standing in the
21 lineup wall.
22    Q.    Okay.  And after you picked out the two
23 people, what's the next thing that happened?
24    A.    I was asked if I was sure, if I was

Page 67

1 absolutely sure.
2         And then I'm like, Yes, I'm sure,
3 you know.
4    Q.    Okay.
5    A.    And that was it.
6    Q.    And why did you say that you were sure?
7    A.    Because I saw those faces.  You know,
8 those faces were burned in my memory, you know,
9 as -- and to totally be honest, totally be honest
10 here, that -- that night -- that night when I
11 was -- at the "What's up, Folks" part of this whole
12 thing, "What's up, Folks," I think I suppressed
13 that memory.  Because I start remembering like
14 certain features of that -- of that face when they
15 were saying "What's up, Folks."
16        Because that was the one time when
17 there was no violent.  There was just a height -- a
18 heightened -- a heightened sense of everything, you
19 know, smell, taste, hearing.  And for some reason,
20 all those features I saw in -- in -- in one of
21 those guys, even when I was showed the picture, you
22 know.  But I didn't really think anything of it.
23 You know, I thought it was just me being high or
24 whatnot.

Page 68

1         Me, as a man now, and having a
2 better understanding of things, you know, it was
3 basically a suppressed memory through a traumatic
4 situation.  And I think that's what kind of led me
5 to say, you know, Yeah, that's -- that's him.
6    Q.    Okay.  And after you got done viewing
7 this lineup, what happened next?
8    A.    I got led out of the room.  They gave
9 me a soda.  They gave me a soda, and then I went
10 home.
11    Q.    Okay.  Do you remember --
12    A.    I don't remember if I signed anything.
13 I don't remember if I talked -- if I did talk to
14 somebody else, I really don't remember.  Because
15 you know, like I said, my mind was running a mile a
16 minute (indicating), and that's too much -- too
17 fast to run for a -- for a 20 -- 20-year-old,
18 21-year-old gangbanger from the city.
19        I don't know how to handle that.  I
20 never did.  I never wanted to, you know.  So I
21 became stubborn, I became obnoxious, I became rude
22 and neglected, and just all kind of shit, you know
23 what I mean?  And I blame -- I blame it on
24 everything.  I blame it on -- I blame it on myself.

Page 69

1 I blame it on -- I blame it on the people who
2 perpetrated the crime.  I blame it on the police
3 department.  I blame it on everything, you know.
4 It's just a sad situation all the way the fuck
5 around, man, you know.
6    Q.    Okay.
7    A.    It's like getting fucked without a
8 reach around.  I don't know.
9    Q.    Okay.  So you don't recall whether or
10 not you spoke to anybody later on at the police
11 station, but you do recall at some point you went
12 home, correct?
13    A.    Yeah, yeah.
14    Q.    Okay.
15    A.    Yeah, basically.
16    Q.    Okay.  Is it possible that you -- and
17 this is now if you do remember giving a statement
18 to an assistant state's attorney that you signed
19 off on that night?
20    MS. BONJEAN:  Objection, form.
21    THE WITNESS:  That might have happened.  I
22 don't remember it.
23 BY MR. ENGQUIST:
24    Q.    Okay.

KENNELLY SAEZ, 09/15/2021                                    Page 70..73

Page 70

1     A.    Because like I said, I just wanted to
2  get the fuck out of there.  Me and police stations
3  don't mix.
4     Q.    Okay.  You had been to that police
5  station before, haven't you?
6     A.    Oh, yeah.
7     Q.    Okay.
8     A.    In that same lineup room on the other
9  side.
10    Q.    Okay.  And when you were put in those
11 lineups on the other side, had you already been in
12 custody for some crime and they brought you
13 upstairs to be in a lineup?
14    A.    Yeah, yeah.
15    Q.    Now, at some point after this
16 identification, you were visited by KiKi, or
17 visited by your prince; is that correct?
18    A.    I don't recall.
19    Q.    Do you recall going to see a lawyer by
20 the name of Melinda Powers or Power, I believe --
21    A.    I --
22    Q.    -- who was the attorney for
23 Mr. Almodovar?
24    A.    I believe so.  I think so, yeah.

Page 71

1     Q.    Okay.  And do you recall how you ended
2  up going over there to see the attorney for
3  Mr. Almodovar?
4     A.    I don't remember.
5     Q.    Okay.  As you sit here today, sir, do
6  you recall going to a meeting with your prince at
7  an alderman's -- an alderman's office where there
8  was a discussion going on by other gang members or
9  gang leaders?
10    MS. BONJEAN:  Objection, foundation.
11    THE WITNESS:  I've been through a lot of
12 meetings, and half of those meetings, I don't -- I
13 don't -- I'm high, fucked up, I'm trying to look
14 for the girls.  I'm not paying attention at the
15 meeting.  I'm paying attention at the group.
16 BY MR. ENGQUIST:
17    Q.    Okay.
18    A.    But yeah, I don't remember.
19    Q.    Do you recall going to any meetings
20 with other gang leaders at an alderman's office?
21    A.    At an alderman's office?
22    Q.    Yes.
23    A.    I don't recall.
24    Q.    Okay.  Sir, do you recall telling the

Page 72

1  attorney for Mr. Almodovar that you couldn't --
2  that you weren't really sure who did the shooting
3  because you couldn't see very well?
4     A.    Yeah, I remember that.
5     Q.    Okay.  And do you remember why you gave
6  that statement to the attorney for Mr. Almodovar?
7     A.    Because it was really the truth at the
8  time.  It was the truth, you know.  Like I said, I
9  suppressed a lot of shit, so yeah.
10          And you know what, now that I think
11 about it, now that it's coming back, it was -- it
12 was some kind of a -- back then, I was feeling like
13 some kind of influence, and I was high all the
14 fucking time.  I was blurring my mind from what had
15 happened to me.  So I would say it would have been
16 easy to be -- to manipulate me in any way, shape,
17 or form.  So that's not too farfetched, you know
18 what I mean?
19          But I do remember, now that I think
20 about it, being kind of influenced on something.
21 You know, Hey, say this guy didn't do it.
22    Q.    Okay.  And you're talking about
23 going -- when you're talking about being
24 influenced, are you referring to specifically going

Page 73

1  to talk to the attorney for Mr. Almodovar?
2     A.    Yeah.
3     Q.    Okay.  Now, later on you testified at
4  trial, correct?
5     A.    I think I did, yeah.
6     Q.    Okay.  And do you recall identifying
7  Mr. Almodovar and Mr. Negron at the trial?
8     A.    Yeah.
9     Q.    Okay.  Were you telling the truth at
10 that time, sir, when you did that?
11    A.    At that time, yes.
12    Q.    Okay.
13    A.    Really, the one that stood out to me
14 was Almodovar.
15    Q.    And why is that?
16    A.    He's the shooter.
17    Q.    Okay.  Have you had any contact with
18 Mr. Almodovar since that day when you testified
19 against him in criminal court?
20    A.    I was in jail.  And when I think -- I
21 was in jail when we had that -- when I took the
22 stand.
23          And going back to the jailhouse,
24 there's a certain hallway where they're leading

KENNELLY SAEZ, 09/15/2021                          Page 74..77

Page 74

1  everybody back from court.  Negron and Almodovar
2  were both sitting right there right next to me.
3  They sat me right next to those two guys, which I
4  wanted to grab his fucking neck and wring it out.
5  Until an officer looked at us and noticed something
6  and said, Hey, these guys are not supposed to be
7  together, and took us away.
8          And I remember their two faces
9  like -- like, you know, like, Yeah, what, yeah
10 what.  You know what I mean?
11     Q.   Okay.  Did you have any conversation
12 with them at that time in Cook County Jail?
13     A.   No, no conversation.
14     Q.   Now, at some point after --
15 after the criminal trial you were approached by an
16 investigator or a new attorney for Mr. Almodovar.
17          Do you recall that?
18     A.   There was a lot of investigators that
19 came and talked to me, man.  I mean, investigators,
20 state's attorneys, fucking -- they were just
21 fucking up my ass, like fucking god knows what,
22 man.  I don't -- I can't recall who or who they
23 were representing or what.  I don't even know which
24 way was up, you know what I mean?

Page 75

1     Q.   Okay.
2     A.   But most likely, yeah, I'm pretty sure,
3  yeah, they probably came, you know, representing
4  Almodovar and probably the state's attorney office
5  came over to my house also or whatever the case may
6  be, like along with investigators that worked for
7  them people, you know, just all kind of stuff.  And
8  it was too much for me to fucking process at that
9  time.
10     Q.   Okay.  Let me go back.  You -- before
11 we're -- and I'm sorry, I'm getting a little off
12 track.
13          Let me go back.  You talked about
14 seeing both Mr. Almodovar and Mr. Negron at Cook
15 County Jail.
16     A.   Yeah.
17     Q.   Have you ever seen them since that
18 point in time?
19     A.   No.
20     Q.   Okay.  We're at 11:40 right now.  I
21 need to take a break to kind of -- kind of look
22 over some stuff.  And it might not be -- it might
23 not be a bad time just if we take a little bit of a
24 longer break just so people can have coffee or

Page 76

1  whatever they need to have to start off.  Is that
2  okay with everybody?
3     A.   Fine with me.
4     MR. ENGQUIST:  I'm also asking the other --
5  the attorneys on here too.  I want to make sure.
6  Is it --
7     MS. BONJEAN:  That's fine.
8     MR. ENGQUIST:  -- if we take about
9  30 minutes.
10     MS. BONJEAN:  That's fine.
11     MR. ENGQUIST:  All right.  So right now it's
12 11:38.  Why don't we come back at 8 after or 10
13 after or so 12 and get started again.  Is that
14 okay, Mr. Saez?
15     THE WITNESS:  Yeah.  So what do I do?  I got
16 to just turn this off and then come back on?
17     MR. ENGQUIST:  Well, there's -- there's a
18 couple ways -- there's a couple things you can do.
19 You can either just mute it and turn off your
20 camera and let it sit there so you're still logged
21 in, or you can log back in.  It's either way you
22 want to do it.  I -- so I'm probably going to just
23 stay logged in and just turn off my camera and mute
24 it for the next half an hour.

Page 77

1     THE WITNESS:  Yeah, I think I'll do the same.
2     MR. ENGQUIST:  All right then.  See you in
3  about 30.
4     THE WITNESS:  All right.  I just --
5     THE LEGAL VIDEOGRAPHER:  We are going off the
6  record.  The time 11:39 a.m.
7          (Recess taken.)
8     THE LEGAL VIDEOGRAPHER:  We are back on the
9  record.  The time is 12:09 p.m.  You may proceed.
10 BY MR. ENGQUIST:
11     Q.   Sir, I just want to make sure some
12 things are clear.
13          Prior to today's deposition, I know
14 I called you yesterday regarding how to work the
15 Zoom; is that correct?
16     A.   Yeah.
17     Q.   Did we talk about the case at all
18 during that time?
19     A.   No.
20     Q.   Okay.  And also when you initially got
21 the motion to compel your testimony, we spoke on
22 the phone and we set today's date, correct?
23     A.   Yeah.
24     Q.   Okay.  At that time did we discuss the

KENNELLY SAEZ, 09/15/2021                                    Page 78..81

Page 78

1 case?  What your testimony would be today?
2      A.   Well, just about this whole Zoom
3 meeting, yeah.
4      Q.   Okay.  But we didn't discuss the actual
5 testimony you'd be giving today; is that correct?
6      A.   No.
7      Q.   Okay.  In fact, I told you I didn't
8 want to ask you any questions about the case --
9      A.   Yeah, I remember that.
10      Q.   -- so you wouldn't have the feeling I
11 was trying to influence you in any way.
12      A.   Yeah, I remember that, yeah.
13      Q.   Okay.  Do you recall what you said to
14 me in response to that?
15      A.   I said I ain't going to have no hairs
16 on my fucking tongue.  I'm gonna speak what the
17 fuck I want to say.
18      Q.   Yep, okay.
19           Have you spoken to the attorneys --
20 any of the attorneys for the City of Chicago prior
21 to the deposition today for this deposition?
22      A.   No.
23      Q.   Okay.  Actually, besides speaking to me
24 and I think my paralegal who called you to make --

Page 79

1 to double check on the date --
2      A.   About the Zoom.
3      Q.   -- have you spoke -- yeah, about the
4 Zoom.
5      A.   Yeah.
6      Q.   Have you talked to anybody else about
7 the -- about this deposition?
8      A.   No, just you about the Zoom thing.
9      MR. ENGQUIST:  Okay.  Based on that, I don't
10 think I have any further questions right now.  I'll
11 just reserve some time if I need to by the end, and
12 pass the torch.
13      MS. CARNEY:  Jennifer, the City has no
14 questions right now.
15      MS. BONJEAN:  Okay.  All right.  Any -- any
16 other defendants?  Defendant Guevara's attorney?
17      MS. McGRATH:  Nothing right now, Jennifer.
18           EXAMINATION
19 BY MS. BONJEAN:
20      Q.   Good afternoon, Mr. Saez.  My name is
21 Jennifer Bonjean.  I represent Mr. Almodovar in
22 this civil litigation.  I want to ask you some
23 questions based on your testimony here today.
24           Would you agree that you've given

Page 80

1 testimony under oath a number of times in this
2 matter?
3      A.   Oh, yeah, yeah, definitely.
4      Q.   In fact, you've given testimony under
5 oath probably four, five times.  Does that sound
6 about right?
7      A.   Probably more than that.
8      Q.   Let's go through it if we could.
9           You obviously testified that you
10 gave testimony at the trial, right?  Mr. --
11      A.   Yeah.
12      Q.   -- Almodovar's trial.
13      A.   Yes, yeah.
14      Q.   And then do you recall giving testimony
15 under oath at a subsequent hearing in February of
16 1999?
17      A.   Yeah, I think I went to a courthouse.
18      Q.   Right.
19           Do you remember that
20 Mr. Almodovar had an attorney who actually has the
21 same last name as your first name?  His name was
22 Matthew Kinnelly?
23      A.   Yeah, yeah.  He was -- he's a judge now
24 or something like that.

Page 81

1      Q.   Yeah, he is -- he is a judge.
2           And then you gave deposition also in
3 2008 in a deposition -- a deposition test -- a
4 deposition of Juan Johnson's case.  Do you remember
5 that?
6      A.   Juan Johnson?
7      Q.   Yeah, yeah.
8           On June 19, 2008, do you recall
9 giving testimony probably in a conference room or
10 somewhere at a law office in connection with the
11 matter of --
12      A.   Yeah --
13      Q.   -- Juan Johnson?
14      A.   -- yeah, yeah.  That was some situation
15 with -- that had the same officer involved or
16 something like that.
17      Q.   Right.
18      A.   Yeah, I remember that, yeah.
19      Q.   Okay.  And then you also gave sworn
20 testimony more recently in November of 2016 at
21 26th Street?  Do you remember that?
22      A.   Say it again?
23      Q.   I think you -- oh, sorry.  You -- maybe
24 you froze on me, or I froze on you.

Page 82

1   A.   Yeah.

2   Q.   Do you remember giving testimony on

3 November 30th of 2016 at 26th Street?  That's a

4 more recent testimony you provided?

5   A.   I don't remember that.

6   Q.   Okay.

7   A.   No.

8   Q.   It was in front of Judge Linn, and

9 again that was November 30th of 2016.

10 Mr. Ainsworth was representing Mr. Negron?

11   A.   That name -- that name sounds familiar.

12   Q.   Right.

13   A.   So yeah, I think so.

14   Q.   Okay.  Do you remember seeing me there?

15   A.   I don't know.  I don't see you.  Who

16 are you?  Which one are you?

17   Q.   Oh, okay.  I don't know if you have

18 the -- I'm the person speaking.  I don't know if

19 you're just hearing us or --

20   A.   I'm seeing -- I'm seeing all four of

21 the faces, except for yours.

22   Q.   Okay.  All right.  Well, as long as you

23 can hear me, that's all that really matters.

24   A.   Okay.

Page 83

1   Q.   But do you remember -- do you remember

2 being questioned by me at all at that hearing?

3   A.   Well, whoever was representing

4 Almodovar, yeah, I remember all the questioning.

5   Q.   You remember Mr. Ainsworth also?

6   A.   Yeah, yeah, yeah, yeah.  I remember him.

7   Q.   Okay.  And you remember taking the oath

8 in all of those hearings to give truthful testimony

9 at the time, right?

10   A.   Yep.

11   Q.   And just as you did here today, right?

12   A.   Yep.

13   Q.   Okay.  Now, I want to ask you some

14 questions about -- and I don't want to rehash, but

15 I do want to ask you some questions about the

16 evening of September 1st of 1994 when you and your

17 friends were the victims of this drive-by shooting

18 or this shooting, if you will, okay?

19   A.   Okay.

20   Q.   Now, you gave us some background about

21 your relationship with the -- with Mr. Rodriguez

22 and Ms. Merkes and even Ms. -- Ms. Grande.

23       I want to ask you specifically

24 though:  Do you remember the location of where you

Page 84

1 lived and where this shooting happened?  The exact

2 address?

3   A.   I think it was 1854.  I could be

4 mistaken though.

5   Q.   Well --

6   A.   Yeah, I think it was 1854 --

7   Q.   Well, let's --

8   A.   -- Cortland.

9   Q.   Let's look at -- let's look at a

10 picture, if you would.

11       Ashley, can you -- can you pull

12 up -- and I'm not going to show you any photos that

13 would be hard to look at.  Just if you could pull

14 up a picture, Ashley.  I forget what the Bates

15 stamp number was, but the picture of the building.

16   THE LEGAL VIDEOGRAPHER:  This is the

17 videographer.  Do you want this recorded on the

18 video record?

19   MS. BONJEAN:  Yes, please.

20   THE LEGAL VIDEOGRAPHER:  Okay.

21 BY MS. BONJEAN:

22   Q.   Are you able to see that picture,

23 Mr. Saez?

24   A.   Yeah.

Page 85

1   Q.   Okay.  And what -- can you recognize

2 that?

3   A.   Yeah.  That's -- that's the front of my

4 house.

5   Q.   Okay.  And I'm going to, by the way,

6 mark this as Saez 1 for the purposes of this

7 deposition.  And --

8   MR. ENGQUIST:  Excuse me, Jennifer.  Is

9 that -- is there a Bates stamp number on that, or

10 are we just going to get it later?  I'm just trying

11 to make sure.

12   MS. BONJEAN:  There is a Bates stamp.  It's

13 RFC Almodovar Negron 170.

14   MR. ENGQUIST:  Thanks.

15       (Deposition Exhibit No. 1,

16         Witness Saez, was marked for

17         identification 09/15/2021.)

18 BY MS. BONJEAN:

19   Q.   Okay.  Mr. Saez, you said that was your

20 apartment building; is that right?

21   A.   It froze on me.

22   Q.   Oh, okay.

23       Is that your apartment building, sir?

24   A.   Yeah.

KENNELLY SAEZ, 09/15/2021                    Page 86..89

Page 86

1    Q.    Okay.  And are you able to tell by
2  looking at this where your apartment was in this
3  picture?
4    A.    Yeah.
5    Q.    If you're able to do your best to
6  describe it, I know you said the third floor and I
7  see --
8    A.    Third floor on the right side.
9    MS. BONJEAN:  Okay.  So, Ashley, if you're
10 able to highlight that, let's see if we got the
11 right one.
12   MS. COHEN:  Is it right as you're facing the
13 door, or is it the right coming out of the building?
14   THE WITNESS:  As you're facing the front
15 door, the right-hand side, third floor.  Like if
16 you walk into the hallway, you going to make a
17 right at the -- at the third floor.  That's the
18 apartment.
19 BY MS. BONJEAN:
20   Q.    Okay.  And do you see where we sort of
21 highlighted that area?  Does that -- is that
22 windows to your apartment, Mr. Saez?
23   A.    I don't see the picture anymore.
24   Q.    Oh, okay.  Okay.  My apologies.

Page 87

1         Huh, you're not able to see it on
2  the screen?
3    A.    No.
4    Q.    Okay.
5    MS. COHEN:  Are you able to see it now with
6  me talking?
7    THE WITNESS:  No.
8    THE LEGAL VIDEOGRAPHER:  I would --
9    THE WITNESS:  I just see --
10   THE LEGAL VIDEOGRAPHER:  Sorry.  I would try
11 restarting the screen share.  It might have been
12 when his bandwidth was low it disabled his screen
13 share.  So maybe if you restart it, he should be
14 able to see it.
15   THE WITNESS:  Okay.  Yep, that's it.
16 BY MS. BONJEAN:
17   Q.    Okay, great.
18         And while I have this picture up,
19 can you tell us based on the picture where you and
20 your friends were -- were hanging out just
21 immediately prior to this four-door Delta that
22 drove by?
23   A.    Yeah.  You see that brown door at the
24 bottom?

Page 88

1    Q.    Yes, I do.
2    A.    That entry door?
3    Q.    I do.
4    A.    Okay.  Well, you see there's a concrete
5  slab sitting on the front door there.
6    Q.    Yeah.
7    A.    That's where -- that's where we were
8  sitting.  And there's another -- also another
9  overlapping -- an overlapping concrete slab in
10 front of there also that's like almost a long
11 overstep.  We were sitting on there and in the
12 front doorway --
13   Q.    Okay.
14   A.    -- just hanging out -- just basically
15 hanging out in front of that brown door right there.
16   Q.    All right.  And so when you were
17 hanging out in front of that door, you said -- do
18 you know how long you were hanging out in front of
19 that door before the blue car or Delta drove by the
20 first time?
21   A.    About 25 minutes.
22   Q.    Okay.  I know you --
23   A.    But it --
24   Q.    I'm sorry.  Go ahead.  I didn't mean to

Page 89

1  cut you off.
2    A.    Yeah.  It was shortly after -- after
3  Amy and Jackie come walking down the street there
4  approaching the door.  25 minutes after that,
5  that's when everything happened.
6    Q.    Okay.  And were you -- did you say you
7  were smoking marijuana or had smoked marijuana?  I
8  can't remember what you said.
9    A.    Yeah.  Me and -- me and George was
10 sitting in front of that door by ourselves
11 initially smoking a joint when Amy and Jackie
12 appeared from the left side of this picture coming
13 towards the door, and then I -- I was surprised to
14 see her.
15         She sat down there with us, and
16 25 minutes later, all hell broke loose.
17   Q.    Right.
18         Let me ask you this:  Is this
19 apartment that you lived in, was this in the
20 Humboldt Park area?
21   A.    Yes.
22   Q.    All right.  And would you agree that
23 there was significant gang activity or gang
24 presence in the Humboldt Park area at the time that

KENNELLY SAEZ, 09/15/2021                                    Page 90..93

Page 90

1  you were living there in September of 1994?
2      A.   Absolutely.
3      Q.   And I know you spoke about your own
4  gang involvement.  I'm not going to go through all
5  that.
6           But were there people who did not
7  associate with gangs that lived in your area?  Like
8  young men?
9      A.   I would think so.  I would hope so.
10 But you know, you really couldn't tell that back
11 then.  You know what I mean?  We were blinded with
12 stupid.
13          So to -- to a young Latino in a --
14 in a gang-infested area, every young Latino is a
15 potential gang member.  You know what I'm saying?
16 It's just instilled, and it -- and it's a sad
17 situation, but it's true, you know.  I mean, look
18 what's happening today, you know?  It's just
19 fucking crazy.
20          But yeah, I wouldn't differentiate.
21 I wouldn't have been able to differentiate who was
22 a gang member, who was not.
23     Q.   Would you agree that even if you
24 weren't a gang member chances are you were

Page 91

1  associating with gang members just by virtue of
2  living in a neighborhood that had so much gang
3  activity?
4      A.   Yeah.  We call that being a product of
5  your environment, yes.
6      Q.   And would you agree that the Chicago
7  Police Department or Chicago police officers that
8  you interacted with assumed you were in a gang
9  whether you were or you were not when you lived in
10 this neighborhood?
11 MR. ENGQUIST:  Objection, foundation, form.
12 THE WITNESS:  Well, the officers that
13 responded to the incident initially, I actually --
14 they actually know me.  They've arrested me before,
15 and they had me on file as a gang member, so they
16 already knew who I was.
17          I actually knew one of the officers.
18 I knew one of his brothers was -- I tried to
19 confide in him, talk with him, but he was just I
20 guess a gang crime officer and not a homicide
21 detective.
22 BY MR. ENGQUIST:
23     Q.   Right.
24     A.   So yeah, so they passed it on to the

Page 92

1  homicide division.
2           But yeah, that's what I remember.
3      Q.   Where your building or your home was
4  located, you said that you -- you didn't have any
5  responsibilities in connection with your gang at
6  that location, right?
7      A.   Yeah.  That's my home.  That's --
8  that's a whole different neighborhood like.  The
9  neighborhood I was responsible for was maybe a
10 block, two blocks east of that location and then
11 about two blocks south of that location, which is
12 Keystone and Wabansia.
13     Q.   Okay.  Now I want to ask you
14 specifically about the location where your
15 apartment was.
16          Did that -- was that dominated by a
17 particular gang?
18     A.   It's in the -- it's in the Disciples
19 neighborhood, but it's --
20     Q.   Okay.
21     A.   -- it's not YLO.  It's Maniac.  But
22 it's still like, you know, it's a friendly
23 territory in accordance to my gang.
24     Q.   Understood.

Page 93

1           So it was more dominated by the
2  Maniac Latin Disciples rather than the YLODs, but
3  the YLODs and the Maniacs were aligned.  Is that
4  fair?
5      A.   Yeah, that's fair.
6      Q.   Now, was your home or your apartment,
7  did it border rival gang territory?
8      A.   Sort of, kind of.  You know, the Cobras
9  were down the street, but we didn't always fight
10 with the Cobras.  You know what I mean?
11     Q.   Yeah.
12     A.   It was like -- like quarrels, but then
13 they kind of die off and we're all good again, and
14 then another quarrel, you know.  But yeah, that's
15 about it.
16     Q.   Okay.  And at the time of this
17 shooting, was there conflict in the -- in your
18 neighborhood with rival gangs?
19     A.   Yeah.
20     Q.   Okay.  Now -- and do you recall what
21 gang that was?
22     A.   Well, at that time we were going at it
23 with the Dragons --
24     Q.   Okay.

KENNELLY SAEZ, 09/15/2021                          Page 94..97

Page 94

1      A.    -- and with Gangsters, and I think we
2  had some beef -- well, always with the Latin Kings
3  of course, and so that was about -- I think that
4  was the attention focus at that time.
5      Q.    Okay.  Would you say there was a gang
6  war going on at that time, or was it just a
7  flare-up?  I mean, I don't know how to describe
8  these things.
9      A.    I -- I would say it was both, you know
10  what I mean?  In gang wars, sometimes we could have
11  a war and have no incidents, but we're still at
12  war.  But then it will flare up, you know, and then
13  it will go away again.  But we're still at war, but
14  you know, it will flare up here, it'll -- you know,
15  it's not like a constant thing that I remember, you
16  know, so ...
17      Q.    Understood.
18            So whatever word you want to use,
19  you would say that there was definitely conflict
20  going on with various --
21      A.    Yeah, there was -- yeah, there was
22  definitely heightened -- heightened -- heightened
23  activity, yeah.  You know, watch where you're
24  going, keeping look around your shoulders type

Page 95

1  deal, you know?
2      Q.    And you -- yes, understood.
3            And you said one of the gangs that
4  you were in conflict with or that the YLODs were in
5  conflict with was the Gangsters; is that right?
6      A.    Gangsters, Dragons, Kings.
7      Q.    Okay.  When you say "Gangsters," I'm
8  sorry for my ignorance, is that Gangster Disciples?
9  What --
10      A.    No.  That -- the Imperial Gangsters.
11      Q.    Oh, Imperial Gangsters.  Got it.
12            Now, Imperial Gangsters were part of
13  the Folk Nation, but that didn't necessarily mean
14  you were aligned just because you were all part of
15  the Folk Nation, right?
16      A.    Yeah, yeah.
17      Q.    And Latin Kings were not part of the
18  Folk Nation.  They were part of a rival nation
19  known as the Peoples, right?
20      A.    Yeah.
21      Q.    Okay.  All right.  Now, is it fair to
22  say that your building was located on the north
23  side of Cortland?  You'll forgive me for my
24  geographic ignorance if I got that wrong.

Page 96

1      A.    I'm trying figure out -- yeah, the
2  north side of Cortland, yeah.
3      Q.    Okay.  So when you saw the blue car
4  coming by, it would have been driving eastbound; is
5  that right?
6      A.    It would have been going eastbound, yep.
7      Q.    So it was essentially across the street
8  from the side of the street that your building was
9  on, right?
10      A.    Yeah, right on that street.
11      Q.    And then -- and when the car -- you
12  said when the car first went by, it sort of caught
13  your attention because you had this little exchange
14  with Mr. Rodriguez about what type of car it was,
15  right?
16      A.    Yeah, yeah.
17      Q.    And do you recall how it was that the
18  car ended up coming back in the other direction?
19      A.    Okay.  You see where that door is at?
20      Q.    Yeah.
21      A.    Okay.  It passed us up there, okay?
22  And then me and George were -- had the conversation
23  about the make and model of the car.  Then right
24  on -- on the right side of this picture, which is

Page 97

1  you cannot see, there's an alleyway there.  The car
2  stopped at that alleyway and stood there for a
3  second and then reversed back to that door.
4      Q.    Okay.  Did it actually go into the
5  alley, or did it just reverse?
6      A.    It just re -- it just stopped at that
7  alley and then reversed.
8      Q.    And so when it reversed back, did it --
9  did it stop sort of in front of where the brown
10  door was?
11      A.    Yep.
12      Q.    Was it still on the east -- strike
13  that.  I'm sorry.
14            So when it reversed back, did it
15  stay in the same lane that it had been driving in?
16      A.    Well, yeah.  That -- that street, that
17  is Cortland.  That street at that time was a
18  one-way.
19      Q.    Ah, got it.
20      A.    Going -- going east.  So yeah, there's
21  only one lane on that street.  Now I believe it's a
22  two-way, but initially it was a one-way street.
23      Q.    Okay.  So --
24      A.    So --

KENNELLY SAEZ, 09/15/2021                                  Page 98..101

Page 98

1    Q.   I'm sorry.  I didn't mean to interrupt.
2 Go ahead.
3    A.   So when he reversed, he -- he stood --
4 he never changed any kind of lanes.  It just went
5 straight and then went back, like if he was on a
6 track, you know.
7    Q.   I -- I get it.
8         So and -- and there were cars parked
9 on both sides of the street that were faced east?
10   A.   Yeah, yeah.
11        (Brief interruption.)
12   MS. BONJEAN:  I'm sorry?  Oh, I don't know
13 who that was, but ...
14 BY MS. BONJEAN:
15   Q.   Okay.  So the car drives past, it stops
16 in front of the alley, and then reverses itself
17 back, right?
18   A.   Yeah.
19   Q.   And it's still facing east, just to be
20 clear, correct?
21   A.   Yeah, yeah.
22   Q.   All right.  So and that means that the
23 driver's side of -- whoever was sitting in the
24 driver's seat was closest to where you were

Page 99

1 located, right?
2    A.   Yeah.
3    Q.   All right.  Now, did it -- did it
4 already sort of raise your awareness when the car
5 backed up?
6    A.   Yeah.
7    Q.   Were you stressed out by that when that
8 happened?
9    A.   Yeah.
10   Q.   Okay.  And then when it stopped, you --
11 you said that you made some type of communication
12 with those in the car?
13   A.   Yeah.
14   Q.   Okay.  How many people were in the car?
15   A.   I believe there were three.
16   Q.   Okay.
17   A.   You know what I mean?  Because there
18 was one in the backseat, which was the one who did
19 the shooting.  There was also obviously the driver.
20 So there had to have been someone else in that
21 front seat, I believe.  You know, so -- it was
22 vague, yeah.
23   Q.   So just so I understand, you -- there
24 was a driver of course because somebody was driving

Page 100

1 the car, right?
2    A.   Uh-hmm.
3    Q.   And then you said there was somebody in
4 the pass -- back -- backseat?
5    A.   Yes.
6    Q.   Okay.  And then there -- you're
7 assuming someone was in the passenger seat but you
8 couldn't really tell?  Or I don't want to put words
9 in your mouth.
10   A.   Yeah, I just looked -- I mean, when I
11 looked into the car when we had the initial
12 contact, I was trying to scan through the car to
13 see who was in there.  I -- my attention was
14 immediately focused towards the guy in the backseat
15 because it looked fishy.
16        I looked at the driver's seat -- the
17 driver and tried to look towards the passenger, and
18 I believe I saw someone there, but I cannot be sure
19 because they were like maybe hunched over or
20 something like that, which is what heightened my
21 senses even more when I turned my attention to the
22 drive -- to the -- to the one that was actually
23 talking, like, What's up, Folks, that's when --
24 that's when he pulled out the pistol and started

Page 101

1 shooting.
2    Q.   Who -- who from your recollection is
3 the person that said, What's up, Folks?  I mean,
4 where --
5    A.   In the backseat, the guy in the
6 backseat.
7    Q.   Okay.  And were the windows down in the
8 car?
9    A.   Halfway down.
10   Q.   And the person in the backseat, did he
11 have anything on his head, or was he wearing
12 anything?  On his --
13   A.   I don't know if he had hat on or not.
14 He was just kind of like hunched over a little bit,
15 you know, which kind of heightened my senses also
16 that he's not looking -- he didn't try to look at
17 me directly in the face.  He's like, you know what
18 I mean, talking to me but looking somewhere else.
19   Q.   Okay.  So you were getting a profile
20 when he was talking to you?
21   A.   Yeah.
22   Q.   And you said he was hunched over?
23   A.   A little hunched over, yeah.
24   Q.   And what about the person who was in

KENNELLY SAEZ, 09/15/2021                          Page 102..105

Page 102

1 the driver's seat?  Are you able to describe
2 anything you recall about him?
3      A.     The only thing I could describe about
4 him was that he was real low cut hair, you know
5 what I mean?  Latino.  But he was always looking
6 forward and then to the rear view --
7      Q.     Okay.
8      A.     -- which also made me feel, you know,
9 like something's not right here.  Something's amiss.
10 And -- and keep in mind, all this is
11 happening all at one time.  It's not like how I'm
12 explaining it.
13     Q.     Right.
14     A.     It's all -- all these, say, instances
15 are all happening all at one time, one bunch, you
16 know, one fell swoop.
17     Q.     I know I'm asking you to sort of
18 deconstruct what is probably just a few seconds, so
19 I --
20     A.     Yeah, yeah.
21     Q.     So I know that's not easy.
22          Do you remember the hairstyle of the
23 person, the passenger seat?
24     A.     Yeah, I remember he had long hair.

Page 103

1      Q.     Okay.  And you're saying the driver had
2 short hair?
3      A.     The driver had very short hair.  I was
4 able to see that because I was looking at the back
5 of his head.
6      Q.     Okay.  But fair to say you were just
7 getting a profile of these guys because they
8 weren't looking at you face on, right?
9      A.     Yeah.
10     Q.     So I'm assuming you didn't -- you
11 weren't able to see, for instance, the color of
12 anyone's eyes, right?
13     A.     Yeah, yeah.  I'm looking at a barrel of
14 a gun.
15     Q.     Right.  And that brings me to the next
16 question.
17          You -- you -- if you could put that
18 picture back up, Ash.  I want to ask Mr. Saez where
19 he thinks he may have been when he said, What's
20 up -- or, you know, when he said, Who's there, if
21 you're able to tell us.
22     A.     Okay.  You see where that trash can is
23 at?
24     A.     Yes.

Page 104

1      A.     I think it's a trash can.
2          Is this a recent photo, or is this a
3 photo from the time?
4      Q.     This is I believe a photo from around
5 the time.  It's not recent.
6      A.     Okay.  Because that garbage can saved
7 my life.
8      Q.     Okay.
9      A.     All right?  You see this pole here?
10     Q.     Yeah.
11     A.     Or that tree, should I say?
12     Q.     Yeah.
13     A.     Okay.  The car was a little bit behind
14 that tree, okay?  I was standing right by that
15 trash can, you know what I mean?
16     Q.     Yeah.
17     A.     On the left side -- on the -- on this
18 picture on the left side of the tree.  When I --
19 because I was initially standing in front of the
20 door.  I walked off of the door and walked over
21 towards that tree to -- because this car is parked
22 on that street there.  So I had to come across and
23 then go onto the left side of this tree, looking at
24 the picture, and -- and engage whoever was in the

Page 105

1 car, and that's what was being said.
2          So you know, I said, Who's that?
3          What's up, Folks?
4          Who's that?
5          What's up, Folks?
6          The shots ring out.  I -- I
7 immediately dive towards this tree and the garbage
8 can.  Shots kept coming towards the door or towards
9 me, I'm guessing.  And then I go past the garbage
10 can and there's a car parked right here.  And I
11 just dive in the -- on the curb and under the car
12 that was parked here at the time.
13          Then up here on the third floor,
14 which is opposite my apartment, was where Dolores
15 and her daughters lived, which opened the window
16 and saw me down here on the ground, and said what
17 they said.  They said, Hey, Joker.  Guy jumps in
18 the car and takes off.
19          That garbage can there took two
20 bullets, and they never came out the other side of
21 the garbage can.
22     Q.     Right.
23     A.     And it's a tin garbage can.  So that
24 garbage can saved my life, because I dove right

Page 106

1 past that thing when those bullets hit. And yeah,
2 that's it.
3     Q.    Okay. So just to clarify, when you say
4 the car was right -- are you saying the front of
5 the car was kind of lined up with where the tree is?
6     A.    I would say the driver's side door --
7     Q.    Okay.
8     A.    -- was lined up where the tree is. I'm
9 trying to engage the guy in the backseat --
10    Q.    Okay.
11    A.    -- which is --
12    Q.    Go ahead.
13    A.    Yeah.
14    Q.    And were you engaging him from the
15 sidewalk, or did you come onto the grass area?
16    A.    I come on -- I came on to the grass
17 area, like about two steps into the grass, because
18 I didn't want to get too close.
19    Q.    Right.
20    A.    You know what I mean? I -- like I
21 said, I already had suspicions. Me being who I was
22 and what I'm about and stuff, you know, you
23 approach everything with caution.
24           So and, you know, I was kind of

Page 107

1 hunched over looking, you know, but I didn't want
2 to walk up to the car and be that, you know,
3 stupid, you know. So yeah, I was like maybe on
4 that grass from the -- on the left side of the tree
5 looking at this picture, that grass area, I was
6 maybe two steps into that grass.
7     Q.    Okay. And that was -- and also there
8 was a -- there was a car parked in between you and
9 the car that had the perpetrators in it, right?
10    A.    Yeah, but the backseat was -- was lined
11 up with the two -- in between the two bumpers of
12 the two cars that were there. That opening where
13 you can walk in between two cars --
14    Q.    Yep.
15    A.    -- that -- that back -- that back door
16 was lined up with that when they was -- and then
17 which makes the driver's side basically looking
18 at the -- on his left side looking at a car.
19    Q.    Okay. And you testified about how your
20 neighbors were up and kind of gave you some type of
21 notice that, you know, essentially someone was
22 coming out to -- I think you made the assumption
23 that to make sure you were shot or something like
24 that, right?

Page 108

1     A.    Yeah, they just yelled out my name.
2     Q.    Right. And you think -- but I think
3 you testified that you later learned that somebody
4 got out of the car, right?
5     A.    Yeah. Well, no, actually I heard the
6 door shut.
7     Q.    Oh, okay.
8     A.    I heard the door shut. I remember
9 hearing, Doo. You know, the sound of a door being
10 shut. So that -- that immediately told me that,
11 you know, he's probably still out here, you know.
12 But then the car just sped off soon after I heard
13 the door shut, and this is right after I heard my
14 name being yelled.
15    Q.    Okay. Obviously that person that got
16 out of the car didn't actually find you, but you --
17 you remember hearing a door shut that -- from which
18 you inferred that somebody had gotten out and
19 gotten back in, right?
20    A.    Yeah.
21    Q.    And do you know whether the -- well,
22 let me ask you this. Strike that.
23           Did you hear more than one gun being
24 shot, or just one?

Page 109

1     A.    Just one.
2     Q.    Okay. Are you -- do you think you
3 would be able to discern if it was two guns?
4     A.    I wouldn't have -- well, I would have
5 been able to know if it was two guns because I've
6 heard a lot of gunshots in my life, you know.
7     Q.    Okay.
8     A.    But yeah, it was just one gun. It
9 was -- because it was a consistent bang. It
10 wasn't -- it didn't change tones. It didn't change
11 sound or snap or crackle, as you may. It had the
12 same -- same thump over and over and over and over
13 and over again. I'm assuming it was only one gun.
14    Q.    And you indicated that -- that you
15 were -- when -- when you kind of approached the
16 car, that you got a, you know, a side look of the
17 person in the back, and then the gun was sort of in
18 your face; is that right? Or within eyesight --
19    A.    Yeah.
20    Q.    -- eyeshot, right?
21    A.    Yeah, yeah. More or less, yeah.
22    Q.    Were you focused on that gun?
23    A.    Oh, yeah, absolutely.
24    Q.    Would you agree that when you see a gun

KENNELLY SAEZ, 09/15/2021                    Page 110..113

Page 110

1 pointed at you it -- it raised your anxiety and
2 stress level?
3     A.    Oh, yeah.  By -- by 10 thousand.
4 Everything goes slow motion.
5     Q.    Did you think you -- you were going to
6 die?
7     A.    Oh, yeah, I thought I was going to die.
8     Q.    And just so I understand, do you
9 see where -- are you still able to see the picture
10 there?
11    A.    Yeah.
12    Q.    Okay.  Do you see there's like a -- I
13 don't know if it looks like a K there?
14    A.    A "K"?
15    Q.    Yeah, like a -- Ashley wrote a K?
16    A.    Oh, yeah, I see it here.
17    Q.    Or X or something.  I don't know.
18    A.    An X, yeah.  A red X?
19    Q.    Yes.  To the left of the tree?
20    A.    Yeah.
21    Q.    Would you agree that -- or strike that.
22          Is that approximately where the
23 backseat was to the car?
24    A.    Probably, yeah.  Somewhere around there.

Page 111

1     Q.    Okay.  And it looks sort of like a K.
2     MS. BONJEAN:  Ashley, I'm going to ask you to
3 screenshot that, by the way.
4 BY MS. BONJEAN:
5     Q.    All right.  Did you suffer any physical
6 injuries?  Obviously, I'm not talking about
7 emotional right now, but did you suffer any
8 physical injuries from the shooting?
9     A.    Nope.
10    Q.    All right.  Now, you obviously were
11 dodging bullets so you -- you didn't see what your
12 friends were doing, but you were able to put
13 together that they had gotten into your building,
14 right?
15    A.    Yeah, they got in there.
16    Q.    Okay.
17    A.    They just didn't make it out.
18    Q.    Right.  And I'm not going to go through
19 that.
20          Did you -- were you there when the
21 police arrived on the scene?  You said you were,
22 right?
23    A.    Yeah.
24    Q.    And did you provide the police with all

Page 112

1 the information that you could about what you saw?
2     A.    Yeah, after they tussled me up a little
3 bit.  And then I got really belligerent with them
4 so they really wouldn't listen to what I had to say
5 at that point.  But initially at the station, I
6 told them whatever I knew.
7     Q.    Did they take you to the station right
8 away?
9     A.    No.
10    Q.    How long after they arrived on the
11 scene did they take you to the station?
12    A.    I was there long enough to see them
13 bring down George, so I don't know how long that
14 was.
15    Q.    I'm assuming that was extraordinarily
16 traumatizing for you.
17    A.    Yeah.
18    Q.    And were you --
19    A.    They never brought out Amy though.
20    Q.    Uh-huh.
21          Were you interviewed on scene?  Like
22 did somebody say what happened or ask you what
23 happened?
24    A.    Yeah, the -- the initial cop that I

Page 113

1 knew.
2     Q.    Right.
3     A.    I -- I kind of confided to him, and I
4 was like, Hey, man, they came, you know, and I was
5 telling him everything, you know, and he's like,
6 okay, hold on, hold on.  And then that's when they
7 went in the room and that's when some other cops
8 grabbed me and started tussling me down and all
9 this other stuff.
10    Q.    And you said they mistreated you at the
11 scene, right?
12    A.    Yeah.
13    Q.    And then you were eventually taken to
14 Area Five; is that correct?
15    A.    Yeah.
16    Q.    And were you then interviewed at Area
17 Five sort of in a more formal fashion?
18    A.    Yeah, you could say that.  It was more
19 formal than -- than what I was used to, but still,
20 they had like that -- you know, that kind of, you
21 know, You fuck head.  Tell us what happened,
22 asshole, you know, type deal.
23    Q.    Yeah.  Did they think you were
24 withholding information as best as you could tell?

KENNELLY SAEZ, 09/15/2021                                    Page 114..117

Page 114

1    A.   I don't know.  I wouldn't be able to
2  say if they thought that or they just thought I was
3  just an asshole, you know.  They knew who I was.
4    Q.   Okay.  Were you telling them the
5  information that you had?
6    A.   Yeah.  I was just telling them, Hey,
7  man.  You guys need to be looking for a blue Delta,
8  man, you know.
9    Q.   Okay.  Were you able to describe any of
10  the occupants in the car to them?
11    A.   Yeah.  I told them -- I just told them
12  that it was three guys in the car.  I think -- I
13  think that's what I told them.
14    Q.   Okay.
15    A.   And but then -- then I was being really
16  defensive also at the time, you know, with them,
17  because I felt that bad vibe coming out from them,
18  you know, treating me like I'm a -- you know, I'm a
19  low life and stuff like that.
20        And at the time, I didn't know
21  that -- that George had passed away.  And sometime
22  in that interview, another officer walked into the
23  interview room and says, Hey, asshole, you know,
24  you know, you're a witness to a double murder.

Page 115

1        And then that's when I knew that
2  George had passed.  And that's when I just shut
3  down, and I told them to fuck off.
4    Q.   Okay.  But when they were first
5  interviewing you, you didn't have any reason not to
6  cooperate with them, did you?
7    A.   No, no, no.
8    Q.   Okay.  Did you discuss with them the
9  various gangs that were in conflict with your gang?
10  Do you remember doing that?
11    A.   I don't remember that.
12    Q.   Do you remember --
13    A.   I probably did, you know, because, you
14  know, during their questioning, they probably asked
15  me, who -- who you guys going at it with, and all
16  that stuff.
17        But I figured, Hey, you guys know
18  this shit already any goddamn way.  You know who I
19  am.
20        So that's -- that's the stance that
21  I took, you know.
22    Q.   Right.  What --
23    A.   Don't ask me a question that you
24  already know the answer to, you know what I mean?

Page 116

1    Q.   And why do you think they already knew
2  who you were?
3    A.   Because I was Joker from the YLODs in
4  their jurisdiction.  Gang crime knew me:  Figueroa
5  Arceo, Santos, Negron.  All these officers, a lot
6  of these officers I've coincided with and they've
7  locked me up in and out of jail, and they've taken
8  pictures of me with fucking gang signs put up for
9  their little scrap book and all that other kind of
10  shit.  So they knew who the fuck I was.
11    Q.   Right.  So that brings me to a good
12  question:  Had you previously been brought in by
13  gang crimes to have Polaroids taken of you?
14    A.   Yeah, yeah, yeah.  Even in the streets.
15  Hell, they had cameras in their goddamn fucking
16  trucks.
17        All right, everybody line up.  Take
18  a picture, throw up your gang sign, smile.
19    Q.   And at the time did you know why they
20  were doing that?
21    A.   I know why they were doing that.
22  They're keeping a record of all the gang members
23  that are in the city, which I don't see -- you
24  know, it's -- it's a good strategy.  But, you know,

Page 117

1  the way they were going about doing it was kind of
2  wrong.  Just creating conflict, all type of
3  conflict, you know.  But, yeah, I could see why
4  they do it, you know.
5    Q.   Uh-hmm, okay.  I want to draw your
6  attention to the -- whatever date it was.  I know
7  you're a little unsure of what date it was, but
8  when Jackie Grande came to your house with
9  Detective Guevara, okay?
10    A.   Okay.
11    MS. COHEN:  Jen, do you want me to take this
12  down?
13    MS. BONJEAN:  Yeah, you can take that down.
14  BY MS. BONJEAN:
15    Q.   Hold on one second if you would.
16        I belive you previously testified
17  that Detective Guevara and Jackie came to your
18  house on September 12th.  That would have been
19  about 12 days after the shooting.  Does that sound
20  right?
21    A.   It sounds about right, I guess, yeah.
22    Q.   Okay.  And had you ever seen Detective
23  Guevara before?
24    MR. ENGQUIST:  Asked and answered.

KENNELLY SAEZ, 09/15/2021                                    Page 118..121

Page 118

1    THE WITNESS: I don't believe that I have,
2 no. I would have remembered him, you know.
3 BY MS. BONJEAN:
4    Q.   Yeah.
5    A.   Or he would have came up to me and
6 said, Hey, Joker, you know, or knew me.
7    Q.   Right.
8         Now, you could recognize that he was
9 a Latino police officer, right?
10   A.   Yeah.
11   Q.   All right. And when he approached you
12 at your home with Jackie Grande, were you on the
13 street, or where exactly were you positioned?
14   MR. ENGQUIST: Objection, asked and answered.
15   THE WITNESS: I was in front of my door.
16 BY MS. BONJEAN:
17   Q.   Okay.
18   A.   In front of the front -- brown door.
19   Q.   And do you remember Jackie telling you,
20 We got the guys, we got the guys?
21   A.   Yeah, yeah. I remember her saying that.
22   Q.   And do you remember Detective Guevara
23 speaking to you in Spanish?
24   A.   Excuse me?

Page 119

1    Q.   Do you remember Detective Guevara
2 speaking to you in Spanish?
3    A.   Yeah, yeah, I think so.
4    Q.   Okay.
5    A.   That's kind of -- yeah. He might have,
6 yeah.
7    Q.   And do you remember him telling you
8 that they were working on putting the guys who did
9 this in jail?
10   A.   Yeah.
11   Q.   And do you remember him showing you two
12 Polaroid photos and saying, These are the guys?
13   MR. ENGQUIST: Objection, asked and answered.
14 You're mischaracterizing his previous testimony.
15   THE WITNESS: I saw some pictures.
16 BY MS. BONJEAN:
17   Q.   Okay.
18   A.   You know what I mean.
19   Q.   And -- and do you remember Jackie
20 confirming to you that these are the guys?
21   MR. ENGQUIST: Objection, asked and answered.
22   THE WITNESS: Yeah. She -- she saw him
23 showing me the pictures, and she's like, Those are
24 the guys, those are the -- I saw them.

Page 120

1 BY MS. BONJEAN:
2    Q.   Right. And I want to draw your
3 attention if I could to some of your prior
4 testimony and just have you look at it.
5         We're going to mark this as Saez I
6 guess 2? Is that where we're at? Yeah.
7         (Deposition Exhibit No. 2,
8          Witness Saez, was marked for
9          identification 09/15/2021.)
10   MS. BONJEAN: Ashley, if you could pull up
11 the first page just so Mr. Saez can see the cover
12 page of this testimony.
13   MS. COHEN: The August 6th?
14   MS. BONJEAN: No. August 6th? No,
15 November 30th of 2016.
16   MS. COHEN: Okay, you didn't say which one.
17   MS. BONJEAN: Oh, sorry.
18 BY MS. BONJEAN:
19   Q.   Okay. Let me -- I know it might be
20 kind of hard to see, Mr. Saez, but do you see
21 this cover --
22   A.   Yeah. I see this cover, but I can't
23 read any of that.
24   Q.   All right.

Page 121

1    A.   I'm blind as a bat.
2    Q.   All right, that's fine.
3         Let's -- well, I am going to -- I'm
4 going to ask that -- well, I will represent to you
5 that it is -- it's the cover page of a transcript
6 and from a proceeding that was held in this case or
7 the criminal case on November 30th of 2016, okay?
8    A.   Okay.
9    MS. BONJEAN: And go to the next page, Ash.
10 Keep going, keep going. Okay, stop.
11 BY MS. BONJEAN:
12   Q.   Do you see -- are you able to make out
13 your name at the top of that transcript there, sir?
14   A.   Hold on. Let me get closer to this.
15   A.   That's --
16   A.   Yeah, yeah, yeah, yeah.
17   Q.   Okay. Is that -- is that the correct
18 spelling of your name?
19   A.   Yeah.
20   Q.   Okay. Now, I want to go to page 30 of
21 this deposition, and we'll try to make it so you
22 can see it, but I'll also read it to you, all right?
23   A.   Okay.
24   MS. BONJEAN: Okay. Right there is good. If

KENNELLY SAEZ, 09/15/2021                                    Page 122..125

Page 122

1  you could pull out, Ashley, from page 10 down on
2  to -- I'm sorry -- line 10 down to 22.
3  BY MS. BONJEAN:
4      Q.   Okay.  Hopefully you can see it, but if
5  not, I'll read it to you.
6           You were asked the question -- well,
7  strike that.
8           Again, do you remember giving
9  testimony at this proceeding?  This is the one
10 where Mr. Ainsworth questioned you?
11     A.   Yeah, I think so, yeah.
12     Q.   All right.  And I know you don't
13 remember the date, but I'll represent that
14 according to the transcript it was November 30th of
15 2016 before the Honorable Judge James Linn, okay?
16     A.   Okay.
17     Q.   And you were asked:  When Jackie and
18 Detective Guevara came to your home, did they come
19 together or separately?
20          And you answered, They came together.
21          That was --
22     A.   Yeah.
23     Q.   That's what you said today, right?
24     A.   Yeah.

Page 123

1      Q.   And then you were asked:  Can you tell
2  the court what happened when Jackie and detective
3  came to your home.
4           And you answered:  Jackie approached
5  me first and says, We got the guys, we got the
6  guys.  Then the officer introduced himself and
7  spoke to me in Spanish, that they were --
8      A.   Yes.
9      Q.   -- working on putting the guys who did
10 this in jail.  And then he shows me two Polaroid
11 pictures and said, these are the guys.  Then I look
12 at Jackie for confirmation, and Jackie is like,
13 yeah, that's them, that's them.
14          Do you remember that?
15     A.   Yeah.
16     Q.   Okay.  And you gave that testimony
17 under oath, right?
18     A.   Yeah.
19     Q.   All right.  And I know you've been
20 asked to reflect on these things multiple times
21 over the course of many years but --
22     A.   Yeah.
23     Q.   -- certainly when you gave that
24 testimony back in 2016 not too long ago you were

Page 124

1  doing your very best to give honest and truthful
2  testimony to the best of your recollection, correct?
3      A.   Yeah.
4      Q.   All right.
5           MS. BONJEAN:  Now, Ashley, if you could go to
6  the next page.
7  BY MS. BONJEAN:
8      Q.   And before I pull anything out,
9  Mr. Saez, would you agree that at the time that you
10 were approached by Detective Guevara and Jackie
11 Grande you were in a great deal of emotional
12 distress?
13     A.   Yeah, I was fucked up in all kind of
14 ways, man.  I mean, I'm still fucked up in all kind
15 of ways.  I had to kind of relearn how to be in
16 relationships and -- and communicate with people
17 and stuff like that.
18          Yeah, I mean, I'm still working on
19 it, you know?  I could be belligerent sometimes.
20 It's not me.  I'm damaged --
21     Q.   Right.
22     A.   -- you know.  So yeah --
23     Q.   Would you --
24     A.   -- I was -- I was kind of fucked up

Page 125

1  more than -- more than I am today back then, you
2  know.
3      Q.   Right.
4           You had almost died and you saw your
5  friends and your girlfriend die in front of you,
6  right?
7      A.   Yeah, you know, over me.  I blame
8  myself.  So yeah, I still blame myself.
9      Q.   Right.  And at the time --
10     A.   I'm just learning how to live with it.
11 You know, I -- and what I'm trying to say is that,
12 yeah, when they approached me, I was still tender
13 with these emotions.
14     Q.   Right.
15     A.   You know?
16     Q.   Would you say you were vulnerable?
17     A.   That's -- you can make that assumption.
18 You know, if someone with the right skill set, you
19 know, that has a certain agenda could probably
20 exploit that.
21     Q.   Would you --
22     A.   You know?
23     Q.   Yeah.
24     A.   I've done that in my whole gang life as

KENNELLY SAEZ, 09/15/2021                          Page 126..129

Page 126

1 chief enforcer of the gang.  I exploited these kids
2 that didn't have daddies that were in the streets
3 that only had mamas to take care of them.  I
4 knew -- I knew their life so I knew that -- I knew
5 the void that they needed, and I gave them that
6 void.  But I manipulated it to my -- to my will.
7          So I understand that, you know, me
8 as a man now.  But you know, it just -- it's --
9 it's just fucked up all the way around.
10    Q.    Right.
11          Did you feel at the time responsible
12 or at least partially responsible for the death of
13 your girlfriend?
14    A.    I still do.  Because if she would
15 have -- if she would have never knew me, she would
16 still be alive today.  You know, I like -- I used
17 to say she -- she saw me as her knight in shining
18 armor, but it wasn't -- it wasn't that.  I was not
19 the knight in shining armor.  She was my angel in
20 disguise, you know what I mean?  I wasn't her
21 knight; she was my savior.  And that was lost, so
22 that, you know, tore a whole part of me away.  I
23 couldn't even -- I learned -- I had to learn how to
24 be in a relationship with a woman without being

Page 127

1 violent.
2          I mean, in the years after this
3 incident, I was arrested for domestic violences
4 left and right with any girl that I had a
5 relationship with, and that's because I was
6 damaged.  But I learned, and now I have a beautiful
7 family, and I have my wife.  She loves me, I love
8 her, and I'm just going to move forward.
9    Q.    Well, I commend you for that.  I'm sure
10 that was a difficult journey.
11    A.    Very.  It still is.
12    Q.    Yeah.
13          And do you think that Jackie
14 Grande -- well, strike that.
15          I think you testified that Jackie
16 Grande was kind of messed up in the head also,
17 right?
18    A.    Yeah.  She was very -- she wasn't the
19 same girl that I knew before that day.  You could
20 see it in her face.  You could see it in her
21 demeanor, in her speech, and everything.  I think
22 she -- I think she got damaged the worst.  I think
23 she still is.
24    Q.    Have you had any --

Page 128

1    A.    You know.
2    Q.    -- contact with her?
3    A.    Absolutely not.  I don't know why not.
4 But you know, I would like to talk to her, see how
5 she's doing.  But no, you know, I haven't had any
6 contact with her.
7    Q.    And when she approached you and
8 Detective Guevara was there and she said, We got
9 the guy, we got the guys, did you have a desire to,
10 you know, essentially go along with what she said?
11 I mean --
12    MR. ENGQUIST:  Objection --
13    THE WITNESS:  Part of me did.
14    MR. ENGQUIST:  -- leading.
15 BY MS. BONJEAN:
16    Q.    I'm sorry.  Go ahead.
17    A.    Part of me did, yeah.  But then part of
18 me was, you know, like -- like I said earlier, you
19 know, things start popping up in my head, and I've
20 had dreams, even dreams, even daydreams, you know,
21 like with -- with -- that has lot to do with this
22 stuff that we're talking about today.
23          Like the profile pic, you know what
24 I mean.  I think that had a part to play with my

Page 129

1 decision to go forward, because she's -- you know,
2 the profile was -- they showed me was a guy with
3 long hair and then a guy with short hair.  And then
4 that's when I kind of remembered also in the back
5 of my head.  I didn't know faces because I'm
6 looking down the barrel of a gun.  So I kind of
7 relied on Jackie to put -- to fill those blanks for
8 me, the faces, you know.
9          And then seeing that she was so
10 sure, that saying, yes, yes, yes, just kind of just
11 led me to say, okay, you know, and these are --
12 this is them.  And at the same time, I wanted
13 somebody to pay.  I wanted whoever responsible was
14 to pay for what -- for taking -- ripping that part
15 of my life away from me.  You know what I'm saying?
16 So it's -- it was like a tit for tat.  You know,
17 I -- I was trying to put pieces together that I
18 didn't have the puzzle to.  You know what I mean?
19    Q.    Absolutely.  And --
20    THE REPORTER:  I apologize.  I'm so sorry, I
21 apologize.  This is the court reporter.
22          Mr. Engquist, you made an objection,
23 but I didn't hear what the objection was.  I'm
24 sorry.

Page 130

1     MR. ENGQUIST:  Objection to leading.
2     THE WITNESS:  No, I'm not being led in any
3  way.  I'm just telling you how I feel, man.  I got
4  no hairs on my tongue.  This is what -- this is --
5  this is -- you guys want the fucking truth, this is
6  the truth.  And sometimes the truth in one ear will
7  not be the truth in another, and that's been
8  proven.  You people as attorneys should know that.
9  Truths change; lies change.
10     MR. ENGQUIST:  Mr. Saez, just to be clear,
11  just like when earlier, I'm making objections for
12  the record, and that was -- that was an objection a
13  while ago, and the answer kind of went on.  And I'm
14  making objections for the record to be on the
15  record.
16     THE WITNESS:  I understand that.  You guys
17  have already explained that.
18     MR. ENGQUIST:  All right.
19  BY MS. BONJEAN:
20     Q.    And, Mr. Saez, did it -- you said you
21  had a -- sort of a natural trust for Detective
22  Guevara because he was a Latino police officer,
23  right?
24     MR. ENGQUIST:  Objection, leading,

Page 131

1  mischaracterizes previous testimony.
2     MS. BONJEAN:  I'm just directing him to his
3  prior testimony.  If he -- if I got it wrong, he'll
4  correct me.
5  BY MS. BONJEAN:
6     Q.    Did -- did you say that earlier?
7     A.    I might have -- I might have felt more
8  comfortable, you know what I'm saying?  But I don't
9  think it -- it -- it made it a factor of my
10  decision or my -- my statement to him.  That was
11  more so what I was feeling.  As far as whatever I
12  saw, I didn't see faces.  I saw a profile.
13          The pictures that were shown to me
14  fit my profile, and then I relied on Jackie.  I
15  didn't rely on whether he spoke to me in Spanish or
16  not.
17     Q.    Okay.  Understood completely.
18          But I'm just trying to understand
19  that obviously you wanted to -- did you want to
20  help this detective get these --
21     A.    Yeah, yeah.  I mean, he represents law
22  enforcement in the City of fucking Chicago.  He's
23  supposed to serve and protect the -- the public and
24  society.  So yeah, I -- I wanted to help, if that's

Page 132

1  what he was doing.  If he was going to bring these
2  people to justice before I got them and ended up in
3  prison, absolutely, you know what I mean?
4     Q.    Right.  And --
5     A.    Because if he didn't catch them and
6  then I would have -- you know, I would have gone
7  into the same bullshit, and I would have did
8  something and probably even got the wrong guy, you
9  know what I mean, and then ended up being in prison
10  for the rest of my life, and I wouldn't have my
11  beautiful children today.
12     Q.    So you were actually hoping that they
13  got the right guys, right?
14     A.    Absolutely.
15     Q.    And were you -- strike that.
16          What would it have meant to tell
17  Jackie and this detective, Listen, I have no idea.
18  I didn't see the guy.  I didn't see the face.  I
19  just saw a profile?
20     A.    What -- I don't understand the question.
21     Q.    So did you want to be an obstacle to
22  solving this crime?
23     A.    No, I did not want to be obstacle.  I
24  wanted to be an -- an ally.

Page 133

1     Q.    And the information you got from Jackie
2  is that she felt confident that these were the
3  individuals, right?
4     A.    Yeah.
5     Q.    Okay.  Now, did Detective Guevara give
6  you any information about why he thought these
7  particular people were the shooters or the
8  perpetrators?
9     A.    Did he give me any -- any reason why he
10  thought?
11     Q.    Yeah.
12     A.    I don't -- I don't really recall the --
13  I don't think so.  I'm not sure.
14          We -- we talked a bit during that
15  day, and some of it I remember, some of it I don't.
16  He probably did mention something about Dragons,
17  but I can't really kind of say that that -- for
18  definite.  But you know, it might have -- he might
19  have mentioned some gang activity, you know what I
20  mean, and then the alliance of the people that he
21  showed me on the picture.
22     Q.    Okay.  Well, did he tell you that
23  Mr. Almodovar had a alibi that had been confirmed
24  by numerous people?

KENNELLY SAEZ, 09/15/2021

Page 134..137

Page 134

1     A.    I don't think he mentioned anything
2  like that.
3     Q.    Did he tell you that Mr. Almodovar had
4  actually worked all day at the Farley's candy store
5  and then went to his GED classes before returning
6  home to his girlfriend and baby that evening?
7     A.    He never mentioned that either.
8     Q.    Okay.  And did he tell you that even
9  the neighbor next door had confirmed that he had
10  heard Mr. Almodovar arguing with his girlfriend at
11  the time that this shooting allegedly happened?
12     A.    I don't -- I don't remember any of that.
13     Q.    All right.  So I'd like to ask you to
14  look at this testimony that you provided on
15  November 16th, and --
16     MS. COHEN:  November 30th, 2016.
17  BY MS. BONJEAN:
18     Q.    I'm sorry, yes.  November 30, 2016.
19  I'm sorry.
20            And it's going back to where we left
21  off where you were having this conversation with
22  Detective Guevara and Ms. --
23     A.    Okay.
24     Q.    -- Grande.

Page 135

1            And you're asked the question:  Do
2  you remember word for word verbatim or the words
3  that they used?
4            And you answered, Word for word, no.
5            Then you were asked:  Is that what
6  they communicated to you?
7            And you answered --
8     MS. BONJEAN:  If you can pull that out,
9  Ashley, so he can father -- follow along if he's
10  able.
11     THE WITNESS:  Okay.
12  BY MS. BONJEAN:
13     Q.    Can you see that, sir?
14     A.    It's just in yellow, but it's still --
15  yeah, I can't.
16     Q.    Okay.  I'll read it, and you can follow
17  along if you would.
18     A.    Okay.
19     Q.    You testified:  This is what they
20  communicated to me, that we got the guys, we were
21  trying to put them away.
22            I'm trying to find the answers
23  myself.  I want these guys to pay for what they
24  did, which is why I went along.  I said, okay, if

Page 136

1  Jackie says -- Jackie was there with me.  This is
2  your job to find who is responsible for it.
3  There's no reason for me to think -- I left it in
4  their hands.
5            Do you see that?
6     A.    Yeah.
7     Q.    And is that accurate?
8     A.    Yeah, yeah, that's accurate.
9     Q.    Okay.  Now, you testified -- I'll
10  strike that.  And I'm going to keep going.  I'm
11  sorry.  If we could pull out the same -- the last
12  half from 14 down.  No, 14, please.
13            Okay.  And then the questioning goes
14  on.
15            "Question:  How many
16  photographs did the detectives show you?
17            You answered:  Two.
18            "Question, had you seen those
19  individuals before?
20            You answered:  No.
21            "Question:  When the defendants
22  show you the photographs of these two
23  people, did you know from your own
24  memory whether or not they were the

Page 137

1  people who were in that car that night?
2            "Answer:  No."
3            Was that truthful testimony,
4  Mr. Saez.
5     A.    Yeah, because like I said, I didn't see
6  the faces.  I was going by the profile that I --
7  that I had prior to that gun being pulled up in my
8  face.
9     Q.    Right.
10     A.    So I really can't -- you know, and I've
11  said this before, you know, if -- if -- I never
12  wanted to see somebody go to prison for something
13  that they didn't do.  You know, that's terrible.
14  It happens too often.
15            But at the same time, I don't want
16  somebody to slip through the cracks, you know what
17  I'm saying?  So if I can help in any kind of way,
18  whether it was a profile, but I'm not going to say,
19  okay, I saw this person and definitely this is --
20  this is the person, you know what I'm saying, if I
21  don't have that knowledge.
22            My knowledge is a profile, not a
23  face.  You know, so yeah.
24     Q.    And would it be --

Page 138

1    THE LEGAL VIDEOGRAPHER:  Coun --
2    MS. BONJEAN:  I'm sorry.
3    THE LEGAL VIDEOGRAPHER:  Oh, I'm sorry,
4 Counsel.  This is the videographer.  I have about
5 5 minutes until I have to do a swap of my SD cards.
6    MS. BONJEAN:  Okay.  Well, we'll just keep
7 going for a few more minutes, then we'll break.
8 BY MS. BONJEAN:
9    Q.    So when Detective Guevara showed you
10 the photograph or the Polaroid photos, there was
11 one person with long hair and one person with short
12 hair, correct?
13    A.    Yeah, yeah, yeah.
14    Q.    And -- and that was consistent with
15 what you did see, which was a long-haired person
16 and a short-haired person, right?
17    A.    Yeah, yeah.
18    Q.    But you couldn't say that the faces
19 were the faces you saw because you didn't see the
20 faces.  Would that be --
21    A.    Right, right.
22    Q.    And were you relying on him to get the
23 right guys?
24    A.    Well, yeah, I mean --

Page 139

1    MR. ENGQUIST:  Objection, objection, leading,
2 mischaracterizes previous testimony.
3    THE WITNESS:  He's the police officer.  It's
4 his job, right?
5 BY MS. BONJEAN:
6    Q.    Did you have any reason to believe at
7 that time Detective Guevara was an officer who had
8 engaged in misconduct in other investigations?
9    A.    I had no knowledge of any of that.
10    Q.    Okay.  And can you -- let's go -- we'll
11 go to the next page and then we'll take a break.
12    Mr. Saez --
13    MS. BONJEAN:  Ashley, can you start at the
14 question that's on the bottom of that last page
15 that we looked at?  Okay.
16 BY MS. BONJEAN:
17    Q.    At line 24 you were asked the question:
18 Did you trust Detective Guevara and Jackie -- keep
19 going -- that they were right about these being the
20 perpetrators?
21    And you answered:  Yeah, I had no
22 reason to think -- I had no other reason to think
23 that.
24    Is that fair?

Page 140

1    A.    Yeah.
2    Q.    And you then were questioned:  Did you
3 believe that those were the perpetrators?
4    And your answer was:  I didn't
5 believe it because -- well, I can't say I didn't
6 believe it.  I believed it at the time because they
7 believed it.
8    Is that fair?
9    A.    Yeah, that's fair.
10    Q.    And then the next question is:  Explain
11 that to you.  Explain that to you.  Why -- or me --
12 I don't know what it's supposed to say, but --
13 why -- why did you believe that those two were the
14 perpetrators despite the fact that you really
15 couldn't have seen?
16    And you answered:  Because they were
17 so sure, and I didn't want to get in the way of
18 justice for the families that lost their loved
19 ones, mainly Amy and stuff.  I didn't want that
20 kind of hatred towards me, that I am not
21 cooperating with the investigation or anything like
22 that.  I wanted to cooperate fully.  I didn't want
23 to be silent.
24    Do you remember giving that

Page 141

1 testimony?
2    A.    Yep.
3    Q.    And would you say that's consistent
4 with your feelings today?
5    A.    Yeah.  You know, and -- yes, yes.  I'm
6 seeking justice for the -- for the families that
7 lost -- (audio interruption.)
8    (Witness lost connection.)
9    MS. BONJEAN:  Take that down, Ash, if you
10 could.
11    THE LEGAL VIDEOGRAPHER:  It looks like he
12 dropped off.
13    THE REPORTER:  I think he lost connection.
14    MR. ENGQUIST:  Yeah.
15    MS. BONJEAN:  Okay.  Well, maybe we should
16 stop the tape now, and then hopefully we can get
17 him back on.
18    THE LEGAL VIDEOGRAPHER:  Okay.  This is --
19 this is the end of media unit 1.  We are going off
20 the record.  The time is 1:16 p.m.
21    (Brief recess.)
22    THE LEGAL VIDEOGRAPHER:  We are back on the
23 record.  This is the start of media unit 2, the
24 deposition of Kennelly Saez.  The time is 1:20 p.m.

KENNELLY SAEZ, 09/15/2021                           Page 142..145

Page 142

1  You may proceed.
2  BY MS. BONJEAN:
3      Q.   Okay, Mr. Saez, I just want to go look
4  at a little more testimony if you would.
5      MS. BONJEAN:  Ashley, if you could pull up
6  page 33.
7              (Discussion off the record.)
8  BY MS. BONJEAN:
9      Q.   Yes, okay.  I'm going to have you look
10 at -- we're going to pull out line 18 to 24 if we
11 can.  At the bottom of that page, yeah.  And --
12 okay.
13           So again, during your testimony on
14 November 30th of 2016, you were asked this
15 question:  Let me take a step back:  While you were
16 still on the stoop, did either Amy or Detective
17 Guevara tell you anything about the roles the
18 people in the Polaroids were supposed to have
19 played in the murders?
20           And you had answered:  Yeah.  They
21 pointed at the long-haired guy on the photo as the
22 shooter.  Amy said, that's the guy who shot and
23 that's the guy who was driving.  So I was ...
24     MS. BONJEAN:  Go to the next page.  You can

Page 143

1  go from 1 to 10, Ash, or ...
2  BY MS. BONJEAN:
3      Q.   So I was like, okay.
4           "Question:  They indicated to you
5  one was the shooter and one was the driver?
6           "Answer:  Yes.
7           "Question:  You and Amy and
8  Detective Guevara, what did you do after he showed
9  you the photographs?  Actually, what did you say to
10 Amy and Detective Guevara when they are telling you
11 that these are the people and they caught the guys?
12           You answered:  I asked Amy, are you
13 sure.
14           Do you remember that testimony and
15 giving -- and giving those answers?
16     A.   Yeah, yeah, I remember that.  I was
17 speaking to I think Mr. Engquist.
18     Q.   Right.  That was on the stand when
19 Mr. Engquist was questioning you?
20     A.   Yeah, yeah.
21     MR. ENGQUIST:  Engquist?  No.  Ainsworth.
22 BY MS. BONJEAN:
23     Q.   I'm sorry.  Mr. Ainsworth.
24     A.   Yeah, I'm sorry.  Ainsworth.  Engquist,

Page 144

1  Ainsworth, tomato, tomahto, okay.
2      Q.   And again, you were giving truthful
3  testimony when you were asking -- when you were
4  answering Mr. Ainsworth's questioning, right?
5      A.   To the best of my ability.
6      Q.   Okay.  And -- and again, she said:
7              "Question:  What did she say?
8              And she answered, She said, yes, I
9  saw him, I saw him, that's them, that's them.  I
10 said okay, and then shortly after that we get in
11 the vehicle and start heading towards the station.
12           Do you remember that?
13     A.   Yeah.
14     Q.   Does that refresh your recollection --
15     A.   Well, hold on, hold on, hold on, hold
16 on, hold on hold on.  You know what?
17     Q.   You see it?
18     A.   Okay, hold on.  I'm trying to recall
19 here.  Because I don't remember if I -- (audio
20 interruption.)  That's the part that's -- that's
21 eluding me.
22     Q.   I'm sorry.  Could you repeat your
23 answer because you froze for a second?
24     A.   Okay.  I'm saying that I don't remember

Page 145

1  if I went that day and I got in the car and left
2  that day, or -- was it that I went to the --
3  because if I went with them, that means I went to
4  the lineup.
5      Q.   Right.
6      A.   Okay.  So I don't remember if that was
7  the next day or that day or -- I don't remember
8  that entirely, you know what I mean?  But it could
9  be that I went that day.  You know what I'm saying?
10 I'm just trying to be as honest as possible with
11 what I remember.
12           And -- and at that time I think I
13 said, yeah, I went in the car with him.  That could
14 be true.  But it -- now me thinking about it, I
15 really don't have that memory of going then or
16 later, you know what I mean?
17     Q.   Okay.  That -- and that's totally fair.
18           So what you're saying is that you
19 remember this occurring, but the timing of when you
20 went to the police station as you sit here now
21 27 years later you don't recall, correct?
22     A.   Yeah, yeah, yeah.  That's -- that's
23 about accurate, yeah.
24     Q.   And just so I'm clear, and I think

KENNELLY SAEZ, 09/15/2021                        Page 146..149

Page 146

1  Mr. Ainsworth just made a mistake, when he's
2  questioning you, he said you and Amy.  Obviously
3  Amy was not there, and it's in the transcript.
4           But when we're talking -- in the
5  transcript, it says Amy.  But you were there with
6  Jackie obviously.  Stating the obvious, correct?
7      A.  Yes, yes, yes.
8      Q.  Okay.  And then whether it was the same
9  day or a day later or whenever it was, you were
10 asked the question at this hearing:  Do you -- do
11 you have any conversation while you're in the
12 vehicle heading to the station?
13          And you answered:  We talked mostly
14 about what happened.
15          And he said, Question:  With whom?
16          And you answered:  With Amy and
17 George and just everything that happened.
18          That was your answer.
19          I assume what you mean in that is
20 that you were talking about Amy and George and what
21 happened, right?
22     A.  Yeah.
23     Q.  Okay.  And then the next question is:
24 Were you talking -- who were you talking with?

Page 147

1           And you said:  I was talking mostly
2  with Jackie -- keep going ...
3      A.  Hello?
4      Q.  Yeah, I'm sorry.  I'm going to the next
5  page.
6           The officer was just observing, and
7  then we are getting closer -- we went to Grand and
8  Central, if I am not mistaken, and he was like, it
9  would be best if you don't mention the Polaroids
10 because it can hurt the investigation.  I said
11 okay.
12          Do you remember testifying to that?
13     A.  I think I do remember testifying to
14 that.
15     Q.  Okay.  Do you remember that occurring
16 where Detective Guevara made those statements to
17 you?
18     A.  Gosh, you know, I think so.  I'm -- I'm
19 not really, really sure to be totally honest with
20 you.  You know, I'm trying to cooperate as much as
21 possible.  I know what I said before.  But like I
22 said, you know, situations and things kind of
23 fucking get mixed up.  And -- and yeah, I might
24 have.  He might have said that.  I don't know.  I'm

Page 148

1  not sure.
2      Q.  Okay.  And you were asked the question:
3  Did that seem odd to you?
4           And you answered:  A little bit but
5  I didn't care too much for it.  I'm on board.  I am
6  on the team to get who is responsible for the
7  deaths of my friends.
8           Right?
9      A.  Yeah, that sounds like, yeah, how I was
10 feeling at the time, yeah.
11     Q.  And then you were asked the question:
12 Did anyone indicate to you what gang the people in
13 the Polaroids were?
14          And you answered:  Yes.  The officer
15 said they were the Dragons.
16          Do you remember that?
17     A.  Yeah, yeah, I remember that, yeah.
18     Q.  Okay.  And I'll -- I'm happy to read
19 your testimony.
20          Do you remember Detective -- if you
21 want me to, but --
22     A.  No, that's fine.
23     Q.  Do you remember Detective Guevara
24 telling you that the two individuals from the

Page 149

1  Polaroids would be in the lineup?
2      A.  Yeah, I think he did mention that.
3      Q.  Okay.  And then at that point you did
4  go view the lineup, and you in fact picked out the
5  guys that you saw from the Polaroids, right?
6      A.  Yeah.  You know, you got to keep in
7  mind that, you know, everything that they were
8  telling me in my head was -- was horseshit, you
9  know.  I'm trying to play the part so I won't be
10 ridiculed.  And at the same time I want whoever was
11 responsible for what happened, you know, justice
12 for the family.
13          But everything that they're telling
14 me to me is horseshit.  I'm in the back of my head
15 relying on what I know genuinely and -- and relying
16 on Jackie that was also there.  That's not an
17 officer.  You know what I'm saying?  So those two
18 things fit for me.  So that's basically the engine
19 that drove me to -- to, you know, move forward on
20 what I thought was right.
21     Q.  Okay.
22     MS. BONJEAN:  Ash, if you could pull out at
23 line 14 through 24.
24

Page 150

1 BY MS. BONJEAN:

2     Q.   And, Mr. Saez, you were questioned, and
3 here is the question you received at the hearing in
4 front of Judge Linn in 2016.

5          When you identified those two men
6 from the lineup, were you doing it based on your
7 memory of what the perpetrators looked like when
8 you were trying to look into the car or were you
9 doing it based on the photographs that you had seen
10 earlier?

11          And you answered:  It was all based
12 on the photographs that I had seen.

13          Do you remember that?

14     A.   Yeah, I remember that.  But in reality,
15 it was both.

16     Q.   Okay.  And what you saw was the long
17 hair, right?

18     A.   Long hair and short hair.  And just by
19 coincidence, they showed me a picture of the long
20 hair and short hair.  I figured there's no way he
21 could have knew that.  But then I didn't see the
22 faces, so I can't be certain.  And Jackie says she
23 was certain.  So that was enough for me to pull
24 forward.

Page 151

1     Q.   Fair enough.

2          So you weren't privy to any of the
3 conversations between Detective Guevara and Jackie
4 that preceded them coming to your house, right?

5     A.   Excuse me?

6     Q.   You weren't present during any of the
7 conversations between Jackie and Detective Guevara
8 before they arrived at your house, correct?

9     A.   No, no.

10     MS. BONJEAN:  Okay, Ash.

11 BY MS. BONJEAN:

12     Q.   And then I think you testified to this,
13 and I'm assuming your testimony would be the same,
14 that you didn't tell any law enforcement officials
15 that you had looked at Polaroids prior to viewing
16 the lineup, correct?

17     A.   Correct.

18     Q.   In fact, you just identified the people
19 from the lineup, right?

20     A.   I identified the people from the lineup
21 based on what whatever I felt, yeah.

22     Q.   All right.  Now, in addition to
23 testimony that you provided in this 2016, you also
24 provided testimony at -- well, let's first start,

Page 152

1 you also made a sworn statement in 1998 with I
2 believe Mr. Kinnelly, who is now Judge Kinnelly.
3 Do you remember that?

4     A.   I remember going to his office.

5     Q.   Right.

6          And do you remember who you were
7 with when you went to the office?

8     A.   I was with an investigator.

9     Q.   Okay.  And this -- do you remember this
10 being after Mr. Almodovar was already convicted for
11 this crime?

12     A.   I can't really say if that was after or
13 before.  I'm not sure.

14     Q.   Okay.  Well, if I represent to you that
15 Mr. Almodovar was convicted in 19, I guess, 95 and
16 this occurred in 1998, would that make sense that
17 it was after he was convicted?

18     A.   Yeah.  That would make sense then, yeah.

19     Q.   And were you by the way ever told that
20 the state tried to seek the death penalty against
21 Mr. Almodovar?

22     A.   I didn't know anything like that.

23     Q.   Oh, okay.  Okay.  And you said an
24 investigator.

Page 153

1          Do you know who the investigator was
2 associated with?

3     A.   Mr. Kinnelly.

4     Q.   Okay.  Anybody else with you when you
5 went to do this?

6     A.   I don't think so.

7     Q.   Okay.  I assume you went there with the
8 investigator but not under dur --

9     A.   Yeah, yeah, I think he picked me up and
10 drove me over there.

11     Q.   All right.

12     MS. BONJEAN:  Okay.  Could you go to the next
13 page, Ash?

14     MS. COHEN:  You want to mark it?

15     MS. BONJEAN:  Oh, yeah.  Then we'll call
16 this Saez --

17     MS. COHEN:  3 --

18     MS. BONJEAN:  -- 3.

19          (Deposition Exhibit No. 3,
20          Witness Saez, was marked for
21          identification 09/15/2021.)

22     MS. BONJEAN:  Can I get the first question?
23 Oh, okay.  Is this out of order?  Weird, okay,
24 that's all right.  Keep going.  All right.

KENNELLY SAEZ, 09/15/2021                    Page 154..157

Page 154

1  BY MS. BONJEAN:
2      Q.   At the top, it says:
3               "I don't remember his name.
4           "Question:  But he was Latino?
5           "Answer:  He was Latino.  So in
6   his hand -- well, he went to the car and
7   he came back and in his hand he had two
8   Polaroids and he was pointing.  He had
9   the pictures and he was pointing to the
10  two guys like this.  "Are these the
11  guys?  Are these guys."
12          "Question:  In other words, he
13  was pointing with the two fingers with
14  one hand at both pictures at the same
15  time?
16          "Answer:  Right.  "Are these
17  the guys?  Are these the guys."  And I'm
18  looking and I see Jackie.  He had asked
19  Jackie first and she said, "Yes, these
20  are the guys," which struck me kind of
21  strange because she was with me when he
22  got there.  So I figured, you know,
23  she's here or he's there.  Well, I said,
24  "Yes, these are the guys."

Page 155

1               "And after that, we got in the
2   car and go to the police station.  He
3   tells me that we're going to go to see a
4   lineup and that the two guys that I saw
5   in the pictures are going to be in this
6   lineup.  And he also told me -- I
7   remember that he didn't want anybody to
8   know that he showed me those pictures."
9           Do you remember providing that
10  answer back in 1998?
11      MR. ENGQUIST:  I'm going to object.  This is
12  kind of improper impeachment, so I'm objecting to
13  the form of the question.  You're just reading
14  testimony.
15      MS. BONJEAN:  I'm asking -- I'm not
16  impeaching him.  I'm asking him if he remembers
17  this.
18      MR. ENGQUIST:  I know.  You're just reading
19  testimony.  That's why I'm objecting to the form of
20  the question.
21      MS. BONJEAN:  I'm -- I'm entitled to ask him
22  about his prior testimony.
23  BY MS. BONJEAN:
24      Q.   So do you remember giving this

Page 156

1   testimony, Mr. Saez?
2       A.   I think so.  I'm not sure.
3       Q.   Okay.  And this was back in 1998 that
4   you -- you provided this testimony, right?
5       A.   Yeah, yeah.  But you know, it sounds --
6   you know, me being now it sounds -- it sounds like
7   me being stupid.  You know what I mean?  I don't
8   know.  I don't -- yeah, I just -- I just don't
9   know.  I mean, I can't really give you an honest
10  answer on anything right now.
11           I mean, there's things that I've
12  heard and there's things that's been said that I --
13  I listen to the streets, and there's things that
14  are -- you know, you guys don't even know about,
15  so, you know, I don't know.
16      Q.   Well, when you say you listen to the
17  streets, what do you mean by that?
18      A.   Oh, you have no clue.
19      Q.   Okay.  So you're talking about street
20  chatter or --
21      A.   Oh, yeah; oh yeah; oh, yeah; oh, yeah.
22      Q.   All right.
23      A.   Anyway, we can move forward.
24      Q.   All right.  But, street -- okay, I

Page 157

1   mean, that's --
2       A.   This thing -- this things is very much
3   alive in the street sense.  You understand what I'm
4   saying?
5       Q.   Not really.
6       A.   It's very much alive.
7       Q.   All right.  Well, you -- you testified
8   earlier that you haven't -- apart from that one
9   interaction with Mr. Almodovar in Cook County Jail,
10  you haven't had any conversations with him ever,
11  correct?
12      A.   With who?  Mr. Almodovar?
13      Q.   Yeah.
14      A.   No, I haven't had any conversations
15  with him, no.
16      Q.   Okay.  Are you suggesting you had a
17  conversation with somebody else?
18      A.   Oh, most definitely.
19      Q.   Who?
20      A.   I can't say who.
21      Q.   Okay.  Why not.
22      A.   Because I'm going to protect whoever my
23  informants are.
24      Q.   So you have inform --

KENNELLY SAEZ, 09/15/2021          Page 158..161

Page 158

1     A.   Unless -- okay, you know what? I'm
2 going to stop beating around the bush here.
3        Listen, you're a very nice lady, but
4 your client, Mr. Almodovar -- yeah, Almodovar, was
5 boasting about this whole thing.
6     Q.   Oh, yeah?
7     A.   Yeah. He did not know I know certain
8 people and was at a bar say about a year ago, I
9 would say, somewhere around there, drinking,
10 boasting: Not too far away from here, I took care
11 of business, and here I am today, blah, blah, blah,
12 boo, boo, boo.
13        The person that I know frequents
14 that bar knew about the situation, did not know
15 about the whole Amy Merkes, and they had no
16 knowledge of that.
17        They just spoke to me about, they
18 said, Hey, this thing happened by your house?
19        I was like, Yeah, why'd you know
20 that?
21        Oh, this guy was over there saying
22 this and this and that. I found out it was him.
23        So that's why I don't really -- I
24 don't really want to get involved in any of this

Page 159

1 shit. This is the truth. This is the god honest's
2 truth.
3        (Brief interruption.)
4     THE WITNESS: This is the god's honest truth,
5 and this is -- this is how I feel.
6        I mean, like I said, what's true in
7 one year may not be true in the next. Truths come
8 out through time. The true truth comes out through
9 time. God does not discriminate as far as justice
10 is concerned.
11        So the way I do it, the way I see it
12 is I tried my best and I tried my damndest, being
13 through what I've been through, to -- to, you know,
14 cooperate and find the people that did this.
15 Because I'm a monster to a lot of people. I'm not
16 a monster in real life.
17        So if I can do this and -- and make
18 somebody -- you know, make truthfully -- a truthful
19 fucking conclusion as to who's responsible for all
20 this stuff, then I'm all for it.
21        But when I hear stuff like that
22 that's from a very, very credible source, it
23 bothers me. It bothers me to the core.
24

Page 160

1 BY MS. BONJEAN:
2     Q.   Okay. I understand --
3     A.   It hurts, it hurts me.
4     Q.   -- it bothers you.
5        (Simultaneous cross-talk.)
6     A.   It hurts me to the core.
7     Q.   Okay. Let me ask you this. Where
8 did -- where was this bar that my client was
9 allegedly at?
10     A.   I'm not going to say that either.
11     Q.   Well, sir, you just -- you're basically
12 saying that my client confessed to something.
13        Can you understand that as his
14 lawyer --
15     A.   Yeah, yeah --
16        (Simultaneous cross-talk.)
17     A.   -- yeah. That's exactly what I'm
18 saying.
19     Q.   Yeah, yeah. But don't -- don't you
20 want to know whether that is in fact what happened?
21     A.   That is in fact what happened.
22     Q.   Well, we --
23     A.   There is no if, ands, or buts. I've
24 cross referenced it. I -- it's no way in hell that

Page 161

1 this person that told me this would even know or
2 even fucking have an inclination of to what
3 happened to me in 1994.
4     Q.   Sir --
5     A.   No way.
6     Q.   There's been a million media. There's
7 so much about this case online, so much about it,
8 so I don't know, you know, if that's the case --
9     A.   Okay. Well, this person is from Puerto
10 Rico. They just came out here about three years
11 ago.
12     Q.   Who is it?
13     A.   I'm not going to tell you that. I'm
14 sorry.
15     Q.   I'm going to need to know who it is,
16 and I'm going to -- I'm going to get a judge on the
17 phone to make you, compel you to say who it is,
18 because --
19     A.   Are you serious?
20     Q.   I have to, because you have to
21 understand. This person is saying something, and I
22 have every right to know who this person is.
23     A.   Listen, I can't do that.
24     Q.   I understand that it's --

Page 162

1    A.   I'm not going to -- I'm not going --
2 I'm not going to do anything about it.  I have my
3 own life.  I want to live my life peacefully.  I
4 have my children.  I love my children.  I love my
5 wife.  I want to move forward and be happy.
6    Q.   I'm --
7    A.   That's all I want to do.
8    Q.   And so -- and so does my client who did
9 23 years, and I know you believe --
10    A.   I understand that.
11         (Simultaneous cross-talk.)
12    Q.   -- based on some rumor --
13    A.   I don't want nobody -- listen, I've
14 told you from the beginning.  I don't want nobody
15 who -- who's not responsible for it to do jail
16 time.  That's terrible.
17         But I'm putting -- I'm being pulled
18 here, pulled there.  And -- and I'm hearing things
19 in the streets.  I'm hearing things from other
20 people.  It's too much for me.  You know what I
21 mean?
22    Q.   Sure.
23    A.   All you guys are going to do to me is
24 destroy me and break me down from what I've

Page 163

1 recovered from.
2    Q.   Okay.
3    A.   That's all you're going to do.
4    Q.   I -- and that's not my -- and that's
5 not my goal.  I've never --
6         (Simultaneous cross-talk.)
7    A.   That's all you're going to do.
8    Q.   -- tried to --
9    A.   You know what I'm saying.
10    Q.   Sir, let me -- let's -- okay.  Let's
11 take a pause for a second.  If you want to take a
12 break, we can do that, but I got to be -- I've got
13 you --
14         (Simultaneous cross-talk.)
15    A.   I don't need a break.
16    Q.   You need to understand this.  You're a
17 smart man.  I have a job to do here, and I'm going
18 to do my job, okay?
19    A.   Okay.
20    Q.   And I -- and I -- I have -- you have to
21 understand that this is -- this is -- the whole
22 purpose of this deposition is to gather information
23 that bears on the guilt and innocence of
24 Mr. Almodovar and Mr. Negron.  So I am going to do

Page 164

1 my job and get that information, even if I have to
2 get a court involved.  I don't want to do that, but
3 I am going to ask that you disclose who told you
4 that.
5    A.   I can't do that.
6    Q.   What bar were you at?  What bar was
7 this person at?
8    A.   It was a bar on Armitage.
9    Q.   Armitage?
10    A.   Yep, that's all I could say.
11    Q.   What's the name of the bar?
12    A.   I don't know the name of the bar.  It's
13 on Armitage.  Not far from my mom's house.
14    Q.   What's that?
15    A.   Not far from my mother's house.
16    Q.   Oh, okay.
17         Well, do you know what the cross
18 street is?  Armitage and what?
19    A.   I believe it's Karlov.
20    Q.   Okay.  And who -- what were the
21 circumstances under which you claim that -- or this
22 person claims that my client was bragging about
23 this shooting?
24    A.   What do you mean what were the

Page 165

1 circumstances?
2    Q.   Who was present apart from the person
3 that you know from Puerto Rico that just came here
4 three years ago?
5    A.   He was present and his wife, and they
6 were speaking about it, stuff like that, and they
7 said on Cortland.  And then my -- that friend knew
8 that I lived in that area.
9         About two weeks later after that
10 initial incident, we was -- I was reunited with
11 that person.
12         And then they said, Oh, I heard
13 about a shooting that happened in your -- in front
14 of your house or something like that where you used
15 to live on Cortland.
16         And I'm like, How you know about
17 that?
18         He's like, Oh, because this guy at
19 the bar was talking about that, you know, woo, woo,
20 that he took care of business over there, and blah,
21 blah, blah.
22         And I'm like, Are you sure?
23         He's like, Yeah.
24         So I don't see how that even fits.

Page 166

1 How would that even come about like that, you know
2 what I'm saying, unless he truly heard something
3 about that day from that person.
4    Q.   Okay.  So let's -- who was there with
5 his -- you're saying this gentleman was there with
6 his wife?
7    A.   Yes.  He's an old -- older gentleman,
8 very -- older than me.
9    Q.   Okay.
10    A.   Okay.  So I'm not going to -- I'm not
11 going to give -- I'm not going to disclose their
12 names.  They're a Christian family.  I don't want
13 to bring them into this shit.
14    Q.   Okay.  So it's based on this
15 conversation that you heard that you have questions
16 about whether Mr. Almodovar was responsible, right?
17    A.   Well, I really don't care anymore.  You
18 know what I'm saying?  I'm going to tell you what
19 happened with me what's according to the case and
20 as what did I heard about with the officers and how
21 my whole experience was with this case at hand.  I
22 don't care about anything else.  All I want to do
23 is move on and be happy.
24    Q.   Right.  And you're not -- you're not

Page 167

1 the only one, and --
2    A.   Okay.
3    Q.   -- I'm asking -- I'm asking the
4 question is:  It's based on this conversation with
5 this person that you trust telling you that you --
6 he heard Mr. Almodovar boasting about this shooting
7 from 1994; is that right?
8    A.   Yes.  In small words, yes.
9    Q.   Okay.  And -- and you weren't present
10 for that conversation, right?
11    A.   No, I was not present for that
12 conversation.  No, it would have been a whole
13 different story if I was.
14    Q.   Okay.  And who was Mr. Almodovar with
15 when he was just boasting about a --
16    A.   I -- I don't know.  That was never
17 disclosed.  That wasn't the con -- that wasn't the
18 topic of conversation.
19    Q.   Okay.  And --
20    A.   As a matter of fact, I even stopped the
21 conversation because I was getting so bothered by
22 it, and I didn't want them to see me bothered by
23 whatever they were telling me.
24        So I was just like, oh, you know

Page 168

1 what, just forget about it, you know, and then kind
2 of stopped the whole conversation entirely, but it
3 stuck -- it stuck to my head.
4    Q.   Right, okay.
5        Would it be fair to say that that
6 conversation that was relayed to you -- or strike
7 that.  Let's put it this way.
8        What this person relayed to you
9 based on what he said he heard Mr. Almodovar said
10 stuck in your head, right?
11    A.   Yeah.
12    Q.   And it made you second-guess things,
13 correct?
14    A.   Yeah.
15    MR. ENGQUIST:  Objection, leading.
16 BY MS. BONJEAN:
17    Q.   Is that right?
18    A.   It made me second-guess a lot of
19 things, yeah, you know.  I just can't explain it.
20    Q.   Okay.  Well --
21    A.   You know what I mean?
22    Q.   The testimony that you gave --
23    A.   I can't explain it away.  I can't -- I
24 can't explain it away.  I can't -- I've dissected

Page 169

1 it in many forms in my head, in my heart.  I cannot
2 explain that.  I cannot --
3    Q.   Explain ...
4    A.   Explain how that came about.  You know
5 what I mean?  How did this person know about
6 this -- I cannot explain it.  There's no way to
7 explain it.  There's no like angles to it.  It has
8 to be genuine.
9    Q.   Okay.  Let's -- let's -- did you know
10 the subject of this case was the front page of the
11 Chicago Tribune when Mr. Almodovar was released?
12    A.   I saw him on the news, I think.
13    Q.   Okay.
14    A.   But I -- yeah.
15    Q.   Okay.  Let me -- let me ask you this.
16    MS. BONJEAN:  Ashley, can you --
17 BY MS. BONJEAN:
18    Q.   I'm going to mark something and have
19 you look at it, okay?
20    MS. BONJEAN:  Can you put up that BuzzFeed
21 piece, Ashley?
22    MS. COHEN:  Yep, give me one second.
23 BY MS. BONJEAN:
24    Q.   While she's doing that, Mr. Saez,

Page 170

1  despite the fact that you are concerned about what
2  you heard through someone whose name you will not
3  provide, that's not saying that your prior
4  testimony about these matters that you gave in 2016
5  and 1999 and again in 2008 was false testimony, is
6  it?
7      A.   No, it's not -- it's -- it's the truth
8  to the best of my knowledge, to the best of my
9  belief.
10     Q.   Right.
11     A.   Like I said, I was trying to be an
12 ally, not an obstacle.
13     Q.   You're talking about an ally to
14 Detective Guevara and --
15     A.   An ally to law enforcement.  Whether --
16 whether Mr. Guevara represented that or whether Joe
17 Schmoe represented that, I'm entitled to believe
18 the authorities and fall in line with the
19 authorities and how they conduct their
20 investigations.  That's what I'm in line to do.
21 That's what I did.
22          Whether they were negligent on what
23 they did or whether -- whether they were improper
24 with what they did, I don't know that.  That's

Page 171

1  y'all job to -- to figure that out.
2          But you know, I hear other things,
3  you know what I'm saying, and it bothers me.  It
4  hurts.  It really, really, really, really fucking
5  hurts.  And I don't want to hurt anymore.  I don't.
6          You know, and every time I see you
7  guys come back into my life, it brings all that
8  shit back, and it brings back anger, it brings back
9  pain, it brings back stress, it brings back, you
10 know, not knowing what I'm going to do.  It brings
11 back worry.  I don't need any of that stuff.  I
12 need to concentrate on my children and my life and
13 keep moving forward.
14     Q.   Right.  And I -- I appreciate that.
15          But you can understand when you drop
16 something on my lap today that I have to do my job
17 too.  We all have -- we all have to do our jobs
18 here.
19     A.   I told you I have no hairs on my
20 tongue.  I'm going to speak out however I speak
21 out.  I'm not going to hide anything.  I'm not
22 going to sugarcoat anything.
23          But I just have to let you know as a
24 person, as a human being to another human being,

Page 172

1  this is -- this is, you know, how I'm feeling.
2  This is what I've heard, and this is -- this is
3  what's happening with me.  Me.  You know what I'm
4  saying?
5          It's not you guys.  You guys are
6  doing your job.  I understand that and I respect
7  that.  But you know, me, it's not a job.  Me is a
8  life.
9      Q.   Okay.  Do you remem --
10     MS. BONJEAN:  I'm going to mark this as --
11 this isn't the one I was thinking of, Ashley, but
12 we'll start here.  We'll mark this -- not that one
13 either.
14          This is I guess Almodovar 4 are we
15 at?
16     MR. ENGQUIST:  I believe so.
17     MS. BONJEAN:  Yeah, okay.
18          (Deposition Exhibit No. 4,
19           Witness Saez, was marked for
20           identification 09/15/2021.)
21 BY MS. BONJEAN:
22     Q.   Mr. Saez, do -- do you remember seeing
23 this news article or any news article like this at
24 the time Mr. Almodovar was released from prison?

Page 173

1      A.   No.
2      Q.   Okay.
3      MS. BONJEAN:  Ashley, can you please scroll
4  through this?  Okay, I'm going to stop right there.
5  BY MS. BONJEAN:
6      Q.   Do you see Mr. Almodovar with his young
7  daughter in that photograph right there?
8      A.   Yes.
9      Q.   Okay.  Were you aware that
10 Mr. Almodovar was -- at the time that this occurred
11 that he was actually in school and working
12 full-time?
13     A.   I did not know anything like that when
14 all this stuff happened.  That -- that information
15 was never disclosed to me.
16     Q.   Okay.  And much like your friend George
17 Rodriguez who had a baby on the way and was trying
18 to get away from the gangs, can you agree that
19 maybe other people might have been doing the same
20 thing?
21     A.   Absolutely.
22     Q.   Okay.
23     A.   Totally.  Totally absolutely.
24 That's -- that's a given.  A lot of us were doing

Page 174

1 that, including myself. You know, but I mean --
2     Q.   Were you aware that Mr. Almodovar had
3 no prior history of violence or any type of violent
4 or nonviolent convictions at the time of this
5 shooting?
6     MR. ENGQUIST: Objection, leading.
7     MS. BONJEAN: I'm asking --
8           (Simultaneous cross-talk.)
9     THE WITNESS: I -- you know, I had no idea
10 that. I'm not an investigator to know all that
11 kind of stuff.
12     MS. BONJEAN: Okay. Keep going, Ashley. I
13 don't know -- I want to look at the other one real
14 quick. Okay, go -- you know which one I'm talking
15 about, Ash?
16     MS. COHEN: I don't know which one
17 specifically you're talking about.
18     MS. BONJEAN: Okay. Go to the top of that,
19 please, and if you read the very beginning, it
20 says, was featured in a BuzzFeed news organization.
21 That's the -- that's the one I want to go to. See
22 that? That, yes.
23 BY MS. BONJEAN:
24     Q.   Okay. Mr. Saez, were you familiar with

Page 175

1 this lengthy article called Detective Guevara's
2 witnesses?
3           (Deposition Exhibit No. 5,
4            Witness Saez, was marked for
5            identification 09/15/2021.)
6     MR. ENGQUIST: Is this going to be Exhibit 5?
7     MS. BONJEAN: Yeah.
8     THE WITNESS: I don't know anything about
9 that. Who is that?
10 BY MS. BONJEAN:
11     Q.   That -- who's what? Do you see the --
12 it says by Melissa Segura. Do you see that?
13     A.   What is this? Like an article?
14     Q.   Yeah.
15     A.   I've never seen this article.
16     Q.   Okay. Let's go to the --
17     MS. BONJEAN: Keep going down, Ash.
18 BY MS. BONJEAN:
19     Q.   It says, A Chicago cop is accused of
20 framing 51 people for murder. Now the fight for
21 justice.
22           Can you read that?
23     A.   Yeah, I can read that, yeah.
24     Q.   Okay.

Page 176

1     MS. BONJEAN: Ash, keep going.
2 BY MS. BONJEAN:
3     Q.   Were you aware that this entire
4 article, which is very lengthy, details the entire
5 story of the shooting of your friends and yourself?
6     A.   No. But now -- but now that I know
7 about it, I will bring it up.
8     Q.   In fact --
9     MS. BONJEAN: Keep going, Ashley. Okay,
10 stop. Keep going. Keep going up a little.
11 BY MS. BONJEAN:
12     Q.   Do you see where it says, The Murder?
13           I'm going -- I'm going to ask that
14 you look at this as I read it along.
15           At 12:45 a.m. on September 1, 1994,
16 four teens sat on the apartment building stoop
17 enjoying summer's last gasps. Amy Merkes, 18, had
18 just finished her first day at Triton College, the
19 first step to becoming a high school history
20 teacher. She sat with her best friend, Jackie
21 Grande; her boyfriend, Kennelly Saez; and his best
22 friend, "George" Rodriguez.
23           The moon had yet to rise. A naked
24 bulb above the apartment building's main door and a

Page 177

1 streetlight half a block away cast the only light.
2 Rodriguez and Saez watched as a blue Oldsmobile
3 passed by and then reversed and stopped in front of
4 the stoop. A voice from the half-rolled-down
5 window called out, What's up, Folks?
6           Saez recognized the greeting. It
7 was a code, a reference to an alliance of gangs to
8 which he belonged. He walked towards the rear
9 passenger side, where the window was half rolled
10 down. As he neared, he saw a man, a gun, a flash.
11     MS. BONJEAN: Keep going.
12     MR. ENGQUIST: I'm just going to put an
13 objection on that you're just reading him a
14 newspaper article that -- a news article that he
15 had not read online. So I'm just going to object
16 because this is -- there's no question pending.
17 You're just reading him information.
18     MS. BONJEAN: I'm -- I'm going to get to the
19 question in a second. He can go look at this
20 article at any time he wants.
21     THE WITNESS: And I will.
22     MS. BONJEAN: Yeah.
23     MR. ENGQUIST: Yeah, but the idea of priming
24 him with this article during a deposition I believe

KENNELLY SAEZ, 09/15/2021                                    Page 178..181

Page 178

1  is improper.
2      MS. BONJEAN:  Priming him?  How am I priming
3  him?
4      MR. ENGQUIST:  I don't know.  You're just
5  reading him an article that he said he hadn't read.
6      MS. BONJEAN:  Well, okay.
7  BY MS. BONJEAN:
8      Q.    And Mr. -- Mr. Saez, were you aware
9  that the details of the shooting were in the public
10 domain, in articles and online, readily available
11 to the public?
12     A.    Well, if you pull it up right now, then
13 obviously I guess it was.  I --
14     Q.    Were you aware of that?
15     A.    I'm aware that this is out there, yeah.
16     Q.    Were you aware of that before today I
17 guess is my question?
18     A.    No, no.
19     Q.    All right.
20     A.    I -- to be fair, to be very fair, I
21 did -- I was watching the 9:00 o'clock news one
22 morning on my way to work, and I saw -- what's his
23 name?  Eng -- not Engquist.
24     Q.    Ainsworth?

Page 179

1      A.    Ainsworth on TV.
2      Q.    Uh-hmm.
3      A.    And I saw him on TV.  And so I -- I
4  noticed him because I spoke with him at fricking at
5  the restaurant we were talking with when he was
6  sitting with me and my family, so I couldn't -- I
7  couldn't remember him.
8            And I saw him on TV, and I'm like,
9  Hey, that's the guy Ainsworth.  And then that's
10 when I saw the -- the situation with the release of
11 Almodovar.
12     Q.    Okay.  And you know --
13     A.    But as far as -- as far as these
14 articles and all this BuzzFeed stuff, I'm computer
15 illiterate.  I don't -- I don't really go
16 through all -- I just depend on the news, and
17 that's it.
18     Q.    And -- and were you aware that all of
19 that -- that the information regarding this crime
20 and the ultimate release of my client was available
21 in more mainstream Chicago press, like the Chicago
22 tribune?
23     A.    Yeah, I -- I would imagine so if it was
24 on the news.

Page 180

1      Q.    Okay.  So --
2      A.    Because if I'm not mistaken, he wasn't
3  the only one released in -- in that year.  It was
4  like a few of them being released for like false
5  whatever, you know, which is, you know, I think
6  it's a great thing, you know, because I could have
7  ended up like that.  But you know, my -- my loyalty
8  lies to myself, no.
9      Q.    Yeah.  No one -- no one wants your
10 loyalty to be anywhere else, least of all us.  But
11 you know, we do want -- I do -- I do have a job to
12 do to get truthful testimony from you and to find
13 out, you know, where you are getting your
14 information.  And that's kind of what I -- where
15 we're at an impasse at.
16     A.    Well, yeah, I -- I don't know.  I don't
17 know.  I can't tell you anything about that, other
18 than that I really don't care anymore.
19     Q.    Okay.  But you don't know where your
20 friend got the information he got.  You're just
21 relying on him to say he heard it from Robert
22 Almodovar?
23     A.    At that bar.
24     Q.    Okay.  Does he know Robert Almodovar?

Page 181

1      A.    I think they had a mutual friend.
2      Q.    Okay.  And who was their mutual friend?
3      A.    I'm not going to say any of that
4  either, man.  You guys drug me through the ship too
5  many times already.  I'm done.  I'm just not going
6  to -- in the eyes of god, I'm not going to be the
7  bad guy.  I'm going to say what I feel.  I'm going
8  to say what I say, and however anyone takes it,
9  they take it.  If they want to ridicule me for
10 it, if they want to jail me for it, so be it.
11           God's on my side.  My faith is on my
12 side.  My family is on my side.  And that's all
13 that matters.
14     MS. BONJEAN:  Okay.  You can take that down,
15 Ashley.
16 BY MS. BONJEAN:
17     Q.    Putting aside what this person conveyed
18 to you, it doesn't change the fact that you never
19 saw the shooter's face, does it?
20     A.    Yeah, doesn't change that fact.  You're
21 absolutely right.
22     Q.    Okay.  You did not see the person who
23 shot at you and your friends, right?
24     A.    No, did not.

KENNELLY SAEZ, 09/15/2021                    Page 182..185

Page 182

1    Q.   Okay.  You saw some long hair and you
2  were shown a Polaroid, right?
3    A.   Absolutely.
4    Q.   Okay.  And Detective Guevara is the
5  person who showed you the Polaroid, right?
6    A.   Yes.
7    Q.   Okay.  And I can understand you heard
8  information since Mr. Almodovar's release that
9  makes you second-guess whether he's really
10  innocent.  Is that fair?
11   A.   That's very fair.
12   Q.   Okay.  But it doesn't change the truth
13  about what you saw that night, does it?
14   A.   It does not change any of that prior,
15  no.
16   Q.   Okay.  And it doesn't change the truth
17  to which you've previously testified about what
18  happened when Detective Guevara and Jackie Grande
19  came to your house prior to you looking at a
20  lineup, does it?
21   A.   No.
22   Q.   All right.  That's -- okay.
23        Sir, let's take a 5-minute break if
24  you don't mind, and let's see where we're at, okay?

Page 183

1    A.   That would be good.
2    Q.   Okay, good.
3        THE LEGAL VIDEOGRAPHER:  We are going off the
4  record.  The time is 2:03 p.m.
5             (Recess taken.)
6        THE LEGAL VIDEOGRAPHER:  We are back on the
7  record.  The time is 2:17 p.m.  You may proceed.
8  BY MS. BONJEAN:
9    Q.   Thank you.  Mr. Saez, I'm not going to
10  take up a lot more of your time here.
11       I do want to though ask you -- I
12  think you testified, I'm sorry if I am repeating
13  myself -- did this person that told you that he had
14  overheard Mr. Almodovar boasting whether or not
15  there was anybody with Mr. Almodovar when he was
16  purportedly boasting about this?
17   A.   Excuse me?
18   Q.   The person that you won't identify who
19  told you about this boasting that was allegedly
20  going on at this bar --
21   A.   Yeah.
22   Q.   -- on Karlov, did that person tell you
23  whether or not Mr. Almodovar was -- was with any
24  friends, any women, anything like that?

Page 184

1    A.   No, they didn't say he was with
2  anybody, but --
3    Q.   Okay.
4    A.   -- how can you tell.
5    Q.   I don't know.  I'm just asking if he --
6  if he mentioned that.
7        MR. ENGQUIST:  I think he froze.
8        THE WITNESS:  No, he didn't mention it.
9  BY MS. BONJEAN:
10   Q.   And did he -- did this person that told
11  you this tell you that Mr. Almodovar was boasting
12  to him?  Like meaning your friend?
13   A.   No, no, no, no, no, no.  They overheard
14  the conversation.
15   Q.   Okay.  So --
16   A.   They wasn't talking directly to them.
17   Q.   Okay.
18   A.   He said he overheard a conversation
19  about the stuff that happened on the street, and
20  he's like, Hey, that's where my friend lived, you
21  know.  And then that's -- speaking of me.  And then
22  the years coincided and all that stuff, and he came
23  over here.  And then when I saw him about two weeks
24  later, he mentioned that to me, and I was

Page 185

1  dumbfounded.
2    Q.   I guess what I'm trying to get clarity
3  on is whether or not he just overheard
4  Mr. Almodovar boasting to somebody else, or
5  Mr. Almodovar was telling this person about this
6  incident?
7    A.   No.  Yeah, he was boasting to somebody
8  else.
9    Q.   Okay.  And how did -- how were you able
10  to determine that the person that Mr. -- that your
11  friend was talking about was Mr. Almodovar?
12   A.   Because when he mentioned it to me and
13  he was saying that this guy said that there was a
14  shooting over there, and I go, yeah, well, that
15  happened to me in '94.
16        He's like, Did you see him?
17        I'm like, Yeah, he's one of those
18  tall guys, and he kind of gave me a vague
19  description.
20        So I go and tell my son to go on
21  my phone and try to find a picture of that guy, and
22  then we found a picture of Almodovar, showed it to
23  him, and he said, Yeah, that's the guy.
24   Q.   Ah, and so -- and I'm sorry.  When --

Page 186

1  when did this happen?  This -- this incident that
2  he approximately?
3      A.   This happened about -- this happened
4  about -- this happened about a year, year and a
5  half ago.
6      Q.   A year ago?
7           And do you know where the picture
8  was that --
9      A.   About a year, a year and a half.
10     Q.   Okay.  A year to a year and a half --
11          (Simultaneous cross-talk.)
12     A.   I pulled -- I had my -- I had my son
13  pull a picture out of the -- the fucking -- the --
14  what you call that?  The fucking news -- the news
15  feed.
16     Q.   So you mean a picture from when he was
17  released?
18     A.   Yeah.  From the news.
19     Q.   Right.  So it was the news that was
20  covering --
21     A.   Actually, it wasn't -- it wasn't too --
22  it wasn't too dissimilar from the picture that you
23  showed me on that -- on that article where he's
24  like in front of Cook County Jail.  It was one of

Page 187

1  those pictures.
2      Q.   Oh, okay.
3      MS. BONJEAN:  Ashley, can you pull that up,
4  please?
5      THE REPORTER:  Yeah, sorry, this is the court
6  reporter.  I know it's hard.  If you could try not
7  to talk over one another, I know it's difficult.
8  I'm so sorry, but it'll get -- it gets cut out and
9  your testimony is blank, and I can't hear it.
10     MS. BONJEAN:  Ash, can you pull up the one we
11  were looking at --
12          (Simultaneous cross-talk.)
13     MS. BONJEAN:  -- with the picture.
14     MS. COHEN:  Yeah.
15  BY MS. BONJEAN:
16     Q.   Okay.  I'm going to stop right --
17     A.   It wasn't --
18     Q.   -- there.
19     A.   It wasn't too dissimilar to that one,
20  but that wasn't the exact picture.  But it was like
21  in that -- there was other pictures taken on this
22  day I'm guessing, because I saw pictures similar to
23  that around Cook County jailhouse that I was --
24  that I had my son pull up.

Page 188

1      Q.   Okay.
2      A.   And yeah, and --
3      Q.   So let me get this straight.
4           You had your son pull up photos of
5  Robert Almodovar from the date of his release back
6  in 2017, right?
7      A.   Yeah.
8      Q.   And the photos that you had your son
9  pull up of Mr. Almodovar, it wasn't this photo that
10  we've marked, but it -- it was the same sort we're
11  looking at, right?
12     A.   Yeah, it -- they were in front of Cook
13  County Jail.  It was like a --
14     Q.   Okay.
15     A.   It was a WGN like a freeze frame.
16     Q.   Okay.
17     A.   You know what I'm saying?  It had WGN,
18  like it was part of the news, and there was like a
19  freeze frame like photo of it.
20     Q.   Uh-huh.
21     A.   I don't know how -- how to explain
22  that, but that's the way it was.
23     Q.   And did -- did the picture that you had
24  your son pull from WGN that you took a still

Page 189

1  shot of -- I assume that's what you mean, right?
2      A.   Yeah, yes, yes, so to speak, yeah.
3      Q.   Did -- did the picture of Robert
4  Almodovar resemble the picture that we're looking
5  at in this exhibit?
6      A.   Yeah.
7      Q.   Okay.  So he had the short hair, the
8  goatee, the glasses?
9      A.   He was accompanied by his lovely
10  daughter too.
11     Q.   Oh, okay.
12          So he was with his daughter in front
13  of Cook County Jail, right?
14     A.   Yes.
15     Q.   Okay.
16     A.   That was the picture that I saw that I
17  showed my -- my friend, and they said, Oh, yeah,
18  that's the guy.  He was the one in the bar.
19     Q.   All right.  And as you sit here today,
20  do you know whether Mr. Almodovar looks like these
21  pictures back in 2017?
22     A.   I don't know.
23     Q.   Okay.
24     A.   I don't know what he looks like today,

KENNELLY SAEZ, 09/15/2021                              Page 190..193

Page 190

1 and I don't care.
2     Q.    Okay.  Do you know whether a year or a
3 year and a half ago he looked anything like these
4 photos that are depicted from the day he was
5 released from Cook County Jail?
6     A.    I have no clue.
7     Q.    Okay.  Do you have any reason to
8 believe that this person that you know from Puerto
9 Rico that told you this information has any
10 independent relationship with Mr. Almodovar?
11    A.    No, there's -- that's -- that's
12 impossible.
13    Q.    Okay.  So he doesn't know Mr.
14 Almodovar; is that right?
15    A.    Absolutely not.
16    Q.    All right.  So what you're saying is
17 that he -- he tells you about being in a bar and
18 overhearing somebody boasting about this --
19    A.    A shooting that happened on Cortland
20 right down the street from the bar that they're
21 sitting.
22    Q.    Okay.  And did the person who was
23 boasting say the year it happened and everything?
24 Is that your understanding?

Page 191

1     A.    No, I didn't -- no.  There wasn't no
2 details like that.  It was just a shooting that
3 happened over there, blah, blah, blah.  And only
4 one shooting happened over there on Cortland, which
5 was my shooting.  So you know, he was inclined to
6 ask me about it in the conversation that happened
7 weeks later, you know.
8     Q.    I understand.
9          It's your testimony there were never
10 any other shootings over there?
11    A.    Not to my knowledge.
12    Q.    Okay.  Never in the history of the
13 last --
14          (Simultaneous cross-talk.)
15    A.    Oh, I'm pretty sure -- I'm pretty sure
16 on Keystone there's been a couple and stuff like
17 that, but like none that had fatalities.  I lived
18 there for -- for a number of years, and there was
19 no fatalities there.
20    Q.    Okay.
21    A.    I mean, there were a lot of shootings
22 everywhere really, tell you the truth.  But as far
23 as one that had fatalities, especially a double
24 murder and stuff like that, that's like one of the

Page 192

1 few that happened on Cortland, if --
2     Q.    Okay.
3     A.    -- if any at all, really, tell you the
4 truth.  As far as I lived there I'm saying.
5     Q.    Okay.  When did you leave -- when did
6 you move out of -- off of Cortland?
7     A.    Oh, that's -- I don't remember.  I
8 don't remember when I moved out of there.  But I
9 moved out of there shortly after that, shortly
10 after that incident.  I couldn't live there anymore.
11    Q.    I'm sorry.  I'm letting my dog out.
12    A.    Okay.  Yeah, I don't remember when I
13 left out of there, but I'm guessing it was, you
14 know, not too far from when the incident happened.
15 Because it was stressful living there after that
16 with my mom, with the whole family, and stuff like
17 that.  So I would say we left there maybe less than
18 a year after the incident.
19    Q.    All right.  Okay.  And then when you
20 showed that -- that still photo to your friend, he
21 said, Yeah, that's the guy I heard in the bar
22 boasting about a shooting that happened on
23 Cortland, right?
24    A.    On Cortland by your house, yeah.

Page 193

1     Q.    But he didn't specifically say what
2 year or any of the details; is that right?
3     A.    No, no.  He relied on me to tell him
4 that.
5     Q.    Okay.
6     A.    He said, Hey, did -- were you living
7 here when this shooting happened and stuff like
8 that?
9          And I'm like, I was here when a
10 shooting happened and I lost my girl and my guy.
11         Oh, because there was this guy at
12 the bar that was fucking talking about some
13 shooting that he had did over here by this
14 associate.
15         And I'm like, Really?
16         And he's like, Yeah.
17         I'm like, You kidding me?
18         He's like, No.
19         And I'm like, Hold on.
20         And I call my son, and I told him,
21 Hey, do me a favor and see -- look up released
22 people from -- that have been released from jail,
23 you know, of murder.  And my son did a little check
24 and stuff like that, and he started showing me a

KENNELLY SAEZ, 09/15/2021                    Page 194..197

Page 194

1  few, which was -- because it was -- because it was
2  of some other -- some black guy, actually two
3  African American males, and then the last one on
4  that list was Almodovar.
5          So my son clicked on that one, and
6  then the picture popped up, and I'm like, Yeah,
7  that's him.
8          So I showed him, and he's like,
9  yeah, that's the guy that was in the -- in the
10  bar talking about it.
11      Q.   Okay.
12      A.   And that's what bothered me.  It
13  bothered me --
14      Q.   It sounds like you put together -- it
15  sounds like you put together kind of like a photo
16  array.
17      A.   Well, no.  My son was going through all
18  the people who were released, you know what I'm
19  saying?
20      Q.   Uh-huh.
21      A.   And then clicked and then found the one
22  I was looking for.  It was actually the third --
23  the third from the top --
24      Q.   Okay.

Page 195

1      A.   -- you know.
2      Q.   But you don't even know whether
3  Mr. Almodovar even looked like that picture a year
4  and a half ago, right?
5      A.   Well, well, well, no, no, absolutely
6  not.  But you know, I put two and two together and
7  stuff like that.  Like I said, it bothers me.
8      Q.   I understand it bothers you, and I -- I
9  actually don't mean that in any type of --
10      A.   I understand.  I totally understand.
11  Don't worry about it.
12      Q.   I --
13      A.   You do your thing.  You do your thing;
14  I do mine.
15      Q.   And I -- it would bother me too, so I
16  don't want to -- I don't want to take away from
17  your experience.
18          I just have a few follow-up
19  questions, and then I will -- I will pass the
20  torch, okay?
21      A.   Okay.
22      Q.   By the way, Mr. Saez, are you -- are
23  you presently working?  I don't think anybody asked
24  you that question.

Page 196

1      A.   Right now, no, but I will be going back
2  to work in a couple of weeks.
3      Q.   Okay.  And if I recall correctly,
4  you're a -- you have a trade that you're working,
5  right?
6      A.   I do warehouse work and I'm also a
7  barber and a chef.
8      Q.   Right.  I remember that part.
9          Okay.  And just to sum up, in the
10  early morning hours of September 1st of 1994, you
11  were a victim to this shooting in which you
12  interacted with the occupants of this -- this
13  Delta 88, right?
14      A.   Yeah.
15      Q.   Did you see the face of the shooter?
16      A.   No.
17      Q.   Did you see the face of the passenger?
18      A.   No.
19      Q.   And did you see the face of the guy in
20  the backseat?
21      A.   No.
22      Q.   Were you able to see some hairstyles of
23  the occupants of the car?
24      A.   Yeah, that and profile.

Page 197

1      Q.   Okay.  Did you say that the pass --
2  strike that.
3          Did you say that the driver had a
4  very short haircut?
5      A.   Very short haircut, yeah.
6      Q.   And you saw --
7      A.   Like a -- like a tight fade, I would
8  say.
9      Q.   A tight fade?
10      A.   Yeah.
11      Q.   And that means he didn't have any hair
12  hanging on his neck, just so I understand?
13      A.   Yeah, yeah.
14      Q.   And you would have noticed that because
15  you were looking at the profile, right?
16      A.   Yeah, in front of me.
17      Q.   And did you find it suspicious that
18  they weren't looking at your face?
19      A.   Yeah, that's what made me kind of --
20  that's what saved my life, actually.
21      Q.   And are you able to identify the
22  hairstyle of the passenger in the front seat?
23      A.   No.  I didn't -- I'm not even really
24  sure that there was a passenger in the front seat,

Urlaub Bowen & Associates, Inc.    312-781-9586

KENNELLY SAEZ, 09/15/2021                                    Page 198..201

Page 198

1  to be totally honest with you.  But you know, it
2  just doesn't make sense that somebody would be in
3  the front driver's seat and then somebody in the
4  backseat rather than him being in the front seat,
5  you could say.
6      Q.   Understood.
7      A.   But when I was looking, I could have,
8  you know, maybe just heard someone was there, but
9  kind of hunched over, like hunched backwards, like
10 looking at their rearview, you know, which was
11 something that I would do in that situation, you
12 know what I mean?  I put myself in that situation.
13 This is how I would handle it.  So you know, I kind
14 of decipher what's going on, you know what I mean?
15 I don't know if you can understand that, but it's
16 just the best way I can explain it.
17     Q.   I do.  I think I do.
18          Now, at a later point in time, you
19 had a conversation outside your apartment or your
20 home with Jackie and Detective Guevara, right?
21 We've talked about that, correct?
22     A.   Correct.
23     Q.   At any point prior to that
24 conversation, had you looked at any photo arrays

Page 199

1  that included multiple suspects in that?
2      A.   No.
3      Q.   Had you looked at any lineup -- live
4  lineups prior to that meeting with Detective
5  Guevara and Jackie outside your house?
6      A.   No.
7      Q.   And you've testified, and I don't want
8  to rehash, but when they came to your house and
9  showed you those Polaroids -- and I say "they."
10 That was Detective Guevara that did that, right?
11     A.   Detective Guevara had the photos in his
12 hands.
13     Q.   And Jackie --
14     A.   And Jackie was with him.
15     Q.   Okay.  And then you testified at length
16 about the conversation that was had and sort of
17 what was going through your head at the time, which
18 I'm not going to rehash.
19          And if I'm correct, you don't
20 remember exactly as you sit here today whether you
21 went immediately to a lineup or whether it was
22 later on, right?
23     A.   Yeah.  I know I did go to a lineup, but
24 I don't remember if it was on that day or was it

Page 200

1  the next day, or -- I just really don't remember
2  right now, you know.
3          Now, I know I've had -- I said
4  before that I got in the cars but maybe that --
5  back then, I remembered more.  My head is mush, you
6  know what I mean?  I've got a lot of stuff to do.
7  I got my kids' schooling and my wife and my house
8  and mortgage, my head is just -- so I try not to --
9  it's not important to me anymore, you know what I'm
10 saying?  So it kind of gets thrown to the back
11 burner, you know.
12          And then when they try to pull it
13 back up, it's been dug back there for a while, so I
14 can't really put it together.  It's not in my
15 priorities.  My priorities are life and other
16 things than that.  You know, I try to repress that,
17 you know.
18          So I apologize if I -- if I maybe
19 contradicted here and there, which I'm pretty sure
20 it's happened many a times.  But yeah, I have no
21 control of that.  I mean --
22     Q.   Of course.
23     A.   -- I'm trying to do my best.
24     Q.   And I -- we appreciate you doing that,

Page 201

1  and I'm not -- I know it's -- it's not our intent
2  to keep bringing you back and forth.  Unfortunately
3  the system kind of, you know, is the way it works.
4      A.   Yeah, yeah, yeah.
5      Q.   And whether it was the day of or the
6  day after you met with Jackie and Detective Guevara
7  outside the house, do you recall Detective Guevara
8  telling you not to mention that you had looked at
9  the Polaroids?
10     A.   He might have said that, you know.  If
11 I said that before, then I must have remembered it,
12 but I don't remember it now, you know what I mean?
13 I don't know if that even makes sense.  And if you
14 don't think it makes sense, I agree, because it
15 doesn't even make sense to me.
16          But you know, that's just the way I
17 see it, I call it right now.
18     Q.   And that's fine.
19          But at no point in time when you
20 previously testified did you intend to give false
21 testimony --
22     A.   I don't want to lie, you know what I
23 mean?  I try my best not to give false statements
24 or -- so I'm second-guessing even myself.

Urlaub Bowen & Associates, Inc.   312-781-9586

KENNELLY SAEZ, 09/15/2021                          Page 202..205

Page 202

1    Q.   Right.
2    A.   You know what I mean?  And so yeah, I
3  second-guess myself all the time right now when it
4  comes to like recalling stuff 20 -- over 20 years
5  ago.  You know, and these depositions and
6  testimonies and stuff, you know what I'm saying,
7  that I'm sure I was emotional for every single one
8  of them.
9    Q.   Yeah.
10   A.   You know what I mean?  It just brings
11  back this cloud, this overcast cloud in my brain,
12  and I'm trying to do the best I can and I'm picking
13  and choosing.  It's just frustrating.
14   Q.   I -- I really am sympathetic.  I can
15  see that it's hard on you.
16        And I'll just ask you one other
17  follow-up question to what I just asked.
18        You are certain I think you said
19  that you didn't actually tell anybody that Guevara
20  had shown you those Polaroids, right?
21   A.   No.
22   Q.   For instance, you didn't tell the
23  state's attorneys, right?
24   A.   No.

Page 203

1    Q.   Okay.  And you didn't tell
2  Mr. Almodovar's defense attorney that Guevara had
3  shown you the Polaroid, right?
4    A.   No, I don't think they even asked the
5  question.
6    Q.   Okay.
7    A.   But no, I didn't.  No.
8    Q.   And at the time of the lineup, you
9  didn't let any other police officers know that
10  Detective Guevara had shown you those Polaroids,
11  right?
12   A.   No.
13   MS. BONJEAN:  All right.  Mr. Saez, I have
14  nothing further at the moment.  I'm sure Ms. Hagy
15  has some follow-up questions, and I thank you for
16  your time.  I'm -- I'm sorry that you're still
17  struggling from all this.
18   THE WITNESS:  Thank you.  I appreciate that.
19   MS. HAGY:  I'm Lindsay Hagy, attorney for
20  plaintiff William Negron, and could we take
21  5 minutes before I get started?
22   MR. ENGQUIST:  That's fine with me.  I'm
23  going to have some follow-up based off this, but
24  yeah.

Page 204

1    THE LEGAL VIDEOGRAPHER:  We are going -- I'm
2  sorry.  We are going off the record.  The time is
3  2:38 p.m.
4        (Recess taken.)
5    THE LEGAL VIDEOGRAPHER:  We are back on the
6  record.  The time is 2:44 p.m.  You may proceed.
7        EXAMINATION
8  BY MS. HAGY:
9    Q.   And we haven't met before, but I think
10  like everybody else here, I'm just sorry for what
11  you've gone through and I just really appreciate
12  your time.
13   A.   For some reason, I keep hearing that
14  over and over again, but I appreciate it.  Thank
15  you.
16   Q.   So I wanted to ask you:  Have you ever
17  spoken with Mr. Negron?
18   A.   No.
19   Q.   Sorry.  Did you say no?
20   A.   No, no, no.  Yeah, no.
21   Q.   Okay.  And do you know him at all?
22   A.   No.
23   Q.   Okay.  Have you -- have you -- before
24  September 1994, had you ever seen him?

Page 205

1    A.   No.
2    MS. HAGY:  Okay.  That's all my questions
3  until -- for now, yeah, thank you.
4        FURTHER EXAMINATION
5  BY MR. ENGQUIST:
6    Q.   All right, sir.  I have some follow-up.
7        I just want to make sure I have this
8  right.  Earlier you were saying you actually --
9  when Ms. Bonjean was asking you questions, you said
10  that you think you've contradicted yourself many
11  times.
12   A.   Yeah, I'm sure I did.
13   Q.   Okay.  And you --
14   A.   There's no -- there's no dancing around
15  that.
16   Q.   Okay.
17   A.   I know -- I'm not stupid.  You know, I
18  see what's going on.  I know myself.  I know what
19  I'm going through in here.  I'm pretty sure I've
20  contradicted myself on many occasions --
21   Q.   Okay.
22   A.   -- you know.  I'm damaged, man.  I'm
23  damaged goods, bro.  That's just plain and simple.
24   Q.   Okay.  Well, let me look at something

KENNELLY SAEZ, 09/15/2021                                   Page 206..209

Page 206

1  earlier if I can pull it up if I can do this myself
2  her. Let me see if I can share this.
3      MS. CARNEY: Josh, do you want me to do the
4  exhibits for you?
5      MR. ENGQUIST: No, I think I got it.
6  BY MR. ENGQUIST:
7      Q.  Can you see that, sir?
8      A.  I can see it, but I can't read it.
9      Q.  Okay. Well, this --
10     A.  I'm blind as a bat.
11     Q.  Okay. Well, I'll read it. This is an
12 affidavit.
13     A.  Okay.
14     Q.  And it starts by saying: I, Kennelly
15 Saez, do hereby state and declare the following to
16 be true.
17     A.  Okay.
18     MS. BONJEAN: I'm going to place on the
19 record the same objection you had if you're going
20 to just read things to him, but since that's
21 apparently an objection, but go ahead.
22 BY MR. ENGQUIST:
23     Q.  Okay. And, sir, if I can -- I'm going
24 to go to the second page. Can you see the second

Page 207

1  page?
2      A.  Yeah, I see it. I see my signature.
3      Q.  Okay. That's what I was going to ask
4  you.
5          Is that your signature, sir?
6      A.  It looks like it, yeah.
7      Q.  Okay. And the date on this is March 1,
8  1995. Do you see that?
9      A.  I can't see it, but yeah, I think --
10 yeah, I see it now. I'm looking right at it, okay.
11     Q.  Okay. I want to go back to part of
12 this here.
13         Sir, this is -- you recall going --
14 we talked about earlier -- going to see Melinda
15 Powers, the attorney for Almodovar?
16     A.  Yeah.
17     Q.  Okay.
18     MS. BONJEAN: Objection, foundation.
19 BY MR. ENGQUIST:
20     Q.  And do -- and you recall earlier, sir,
21 when you talked about the fact that do you remember
22 signing this affidavit?
23     A.  Vaguely, to tell you the truth. It
24 happened a long time ago, but if my signature is on

Page 208

1  there, then I obviously signed it, you know.
2      Q.  Okay.
3      A.  I can't explain that, you know.
4      Q.  Sir, without reading through this
5  entire thing, it says in here on paragraph -- in
6  paragraph 9, it says you looked at photographs and
7  picked out a person I thought was the shooter but I
8  was wrong.
9      A.  That's --
10     Q.  And I don't know how to blow it up, so
11 I'm sorry. It's --
12     A.  I understand, I understand.
13     Q.  Okay. But if I read it wrong, I think
14 someone will probably point that out to me.
15     A.  Okay. Yeah, that's fine.
16     Q.  Okay. Do you recall telling Ms. Powers
17 that you looked at photographs and picked out a
18 person you thought was the shooter but you were
19 wrong?
20     A.  I don't recall that like genuinely, but
21 it might have happened, you know what I mean?
22     Q.  Okay.
23     A.  I was fucked up back then, man.
24     Q.  Now, sir, I can -- I can tell you that

Page 209

1  in this two-page affidavit nowhere does it state
2  that -- that the detective, Detective Guevara, told
3  you who to pick out.
4      A.  Well --
5      MS. BONJEAN: Objection --
6      THE WITNESS: -- I didn't catch that --
7      MS. BONJEAN: -- to foundation.
8          (Simultaneous cross-talk.)
9  BY MR. ENGQUIST:
10     Q.  Okay.
11     A.  I didn't catch --
12         (Simultaneous cross-talk.)
13     Q.  That's fine.
14     A.  I didn't catch the question.
15     Q.  No, that's fine. Sir, and I'm not
16 trying to be rude --
17     THE REPORTER: I apologize --
18 BY MR. ENGQUIST:
19     Q.  -- but do you want to finish
20 eating before we get back to this or --
21         (Simultaneous cross-talk.)
22     A.  No, I'm fine.
23     Q.  Are you sure?
24     A.  Yeah, I'm good. I'm done.

KENNELLY SAEZ, 09/15/2021                    Page 210..213

Page 210

1    Q.    Okay.  I'm not trying to say it that
2  bothers me.  I just want to make sure that you can
3  eat.
4    A.    No, I'm fine.
5    Q.    Okay.  Sir, so let me just tell you
6  that in this two-page affidavit, without reading
7  the entire -- entire affidavit to you, it never
8  states in here that Detective Guevara told you who
9  to pick out.
10    A.    Well, I don't -- I don't believe he
11  told me who to pick out.
12    Q.    Okay.
13    A.    You know.  He didn't say, Hey, pick
14  these guys out.  I don't recall that at all.
15    Q.    Okay.  Actually, what it -- what it
16  says, sir, in paragraph 8, it says, quote, I had
17  told the police that it was Robert -- I'm sorry --
18  Roberto Almodovar and William Negron because I
19  believed it was them but really I couldn't see.
20  When the shots started, I hit the grass, and I
21  didn't look up until the car was gone.
22    A.    Now that's accurate.
23    Q.    Okay.  But to be clear, sir, nowhere in
24  this affidavit does it state that either Jackie

Page 211

1  Grande or Detective Guevara told you that the
2  people were the -- that the people in the
3  photographs were the perpetrators.
4    MS. BONJEAN:  I'm going to object.  Asked and
5  answered.  He explained that.
6    THE WITNESS:  No, I doesn't say that there I
7  guess.
8  BY MR. ENGQUIST:
9    Q.    Okay.  Now, sir, just to be clear, when
10  you went to see Ms. Powers, that was because you
11  were driven there by the prince of your gang; is
12  that correct?
13    MS. BONJEAN:  I'm going to object -- leading
14  and object to the foundation.
15    THE WITNESS:  That could be, yeah.  That
16  could be.
17  BY MR. ENGQUIST:
18    Q.    Sure.  Are you --
19    A.    I don't really remember it, because
20  like I said, I was fucked up and I was high and I
21  was all kind of stuff.  I mean, I was
22  always holding.  But, yeah, that could have been,
23  you know what I mean?  I wouldn't knock that.  I
24  wouldn't rule that out.

Page 212

1    Q.    Okay.
2    A.    I got there -- I got there somehow, and
3  I know I didn't get there myself.
4    Q.    Sir, was there a kind of code among
5  your gang -- the gang members in your gang or maybe
6  other gangs too --
7    A.    Of course.
8    Q.    -- to not --
9    A.    It's -- it's an international code,
10  man.  Don't snitch, blah, blah, blah.  We know that
11  already.  Everyone knows that.
12    Q.    Okay.
13    A.    I knew that, you know.
14    But you know, at the same time, you
15  know, I have morals, you know.  I was a gangbanger,
16  a kid that wanted to follow a gang, but deep
17  inside, I have morals.  And this is something
18  that's not right and that needs to be addressed as
19  such, you know what I mean?
20    I didn't want to look like a pussy
21  in front of my guys or look like a snitch in front
22  of my guys either, because that can jeopardize me
23  in my life.  But inside, I know what's right, and I
24  know what needs to be done.  But you know,

Page 213

1  unfortunately, they all look at it as you're weak,
2  you're a pussy, you're a snitch.  And now that I'm
3  exiled and stuff, you know.
4    So you got to understand the
5  position that me and a lot of other young Latinos
6  in the City of Chicago are facing.  It's just we're
7  stuck in a rut, man.
8    Q.    Sir, was there -- was there a
9  punishment for gang members snitching on other gang
10  members?
11    A.    Oh, yeah.  You fucking die.
12    Q.    And was that -- was that something that
13  you were concerned of by giving -- by identifying
14  other gang members --
15    MS. BONJEAN:  Excuse me.  Hello?  I have an
16  objection, Josh.
17    MR. ENGQUIST:  To which one?  My question I'm
18  doing now, or the question I did before?
19    MS. BONJEAN:  No, I was trying to object, but
20  you were just rambling on.  I want to object to the
21  foundation of your last question as to gang
22  members.  So I want to object to foundation and
23  form of that question, because I don't know
24  which -- if you're talking about all gang members

KENNELLY SAEZ, 09/15/2021                          Page 214..217

Page 214

1  or your fellow gang members or what.
2  BY MR. ENGQUIST:
3      Q.   Sir, were you concerned for your safety
4  after you identified Roberto -- Roberto Almodovar
5  and William Negron as the shooters from the
6  incident where you -- where your best friend and
7  girlfriend were shot and killed?
8      A.   I should have been concerned for my
9  safety, but my head was so messed up that I failed
10 to realize all that kind of stuff, you know what I
11 mean?  Like I said, I was self-medicating like you
12 wouldn't believe to suppress everything that was
13 going on with me.  And I knew that, you know,
14 snitches get stitches.
15          So yeah, I was concerned for my
16 safety, but it didn't dawn on me until later, you
17 know, that holy shit, did I just put myself and my
18 family in jeopardy, you know what I mean?  And
19 that's all through contradicting myself and through
20 not being sure and through drug use and through
21 trauma, all that mixed together just made me just
22 say and do things that I would never do or normally
23 say.
24     Q.   Okay.  And so, sir, is it fair to say

Page 215

1  that when you gave this affidavit to Ms. Powers it
2  was because you were afraid of retaliation by your
3  own gang for being a snitch?
4      A.   That would be a fair --
5      MS. BONJEAN:  Objection --
6      THE WITNESS:  -- assumption.
7      MS. BONJEAN:  I'm going to object to the
8  form, foundation.
9          Mr. Saez, I'm sorry to interrupt you
10 every time, so maybe if you could just take a beat
11 and let me put my objection on the record before
12 you go ahead --
13     THE WITNESS:  Okay.
14     MS. BONJEAN:  -- and answer.
15     THE WITNESS:  Okay.
16     THE REPORTER:  I apologize.  This is the
17 court reporter.  Can you hear me?
18     MS. BONJEAN:  Yes.
19     THE REPORTER:  Yes.  Can you repeat your
20 answer, sir?  I did not get the answer.
21     THE WITNESS:  Are you talking to me?
22     MR. ENGQUIST:  Yes, she was talking to you.
23     THE WITNESS:  That would be a fair --
24     THE REPORTER:  Did you want me to repeat the

Page 216

1  question?
2      THE WITNESS:  -- assumption.
3      MR. ENGQUIST:  Ms. Court Reporter, did you
4  get it that time?
5      THE REPORTER:  I apologize.
6          "That was the assumption."
7      MR. ENGQUIST:  That would be a fair --
8      THE WITNESS:  A fair --
9      MR. ENGQUIST:  -- assumption.
10     MS. BONJEAN:  My gosh, let the man speak.
11     MR. ENGQUIST:  Go ahead, Mr. Saez.
12     THE WITNESS:  Yeah, that would be a fair
13 assumption.  I mean, but I wasn't really scared at
14 the time, because like I said, I was too high to be
15 scared.
16 BY MR. ENGQUIST:
17     Q.   All right, sir.  I'm going to see if I
18 can do this again.
19          I'm sharing my screen again, sir.
20     MR. ENGQUIST:  And I'm sorry.  That last one
21 I'll mark as an exhibit.  Which -- what exhibit
22 were we on?
23     MS. CARNEY:  I believe that was Exhibit 5.
24     MR. ENGQUIST:  Okay.  So this will be -- or

Page 217

1  was it --
2      MS. CARNEY:  It might have been 6.
3          Jennifer or Ashley, did you guys
4  mark those --
5      MS. COHEN:  Yeah, it's 6.
6      MR. ENGQUIST:  It was 6?  Okay, so just to be
7  clear --
8      MS. COHEN:  This is 6.
9      MR. ENGQUIST:  Okay.  The last one is 5 then?
10     MS. COHEN:  Oh, I'm sorry.  Sorry, that was 6.
11     MR. ENGQUIST:  Okay.  So just to be clear,
12 I'm sorry, the affidavit from 1995, March 1st,
13 would be No. 6.
14          (Deposition Exhibit No. 6,
15           Witness Saez, was marked for
16           identification 09/15/2021.)
17     MR. ENGQUIST:  And then I want to put -- this
18 is going to be No. 7, which is a portion of a
19 transcript from the November 28, 1995, trial.
20          (Deposition Exhibit No. 7,
21           Witness Saez, was marked for
22           identification 09/15/2021.)
23 BY MR. ENGQUIST:
24     Q.   Mr. Saez?

Urlaub Bowen & Associates, Inc.   312-781-9586

Page 218

1    A.   Yeah.
2    Q.   I know it's going to be kind of hard to
3 read, but I just want to let you know this is the
4 front page, and it was -- it's for the trial in
5 which you testified in November -- on November 28,
6 1995, okay?
7    A.   Okay.
8    Q.   Let me go down to page 210, I believe.
9 Hopefully I have the right one.  I just want to go
10 to a portion of this, sir.
11        Earlier you testified -- well, you
12 testified two different ways, but you testified the
13 last time with Ms. Bonjean that Mr. Guevara told
14 you the people in the lineup were going to be --
15 the people in the photographs were going to be in
16 the lineup.
17        Do you remember that, sir?
18    A.   I -- yeah, I think so.
19    Q.   Okay.  Now, I just want to direct your
20 attention, it's on page 210, lines 18 through 20.
21        The question was prior to seeing
22 it -- I'm sorry -- the lineup.
23        Let me go back.  Line 16 --
24    MS. BONJEAN:  Editorializing, but go ahead.

Page 219

1 BY MR. ENGQUIST:
2    Q.   I'm just going to go to line 16:
3        "Who saw the line-up first, if
4 you remember?
5        "Answer:  I saw it first.
6        "Question:  Prior to seeing it,
7 did Detective -- did the detective at
8 any time ever tell you who you should
9 pick out?
10        "Answer:  No."
11        Do you recall giving those answers
12 to those questions, sir, back in -- back in 1995?
13    A.   If they're there, I must have.  But you
14 know, I don't remember everything that happened on
15 that day, you know, I said a lot of things.
16    Q.   Were you --
17    A.   Shaking, trembling.
18    Q.   Were you trying to be truthful at that
19 time, sir?
20    A.   This is the trial?
21    Q.   Yes.
22    A.   At the trial, I was trying -- I was
23 trying to be as truthful as I could, but I wanted
24 to get out of jail too.

Page 220

1    Q.   Okay.  Did -- did someone promise you
2 getting out of jail for you to testify, sir?
3    A.   They never promised me getting out of
4 jail or nothing like that, but they'll put a
5 recommendation or something like that that, you
6 know, whatever.
7    Q.   And --
8    A.   I just wanted to -- yeah, that's
9 what -- I remember that, because I remember that
10 fear just being in jail and stuff like that.
11    Q.   And who was the -- who -- when you say
12 "they" for a recommendation, who was the "they"?
13    A.   I guess it was the state, you know,
14 that would -- that would say that.  We'll talk to
15 your judge is all we can do.  We cannot promise to
16 you.  We'll talk to your judge and say that you
17 cooperated over here, and maybe your judge can be
18 lenient with you, stuff like that.
19    Q.   Because of that, did you lie at all
20 during your criminal trial testimony?
21    MS. BONJEAN:  I'm going to object to -- hold
22 on.  That calls for a legal, I think, conclusion or
23 at least you should give him the opportunity to
24 look at his testimony if you're going to ask him to

Page 221

1 implicate himself in lying under oath.  I think
2 that's an unfair thing to ask him to do, because
3 you know the consequences of purposely lying under
4 oath.
5    THE WITNESS:  I'm not trying to purposely lie
6 or anything.
7    MS. BONJEAN:  No, no, no, I understand.  I'm
8 just telling --
9    MR. ENGQUIST:  She's just stating a very long
10 objection.
11    MS. BONJEAN:  No, I'm just telling
12 Mr. Engquist that Mr. -- Mr. Saez has certain
13 rights.  And if you're going to ask him if he lied
14 under oath, I think that is -- you know, you're in
15 kind of sketchy territory.
16    THE WITNESS:  Entrapment.
17 BY MR. ENGQUIST:
18    Q.   Entrapment?
19    A.   I don't know.  I'm guessing.
20    Q.   So you're following along --
21    A.   I'm not a lawyer.
22    Q.   -- with Ms. Bonjean.
23    A.   I don't know.  Just -- hey, listen,
24 man.  Just if any of this stuff comes up to me and

KENNELLY SAEZ, 09/15/2021                        Page 222..225

Page 222

1 then it creates more of a headache to my family,
2 then I'm going to be very fucking pissed.
3     Q.   Sir, when you test -- you said earlier
4 that you were scared and you wanted a
5 recommendation from the state's attorney office --
6          (Simultaneous cross-talk.)
7     A.   Yeah, I wanted to get out of jail, man,
8 yeah.
9     Q.   Because of the --
10         (Simultaneous cross-talk.)
11    A.   That's all true.
12    Q.   Okay.  Because of that, did you
13 testify -- did you -- did you testify --
14         (Simultaneous cross-talk.)
15    A.   Did I lie in my testimony?
16    Q.   -- that you think -- yeah, did you lie
17 because of that?
18    A.   No, I did not lie in my testimony.  I
19 just did whatever I -- I wanted the families to
20 look at me in a good light.  I wanted to be
21 forgiven.  I wanted to -- you know, so I fell in
22 line.
23         I don't believe I lied about
24 anything.  I just gave whatever I -- whatever I

Page 223

1 felt was that I knew, you know.
2     Q.   Uh-hmm.
3     A.   There was no way of lying to -- for me
4 to get out of jail.  It was just me taking the
5 stand to get out of jail.  Not what had come out of
6 my mouth.
7     Q.   Okay.  Now, sir, earlier I believe you
8 testified that someone came to your house and
9 talked to you before the trial.
10         Do you remember a state's attorney
11 doing that?
12    A.   I don't -- there was a lot of attorneys
13 that saw me back then, man.  I mean, a lot of
14 attorneys, a lot of investigators just kept coming
15 to my house.  I don't remember all of them, so I
16 don't know who was what anymore.
17    Q.   Okay.
18    A.   Especially now 20 something years later.
19    Q.   All right.  Let me share -- and we're
20 on No. 8, I believe.
21         MR. ENGQUIST:  We can mark this as No. 8.
22         (Deposition Exhibit No. 8,
23          Witness Saez, was marked for
24          identification 09/15/2021.)

Page 224

1 BY MR. ENGQUIST:
2     Q.   This is not one I sent over earlier,
3 but just so you know, the Bates stamp is Negron
4 Plaintiff 40024.  It's a handwritten note from
5 February 4, 1996.
6          And, sir, can you read that opening
7 paragraph?
8     A.   Hold on.  I think I can zoom this in on
9 my phone.  Give me one second.
10    Q.   Sure.
11    A.   Okay.  It says here:  On today's date
12 at 11:00 o'clock a.m. -- is that my name --
13 Kennelly Saez and I sat at his kitchen -- what does
14 that say?  Table, I'm guessing?
15         These are chicken scratches, man.
16         What's that -- at 3914 West
17 Cortland, apartment 1.  The what?  The tallway?
18 What the hell is that?  I can't read this.
19    Q.   Okay.
20    A.   Is a -- is a -- tall, what the hell --
21 of the --
22    Q.   Conversation?
23    A.   -- conversation we had on 3 February
24 1996.  I asked Kennelly to explain what happened.

Page 225

1 I don't know what word is.  He was taken to view a
2 lineup.  They came -- I don't know what that word
3 is -- to my house with -- I don't know what -- with
4 Jackie to see a lineup.  We went to the station.
5          Is this my writing?
6     Q.   Well, sir, here, let me go to the very
7 bottom.
8          Is that your signature on the very
9 bottom, sir?
10    A.   Yeah, that's my teenage signature.
11    Q.   Okay.  And right above that, it says,
12 after reading above -- reading above and finding it
13 to be truthful and correct, it says, will you sign
14 it?
15         The answer is yes, and then it says
16 Kennelly Saez.
17    A.   Oh, okay.  So that's not my writing.  I
18 was going to say I don't write like that.
19    Q.   Okay.  Well, let me just go to the part
20 where you kind of left off.
21    A.   Yeah.  It's just kind of difficult for
22 me to read.
23    Q.   Okay.  Just that paragraph says:  They
24 came to my house with Jackie to see a lineup.  We

KENNELLY SAEZ, 09/15/2021                          Page 226..229

Page 226

1  went to the station.  They showed me some pictures.
2  I picked out the guys, and then they took me to the
3  lineup.
4          Do you see that?
5      A.   Yeah.
6      Q.   Okay.  Do you recall telling a state's
7  attorney in your -- that came to visit you in your
8  house back in February of 1996 that you viewed some
9  pictures while you were at the police station?
10     A.   I don't recall, but it might -- but it
11 might have happened.  I'm not sure.
12     Q.   Okay.
13     A.   That was -- it was in '95.  That was
14 like a year, less than a year after the incident.
15 Again, I was -- I was still tender, like really
16 fucked up back then, like super fucked up.
17     Q.   Sir, when you keep --
18     A.   So I was just --
19     Q.   Yeah.
20     A.   I was just doing what I can do to just
21 get everybody out of my hair and leave me alone and
22 let me get high and medicate myself.
23     Q.   Okay.  When you talk about --
24     A.   That's the truth.  That's the fucking

Page 227

1  truth right there, man.
2      Q.   Sir, when you talk about yourself being
3  tender, do you think you were being manipulated by
4  anybody during any of these conver -- during any of
5  these statements?
6      A.   Oh, I'm sure I was.  I'm sure I was.  I
7  mean, I didn't see it then, but I'm sure I was.  I
8  mean, come on.  We're talking about the legal
9  system here.  You know what I mean?  It's -- it's
10 based on manipulation.
11         So, you know, everybody has egos,
12 everybody has agendas, you know, all that stuff
13 gets crossed.  And people like us that have no
14 education and stuff like that will get manipulated
15 to form and do whatever the agenda is, you know
16 what I mean?  It's shit rolls downhill.
17     Q.   Okay.  Sir, and I believe we're on
18 No. 9 now.  I'll have this one marked, and I'll
19 share it.
20     MR. ENGQUIST:  And just for everyone's
21 information, it's Negron Plaintiff 41820.  They are
22 an investigator's report from February 4, 1996.
23
24

Page 228

1          (Deposition Exhibit No. 9,
2           Witness Saez, was marked for
3           identification 09/15/2021.)
4  BY MR. ENGQUIST:
5      Q.   Okay.  Do you recall speaking to an
6  investigator for Matthew Kinnelly, the attorney
7  that was representing Mr. Almodovar?
8      MS. BONJEAN:  Objection, asked and answered.
9  He testified about this.
10 BY MR. ENGQUIST:
11     Q.   Okay.  So then, sir, let me direct
12 your -- do you remember earlier talking about
13 talking to an investigator for Matt Kinnelly?
14     A.   Yeah, I think so, yes.
15     Q.   Okay.  And if I told you it was on or
16 about February 3, 1996, would that -- would that
17 seem correct to you?
18     A.   I couldn't pinpoint it, but yeah, it
19 would seem about right, I guess, because I saw
20 him not -- yeah, my daughter was -- my girlfriend
21 was pregnant at the time when I saw him,
22 Mr. Kinnelly.  I remember him because he has my
23 name.
24     Q.   Okay.

Page 229

1      A.   But yeah, the investigator came to the
2  house and picked me up, took me to his office.
3      Q.   Okay.  And let's look at the second
4  paragraph here, sir.  I'm not sure if I can
5  highlight it correctly.  I'll screw it up.
6          Let me read it -- if you can see it,
7  sir, you can read along:  Kennelly began by stating
8  that the offenders shot at him and his friends over
9  there, indicating 3920 West Cortland.  Then the
10 detective picked me up, showed me some pictures,
11 and I identified the two guys.
12         You see that, sir?
13     A.   Yeah.
14     Q.   Okay.  Just to be clear, it doesn't say
15 anything in here where you had indicated to that
16 investigator that you were told who to pick; is
17 that correct?
18     A.   Yeah --
19     MS. BONJEAN:  Objection --
20     THE WITNESS:  -- that's correct.
21     MS. BONJEAN:  Objection to the form of that
22 question.  Go ahead.
23     THE WITNESS:  I guess that's correct.  I
24 don't -- I don't see it on there.

KENNELLY SAEZ, 09/15/2021                    Page 230..233

Page 230

1 BY MR. ENGQUIST:

2    Q.   Would you like to read the entire

3 statement, sir?

4    A.   No.  Don't need to.

5    Q.   Sir, isn't it true the first time you

6 ever stated -- the first time you ever stated to

7 anyone that Jackie Grande and Ray Guevara told you

8 the -- who the two offenders were was not until

9 when Matthew Kinnelly took your statement in his

10 office?

11    MS. BONJEAN:  Objection.  Are you suggesting

12 a district court judge has engaged in misconduct?

13    MR. ENGQUIST:  This is the timing of it.  The

14 first time it ever came out, Jennifer.

15    MS. BONJEAN:  My goodness.

16    THE WITNESS:  I'm trying to think here.  I --

17 I really can't answer that question.  I don't know

18 if it was the first time or not.  I just don't know.

19 BY MR. ENGQUIST:

20    Q.   Okay.  Sir, after you testified at

21 trial and identified the plaintiffs in this case as

22 being involved in the murders of your -- of your

23 two friends, did you get any more visits from

24 anybody in your gang regarding testifying against

Page 231

1 gang members?

2    A.   After that?

3    Q.   Yes.  After the trial.

4    A.   No, no.  I -- I was exiled because I

5 was a heavy drug user after that.

6    Q.   What kind of drugs were you on after

7 that?

8    A.   Everything you can fucking name.

9    Q.   Okay.  Before you were talking about

10 smoking marijuana.  I'm assuming you're talking

11 about something in addition to that?

12    A.   Oh, yeah.

13    Q.   Okay.

14    A.   I'm telling you, man, I was fucked up

15 in the head, man.  That fucked me up.  That really

16 fucked me up.  You have no idea.  You have no idea --

17    Q.   Can you -- can you --

18    A.   -- the hells -- the hells and the shit

19 that I had to go through after that day.  And --

20 and the damage I did to my body and my throat, my

21 nose, and -- you have no idea, you know.  I'm -- I

22 survived that day, but I'm more glad that I

23 survived the aftermath.

24    Q.   This drug use you're talking about, did

Page 232

1 it increase after you -- after the murder trial?

2    A.   Oh, yeah.

3    Q.   Okay.  I'm assuming --

4    A.   That's what started it.

5    Q.   I'm sorry.

6    A.   That's what started it.

7    Q.   Okay.  So it was after the murder

8 trial, after you testified in the murder case,

9 that's when you started using a lot of different

10 drugs?

11    A.   Oh, yeah.  I was -- well, really

12 immediately after -- after I got let loose out of

13 jail, after the first interview, that's when it

14 really started.  I couldn't go back to my house and

15 look at the front doorway without breaking down

16 unless I was medicated.

17    Q.   Okay.  And besides marijuana, what

18 other drugs were you using at the time?

19    A.   Cocaine, heroin, fucking wicked

20 embalming fluid.  You -- you name it, man.  You

21 name it.  If it -- if it made me forget, then

22 that's what I was taking.

23    Q.   Okay.  Were you using -- were you using

24 those different drugs when you talked to the

Page 233

1 investigator for Matthew Kinnelly?

2    A.   I was probably in use but I probably

3 wasn't under the influence at the time, because I'm

4 pretty sure they would notice if somebody's coming

5 in like (indicating) like that, you know what I

6 mean?  So you could say I was a functional addict

7 at that time when I needed to be functional.

8    Q.   Okay.  And I'm assuming based off your

9 answers that you are no longer addicted to those

10 different drugs; is that correct?

11    A.   Absolutely not.

12    Q.   And when did you --

13    A.   I'm a survivor.

14    Q.   Okay.  When did you stop?

15    A.   Oh, about ten years ago.  Been clean

16 for about ten and a half years.

17    Q.   Okay.

18    A.   12 years.

19    Q.   Did you receive treatment?

20    A.   Nope.  Cold turkey.  My kids are my

21 treatment.  My family, this house, my dog, my wife.

22 That's my treatment.

23    Q.   Sir, do you -- do you think that your

24 using --

KENNELLY SAEZ, 09/15/2021                                     Page 234..237

Page 234
1    A.    Ain't no -- ain't nobody with a -- with
2    a degree that never been a drug user never could
3    tell me how to get out of fucking drugs.  It's
4    about you.  It's about what you can do.  Not about
5    what somebody else can tell you what to do, because
6    that's never going to happen, you know what I mean?
7    You got to just find it in yourself.  And it's
8    there, everyone has it.  You just got to find it.
9        Q.    Sir, do you believe that your drug use
10   during this period of time after the trial made you
11   more susceptible to go along with someone's story?
12       MS. BONJEAN:  Objection to the form of that
13   question and the foundation of that question.  Go
14   ahead, Mr. Saez.
15       MS. HAGY:  Join.
16       THE WITNESS:  I mean, that's certainly
17   possible.  Whether it happened with me or not, I
18   cannot tell, you know what I mean?  But it's
19   certainly possible, and it's certainly very doable
20   to somebody who knows what they're doing, you know
21   what I mean?
22   BY MR. ENGQUIST:
23       Q.    At -- at one point, sir, earlier when I
24   was -- when I was asking you questions, you talked

Page 235
1    about how you thought you had a suppressed memory
2    when you talked about having a --
3        A.    I have --
4        Q.    -- memory?
5        A.    Yeah, I have a lot suppressed memories,
6    man.  And they pop up in dreams and stuff like that
7    or sometimes in -- in weird things.  You know, like
8    I'll take my daughter to school and I'll see a blue
9    car, and then this -- this memory would pop up in
10   my head like, you know what I mean?
11       It's hard to explain, but it's like
12   it triggers -- little things trigger it, you know,
13   and then things that I don't remember that I
14   remember.  You know, and then some things that I
15   try to remember and I can't remember.
16       It's weird like that.  But maybe
17   it's just the damage that I've done and the trauma
18   I've been through.  I don't -- I really don't --
19   I'm not a doctor, but that's the only thing I can
20   explain it how, you know?
21       Q.    Sir, now, so if I have this correctly,
22   you said you stopped using drugs about ten years
23   ago --
24       A.    Uh-hmm.

Page 236
1        Q.    -- so we're like at 2011.
2        Earlier you testified that you
3    started using heavy drugs after the trial, which
4    would have been I believe '90 --
5        A.    '96, '95.
6        Q.    Yeah, '95?
7        A.    Yeah.
8        Q.    Okay.  So we have roughly 16 years of
9    fairly heavy drug use?
10       A.    Yeah, in and out of jail too.  So and
11   during periods of jail, I've been out of the drugs
12   because you're in jail.  You know, so maybe jail
13   kind of saved my life too, because if I would have
14   never been locked up and got those slow downs and
15   those pauses in between, I think I would have
16   killed myself already.
17       Q.    Sir, do you think during -- during
18   those 16 years of heavy drug use your memory has
19   been damaged in any way?
20       A.    I'm pretty sure.  I wouldn't deny that.
21   But you know, it's like -- like I said, it pops in
22   and out, you know what I mean?  Sometimes I hate
23   it; sometimes I -- I embrace it.  But most of the
24   time, I hate it, because the memories that pop up

Page 237
1    are the memories that I don't want.
2        Q.    All right, sir.  Like everybody else, I
3    need to go through my stuff again.  If we could
4    take a quick 5 and I'll come right back, all right?
5        A.    All righty.
6        Q.    Thank you.
7        THE LEGAL VIDEOGRAPHER:  We are going off the
8    record.  The time is 3:16 p.m.
9              (Discussion off the record.)
10       MR. ENGQUIST:  Sir, that's actually all I
11   have for now, so I'm going to pass it to anybody
12   else if they have follow-up questions, but I'm done
13   for right now.
14       THE LEGAL VIDEOGRAPHER:  Do you want to go on
15   the record to say that?
16       MR. ENGQUIST:  Yes, I do want to go on the
17   record.  My fault.
18       THE LEGAL VIDEOGRAPHER:  No problem.  One
19   moment.
20           We are back on the record.  The time
21   is 3:22 p.m.  You may proceed.
22   BY MR. ENGQUIST:
23       Q.    All right.  Sir, I'm sorry.  I didn't
24   realize we weren't on the record.  I just wanted to

KENNELLY SAEZ, 09/15/2021                                    Page 238..241

Page 238
1  say that I was basically done with my questions
2  right now.
3          But just one thing I do want to just
4  double check on.
5          I know Ms. Bonjean asked you a lot
6  of questions about the person who had -- who
7  overheard the conversation with -- that supposedly
8  Mr. Almodovar had in a bar.
9      MS. BONJEAN:  Objection, form.
10 BY MR. ENGQUIST:
11     Q.    I'm just trying to get to that point.
12          You know -- you know what I'm
13 talking about, sir?
14     A.    Yeah, yeah.
15     Q.    Okay.  And I just want to be clear that
16 you're refusing to give over the infor -- give over
17 the identity of that person who would be the
18 witness to that; is that correct?
19     A.    Absolutely.
20     Q.    Okay.  And I understand that, and I'm
21 not sure how we're going to proceed on that right
22 now, but I just wanted to make sure that -- I
23 wanted to make sure that was clear, okay?
24     A.    Yeah, it's clear.

Page 239
1      MR. ENGQUIST:  Okay.  Then I'll pass it along
2  to see if anybody else has any questions.
3      MS. BONJEAN:  Any from defense side?
4      MS. CARNEY:  Nothing more from the City.
5      MS. McGRATH:  I don't have anything right now.
6          FURTHER EXAMINATION
7  BY MS. BONJEAN:
8      Q.    Mr. Saez, I just have a couple based --
9  and I promise when I -- when I say a couple, I mean
10 less than five, unless you say something that
11 surprises me, but ...
12          Can you remind me when you were I
13 guess -- I think you said banished from the gang or
14 when you left the gang?
15     A.    When I -- when I was in my heavy drug
16 use, they -- they didn't want all that, you know.
17     Q.    All right.
18     A.    I was -- I was lucky I didn't get beat
19 the fuck up.
20     Q.    So this would have been shortly after
21 obviously you gave testimony at the trial that you
22 engaged in drug use to self-medicate your trauma,
23 and it was around that time that you stopped
24 affiliating with -- with the YLODs; is that right?

Page 240
1      A.    I was still a member, but I was like,
2  yeah, not affiliated, you know what I'm saying?
3      Q.    Uh-hmm.
4      A.    It's -- it's all a blur to me back then
5  with that -- with those kind of questions like
6  that, because I don't know which way was up and
7  which way was down.
8      Q.    Right.
9      A.    You know what I mean?  So I didn't
10 care.  I didn't care about myself.  I didn't care
11 for anybody else, so I really didn't -- I wasn't
12 processing information well, you know.
13     Q.    And does that mean that you were no
14 longer having regular communications with members
15 of your gang?  I know you said you were still a
16 member, but how did that -- what do you mean by
17 that?
18     A.    Well, you know, everyone still knows
19 who I am.  You know, even -- even today, you know,
20 I can go to the Puerto Rican festival and just walk
21 around with my kids, and someone will know me from
22 years back and say, Hey, there goes Joker, the
23 YLOD.  Even -- even I am not.
24          You know, you're never really out --

Page 241
1      Q.    Understood.
2      A.    -- when it comes to that, so that's
3  what I meant by that.  I was still a member in
4  everyone's eyes, but an active member would be a
5  different story.
6      Q.    I get it.
7          So to be fair, in 2016, you were
8  free of drugs, right?
9      A.    Yes.
10     Q.    Okay.  And you -- congratulations.  You
11 did that on your own.  You didn't get any help
12 along the way, right?
13     A.    Yes.
14     Q.    Okay.
15     A.    Oh, you have no idea the diarrhea and
16 the damn vomit that was going on around this
17 frickin place when I was going through all that
18 crap.  Let me tell you.  Oh, let me tell you.
19         (Simultaneous cross-talk.)
20     A.    That's why when I see -- I know, I'm
21 sorry it was graphic.  I'm sorry.  I apologize, but
22 you know --
23     Q.    No, no.
24     A.    -- I sympathize -- I sympathize with,

KENNELLY SAEZ, 09/15/2021                                    Page 242..245

Page 242

1 you know, these people going through this now and
2 just going through the damn methadone clinics,
3 which is just a revolving fricking door, you know,
4 so yeah, it's just -- it's hell.
5     Q.   And when you testified in 2016, did any
6 gang members put pressure on you to testify in 2016?
7     A.   In 2016?
8     Q.   Yes.
9     A.   I don't remember in 2016.  I doubt that
10 very much.
11     MS. BONJEAN:  Okay.  I have --
12     THE WITNESS:  2016.
13     MS. BONJEAN:  -- nothing further.
14 BY MS. BONJEAN:
15     Q.   Yeah, I'm talking, yeah, recently, 2016.
16     A.   Yeah, I don't -- yeah, yeah.  I'm my
17 own man at that time.
18     MS. BONJEAN:  Okay.  I have nothing further,
19 Mr. Saez.  Thank you for your time.
20     THE WITNESS:  Thank you.
21     MR. ENGQUIST:  I have nothing else based off
22 that.
23          So, sir, at this point, you know,
24 besides that one kind of open question, I know we

Page 243

1 can probably talk about sometime later possibly --
2     THE WITNESS:  Okay.
3     MR. ENGQUIST:  -- everything's been concluded.
4          So the issue right now -- and I
5 think you've been told this before, I'm not
6 positive if you remember -- but you have the choice
7 right now if you want to waive or reserve your
8 signature.
9          And what I mean by that is that this
10 deposition is going to be typed up and put into a
11 written form, just like you've seen throughout the
12 entire day, a transcript.
13     THE WITNESS:  Yeah.
14     MR. ENGQUIST:  And if you reserve your
15 signature, which means that you'll get a -- we'll
16 somehow work out, get you a copy so you can review
17 it to make sure that the court reporter got it
18 typed up correctly, and then you would sign off on
19 it.
20          Or you can just waive your signature
21 and just say that, you know, trust the court
22 reporter got it down correctly, and then you don't
23 review it before it's final.  It's purely up to you.
24     THE WITNESS:  In light -- in light of all

Page 244

1 this that was put in front of me that I don't
2 remember half of sometimes, yes, I want -- I want a
3 copy of this.
4     MR. ENGQUIST:  Okay.
5     THE WITNESS:  Hell, I want a copy of all this
6 stuff really if I can, but that's too much work.
7 I'm not an attorney.  I don't have that patience
8 that you guys have with paperwork.
9     MR. ENGQUIST:  Yeah, sir, I'm talking about --
10     THE WITNESS:  So but this transcript, yeah, I
11 would love to have it so I can sign off on it,
12 because now I want to cross my Ts and dot my Is.
13 Because anything I do here, I can get fucked.  I
14 understand that.  You know what I mean?
15          So I want to make sure that I'm not
16 being railroaded or manipulated in any kind of way
17 or -- or that I even contradict myself, you know
18 what I mean?  Not through no fault of my own,
19 because I'm trying to do what's best.
20          But yeah, yeah, I would definitely
21 want to take a copy.
22     MR. ENGQUIST:  Okay.  So we'll reserve.
23 Thank you very much, sir.
24     THE LEGAL VIDEOGRAPHER:  Okay.  This is the

Page 245

1 end of media unit 2.  This concludes the deposition
2 of Kennelly Saez.  The video will be retained by
3 Urlaub Bowen & Associates.  We are going off the
4 record.  The time is 3:29 p.m.
5          (The proceedings adjourned at
6          3:29 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 246

1       IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2               EASTERN DIVISION
3   ROBERTO ALMODOVAR, JR.,      )
4           Plaintiff,   )
                         )
5       vs.      )   No. 18 CV 2341
                         )
6   REYNALDO GUEVARA, et al.,   )
7           Defendants.  )
    -------------------------  )
8   WILLIAM NEGRON,         )
9           Plaintiff,   )
10      vs.      )   No. 18 CV 2701
                         )
11  REYNALDO GUEVARA, et al.,   )
12          Defendants.  )
13          This is to certify that I have read my
    deposition taken on Wednesday, September 15, 2021,
14  in the foregoing cause and that the foregoing
    transcript accurately states the questions asked and
15  the answers given by me, with the changes or
    corrections, if any, made on the Errata Sheet
16  attached hereto.
17      _____
                 KENNELLY SAEZ
18
19  No errata sheets submitted (Please initial)
      Number of errata sheets submitted _____ pages
20
      Subscribed and sworn to
21  before me this _____ day
      of _____ 2021.
22
23  _____
        Notary Public
24

Page 247

1       REPORTER'S CERTIFICATE
2       I, Katie K. Elliott, do hereby certify that
    KENNELLY SAEZ was duly sworn by me to testify the
3   whole truth, that the foregoing deposition was
    recorded stenographically by me and was reduced to
4   computerized transcript under my direction, and
    that said deposition constitutes a true record of
5   the testimony given by said witness.
6       I further certify that the reading and
    signing of the deposition was not waived, and the
7   deponent was notified of the availability of the
    transcript for review and signing.  Pursuant to
8   Rule 30(e) of the Federal Rules of Civil Procedure,
    if deponent does not appear or read and sign the
9   deposition within 30 days, the deposition may be
    used as fully as though signed, and this
10  certificate will then evidence such failure to
    appear as the reason for signature not being
11  obtained.
12      I further certify that I am not a relative
    or employee or attorney or counsel of any of the
13  parties, or a relative or employee of such attorney
    or counsel, or financially interested directly or
14  indirectly in this action.
15      IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office at Chicago,
16  Illinois, this 12th day of October 2021.
17
18      _____
              Illinois CSR No. 084-004537
19
20
21
22
23
24

Page 248

1   Errata Sheet
2
3   NAME OF CASE: ROBERTO ALMODOVAR vs REYNALDO GUEVARA, et al.
4   DATE OF DEPOSITION: 09/15/2021
5   NAME OF WITNESS: Kennelly Saez
6   Reason Codes:
7       1. To clarify the record.
8       2. To conform to the facts.
9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25      _____

KENNELLY SAEZ, 09/15/2021

**Exhibits**

**1 Saez 091521-1** 85:15

**2 Saez 091521-2** 120:7

**3 Saez 091521-3** 153:19

**4 Saez 091521-4** 172:18

**5 Saez 091521-5** 175:3,6 216:23

**6 Saez 091521-6** 217:14

**7 Saez 091521-7** 217:20

**9 Saez 091521-9** 228:1

---

**0**

**09/15/2021** 85:17 120:9 153:21 172:20 175:5 217:16,22 223:24 228:3

---

**1**

**1** 4:2 85:6,15 141:19 143:1 176:15 207:7 224:17

**10** 76:12 110:3 122:1,2 143:1

**10:00** 22:19

**10:14** 4:5

**11:00** 224:12

**11:08** 49:23

**11:38** 76:12

**11:39** 77:6

**11:40** 75:20

**12** 76:13 117:19 233:18

**12:09** 77:9

**12:45** 176:15

**12th** 117:18

**14** 136:12 149:23

**15** 4:5

**16** 12:23 218:23 219:2 236:8,18

**16th** 134:15

**17** 12:23

**170** 85:13

**18** 4:14,15 21:7 142:10 176:17 218:20

**1854** 11:7 84:3,6

**19** 21:6,7 81:8 152:15

**1974** 9:16

**1994** 11:5 12:3,7 14:24 15:24 18:8, 18 19:20 20:11 21:3 22:4 83:16 90:1 161:3 167:7 176:15 196:10 204:24

**1995** 207:8 217:12,19 218:6 219:12

**1996** 224:5,24 226:8 227:22 228:16

**1998** 152:1,16 155:10 156:3

**1999** 80:16 170:5

**1:16** 141:20

**1:20** 141:24

**1st** 83:16 196:10 217:12

---

**2**

**2** 120:6,7 141:23 245:1

**20** 4:20 20:12,14 68:17 202:4 218:20 223:18

**20-year-old** 68:17

**2008** 81:3,8 170:5

**2011** 236:1

**2016** 81:20 82:3,9 120:15 121:7 122:15 123:24 134:16,18 142:14 150:4 151:23 170:4 241:7 242:5,6, 7,9,12,15

**2017** 188:6 189:21

**2021** 4:5

**20th** 21:4

**21-year-old** 68:18

**210** 218:8,20

**22** 122:2

**23** 162:9

**2341** 4:14

**24** 139:17 142:10 149:23

**25** 33:9 88:21 89:4,16

**26** 9:16

**26th** 9:18 81:21 82:3

**27** 145:21

**2701** 4:15

**28** 217:19 218:5

**2:03** 183:4

**2:17** 183:7

**2:38** 204:3

**2:44** 204:6

---

**3**

**3** 153:17,18,19 224:23 228:16

**30** 76:9 77:3 121:20 134:18

**30th** 82:3,9 120:15 121:7 122:14 134:16 142:14

**33** 142:6

**3914** 224:16

**3920** 229:9

**3:16** 237:8

**3:22** 237:21

**3:29** 245:4,6

---

**4**

**4** 172:14,18 224:5 227:22

**40024** 224:4

**41820** 227:21

**45** 51:23

---

**5**

**5** 138:5 175:3,6 203:21 216:23 217:9 237:4

**5-minute** 182:23

**51** 175:20

---

**6**

**6** 217:2,5,6,8,10,13,14

**600** 4:21

**6th** 120:13,14

---

**7**

**7** 217:18,20

**8**

**8** 76:12 210:16 223:20,21,22

**88** 33:12 36:12,21 196:13

**9**

**9** 208:6 227:18 228:1

**90** 236:4

**90s** 11:4

**94** 11:6 185:15

**95** 152:15 226:13 236:5,6

**96** 236:5

**98** 33:16,17,20,22,23

**9:00** 178:21

**9:30ish** 22:19

**A**

**a.m.** 4:5 49:23 77:6 176:15 224:12

**ability** 9:11 144:5

**absolutely** 16:24 67:1 90:2 109:23 128:3 129:19 132:3,14 173:21,23 181:21 182:3 190:15 195:5 233:11 238:19

**accompanied** 189:9

**accordance** 92:23

**accurate** 136:7,8 145:23 210:22

**accused** 175:19

**act** 25:8

**actions** 16:6,9,10

**active** 241:4

**activity** 41:24 89:23 91:3 94:23 133:19

**actual** 78:4

**addict** 233:6

**addicted** 233:9

**addition** 151:22 231:11

**address** 84:2

**addressed** 212:18

**adjoining** 42:24

**adjourned** 245:5

**administer** 4:9

**advantage** 51:18

**affect** 9:11

**affidavit** 206:12 207:22 209:1 210:6,7,24 215:1 217:12

**affiliated** 240:2

**affiliating** 239:24

**afraid** 215:2

**African** 194:3

**aftermath** 231:23

**afternoon** 79:20

**agenda** 125:19 227:15

**agendas** 227:12

**agree** 5:23,24 6:5 79:24 89:22 90:23 91:6 109:24 110:21 124:9 173:18 201:14

**agreement** 4:8 5:2 6:8,12

**ahead** 12:8 13:16 14:14 29:24 88:24 98:2 106:12 128:16 206:21 215:12 216:11 218:24 229:22 234:14

**Ainsworth** 82:10 83:5 122:10 143:21,23,24 144:1 146:1 178:24 179:1,9

**Ainsworth's** 144:4

**ajar** 40:18

**alcoholic** 9:7

**alderman's** 71:7,20,21

**alibi** 133:23

**aligned** 93:3 95:14

**alive** 52:22 126:16 157:3,6

**allegedly** 134:11 160:9 183:19

**alley** 97:5,7 98:16

**alleyway** 97:1,2

**alliance** 133:20 177:7

**ally** 132:24 170:12,13,15

**Almodovar** 4:13 5:6,9 70:23 71:3 72:1,6 73:1,7,14,18 74:1,16 75:4, 14 79:21 80:20 83:4 85:13 133:23 134:3,10 152:10,15,21 157:9,12 158:4 163:24 166:16 167:6,14 168:9 169:11 172:14,24 173:6,10

174:2 179:11 180:22,24 183:14,15, 23 184:11 185:4,5,11,22 188:5,9 189:4,20 190:10,14 194:4 195:3 207:15 210:18 214:4 228:7 238:8

**Almodovar's** 80:12 182:8 203:2

**ambulance** 44:8

**American** 194:3

**amiss** 40:19 102:9

**amount** 24:11

**Amy** 25:2 27:14 30:13 31:1 34:17 42:18 43:8,9 46:13,15 89:3,11 112:19 140:19 142:16,22 143:7,10, 12 146:2,3,5,16,20 158:15 176:17

**Amy's** 48:23 49:10 51:9

**ands** 160:23

**angel** 36:7 126:19

**anger** 171:8

**angles** 169:7

**answering** 13:14 35:24 144:4

**answers** 135:22 143:15 219:11 233:9

**anxiety** 110:1

**anymore** 21:10 57:5 86:23 166:17 171:5 180:18 192:10 200:9 223:16

**anyone's** 8:19 103:12

**apartment** 11:22,23 12:1 31:19 37:12 42:3,21 43:1,13 46:19 53:23 60:3 85:20,23 86:2,18,22 89:19 92:15 93:6 105:14 176:16,24 198:19 224:17

**apologies** 86:24

**apologize** 129:20,21 200:18 209:17 215:16 216:5 241:21

**apologized** 25:10

**apparently** 206:21

**appeared** 89:12

**approach** 106:23

**approached** 34:19 74:15 109:15 118:11 123:4 124:10 125:12 128:7

**approaching** 38:9 89:4

**approximately** 110:22 186:2

**Arceo** 116:5

**area** 29:18 43:4 62:10 86:21 89:20,

24 90:7,14 106:15,17 107:5 113:14,16 165:8

**argued** 33:14

**arguing** 134:10

**Armitage** 164:8,9,13,18

**armor** 126:18,19

**arranged** 61:21

**array** 194:16

**arrays** 198:24

**arrested** 91:14 127:3

**arrived** 44:8 62:9 111:21 112:10 151:8

**artery** 46:3

**article** 172:23 175:1,13,15 176:4 177:14,20,24 178:5 186:23

**articles** 178:10 179:14

**Ash** 103:18 121:9 141:9 143:1 149:22 151:10 153:13 174:15 175:17 176:1 187:10

**Ashley** 5:8 84:11,14 86:9 110:15 111:2 120:10 122:1 124:5 135:9 139:13 142:5 169:16,21 172:11 173:3 174:12 176:9 181:15 187:3 217:3

**ass** 16:13 38:5 74:21

**asshole** 113:22 114:3,23

**assistant** 69:18

**associate** 5:8 6:17 90:7 193:14

**Associates** 4:20,23 245:3

**associating** 91:1

**assume** 8:13 146:19 153:7 189:1

**assumed** 91:8

**assuming** 36:21 100:7 103:10 109:13 112:15 151:13 231:10 232:3 233:8

**assumption** 107:22 125:17 215:6 216:2,6,9,13

**attend** 50:15,17

**attended** 43:3 51:2

**attention** 22:2 46:10 55:23 71:14, 15 94:4 96:13 100:13,21 117:6 120:3 218:20

**attorney** 13:12 69:18 70:22 71:2

72:1,6 73:1 74:16 75:4 79:16 80:20 203:2,19 207:15 222:5 223:10 226:7 228:6 244:7

**attorneys** 74:20 76:5 78:19,20 130:8 202:23 223:12,14

**audio** 141:7 144:19

**August** 120:13,14

**authorities** 170:18,19

**aware** 53:6 173:9 174:2 176:3 178:8,14,15,16 179:18

**awareness** 99:4

___

**B**

**B-O-N-J-E-A-N** 5:5

**baby** 45:11 134:6 173:17

**back** 11:5 12:3 14:24 15:24 18:8, 17 20:6 21:2 22:3,15 23:12 27:4 28:16 29:17,18 31:13 34:4 35:10 38:1 39:14 46:16,17,21 49:22 50:4 57:13 65:19 72:11,12 73:23 74:1 75:10,13 76:12,16,21 77:8 90:10 96:18 97:3,8,14 98:5,17 100:4 103:4,18 107:15 108:19 109:17 123:24 125:1 129:4 134:20 141:17, 22 142:15 149:14 154:7 155:10 156:3 171:7,8,9,11 183:6 188:5 189:21 196:1 200:5,10,13 201:2 202:11 204:5 207:11 208:23 209:20 218:23 219:12 223:13 226:8,16 232:14 237:4,20 240:4,22

**backed** 35:17 99:5

**background** 9:6 83:20

**backseat** 44:18 99:18 100:4,14 101:5,6,10 106:9 107:10 110:23 196:20 198:4

**backwards** 198:9

**bad** 10:10,12 21:20 27:8 75:23 114:17 181:7

**bandwidth** 87:12

**bang** 34:22,23 36:10 109:9

**banished** 239:13

**bar** 158:8,14 160:8 164:6,8,11,12 165:19 180:23 183:20 189:18 190:17,20 192:21 193:12 194:10 238:8

**barber** 196:7

**barrel** 103:13 129:6

**based** 79:9,23 87:19 150:6,9,11 151:21 162:12 166:14 167:4 168:9 203:23 227:10 233:8 239:8 242:21

**basically** 16:6 17:19 26:15 28:16 46:24 56:9 68:3 69:15 88:14 107:17 149:18 160:11 238:1

**bat** 121:1 206:10

**Bates** 84:14 85:9,12 224:3

**bears** 163:23

**beat** 24:9,10,18 64:15 215:10 239:18

**beated** 24:9

**beating** 24:12,14 158:2

**beatings** 21:19

**beautiful** 10:24 127:6 132:11

**beef** 55:11 94:2

**began** 229:7

**beginning** 162:14 174:19

**behalf** 4:11,12 6:3,15,19

**belief** 170:9

**believed** 140:6,7 210:19

**belive** 117:16

**belligerent** 112:3 124:19

**belong** 12:3 40:5

**belonged** 177:8

**birth** 9:15

**birthday** 20:21 21:4

**bit** 7:11 11:3 75:23 101:14 104:13 112:3 133:14 148:4

**black** 194:2

**blah** 57:18,19 66:18 158:11 165:20,21 191:3 212:10

**blame** 68:23,24 69:1,2,3 125:7,8

**blank** 187:9

**blanks** 129:7

**bleeding** 42:10 46:9

**blind** 121:1 206:10

**blinded** 90:11

**block** 92:10 177:1

KENNELLY SAEZ, 09/15/2021

**blocks** 92:10,11

**blood** 21:19 42:16

**blow** 208:10

**blue** 33:12 88:19 96:3 114:7 177:2
235:8

**blur** 12:22 47:22 48:3,5,9 240:4

**blurring** 72:14

**board** 148:5

**boasting** 158:5,10 167:6,15
183:14,16,19 184:11 185:4,7
190:18,23 192:22

**body** 33:17 231:20

**Bonjean** 5:4,5 6:7,10 12:5,8 13:3,
8,11,24 14:12,14 15:1,9 16:11,20
17:5 18:2,13,19 19:5,22 20:4,16,21
21:6 22:6 33:1 41:6,8 48:7 59:6,13
65:13 69:20 71:10 76:7,10 79:15,
19,21 84:19,21 85:12,18 86:9,19
87:16 98:12,14 111:2,4 117:13,14
118:3,16 119:16 120:1,10,14,17,18
121:9,11,24 122:3 124:5,7 128:15
130:19 131:2,5 134:17 135:8,12
138:2,6,8 139:5,13,16 141:9,15
142:2,5,8,24 143:2,22 149:22
150:1 151:10,11 153:12,15,18,22
154:1 155:15,21,23 160:1 168:16
169:16,17,20,23 172:10,17,21
173:3,5 174:7,12,18,23 175:7,10,
17,18 176:1,2,9,11 177:11,18,22
178:2,6,7 181:14,16 183:8 184:9
187:3,10,13,15 203:13 205:9
206:18 207:18 209:5,7 211:4,13
213:15,19 215:5,7,14,18 216:10
218:13,24 220:21 221:7,11,22
228:8 229:19,21 230:11,15 234:12
238:5,9 239:3,7 242:11,13,14,18

**boo** 158:12

**book** 116:9

**border** 93:7

**born** 9:19

**bother** 195:15

**bothered** 167:21,22 194:12,13

**bothers** 159:23 160:4 171:3 195:7,
8 210:2

**bottom** 87:24 139:14 142:11
225:7,9

**Bowen** 4:20,23 245:3

**boy** 20:6

**boyfriend** 176:21

**boyfriend/girlfriend** 25:18

**boys** 27:8

**bragging** 164:22

**brain** 202:11

**break** 8:22,23 9:3 35:14 75:21,24
138:7 139:11 162:24 163:12,15
182:23

**breaking** 232:15

**bring** 112:13 132:1 166:13 176:7

**bringing** 201:2

**brings** 103:15 116:11 171:7,8,9,10
202:10

**bro** 205:23

**broke** 45:7 49:18 89:16

**brother** 54:17

**brothers** 11:12,14 13:1 91:18

**brought** 62:15,18 70:12 112:19
116:12

**brown** 87:23 88:15 97:9 118:18

**bucket** 30:22

**building** 31:19,20 37:12 46:19
84:15 85:20,23 86:13 92:3 95:22
96:8 111:13 176:16

**building's** 176:24

**bulb** 176:24

**bullet** 35:3,7 37:9 46:16

**bullets** 105:20 106:1 111:11

**bullshit** 26:2 41:23 64:21 132:7

**bumpers** 107:11

**bunch** 64:5 102:15

**burned** 67:8

**burner** 200:11

**bus** 26:13

**bush** 158:2

**business** 158:11 165:20

**buts** 160:23

**buy** 33:15

**Buzzfeed** 169:20 174:20 179:14

**C**

**call** 17:14 36:7 53:4 61:19,23 62:1
91:4 153:15 186:14 193:20 201:17

**called** 7:2 19:16,18 38:19 49:9
77:14 78:24 175:1 177:5

**calls** 220:22

**camera** 76:20,23

**cameras** 116:15

**candy** 134:4

**captain** 16:23

**car** 30:18,19 32:19,22 33:7,10,14,
15,17,24 34:16,24 35:17,19 36:14,
18 37:2,3,4,5,7,15,16,20,21,22
38:1,4,7,22 39:21 40:10,13 44:18
54:2,16 61:14,16 62:7 88:19 96:3,
11,12,14,18,23 97:1 98:15 99:4,12,
14 100:1,11,12 101:8 104:13,21
105:1,10,11,18 106:4,5 107:2,8,9,
18 108:4,12,16 109:16 110:23
114:10,12 137:1 145:1,13 150:8
154:6 155:2 196:23 210:21 235:9

**cards** 138:5

**care** 24:16 39:12 42:18 43:10
45:24 126:3 148:5 158:10 165:20
166:17,22 180:18 190:1 240:10

**Carney** 6:15 79:13 206:3 216:23
217:2 239:4

**cars** 36:23 41:22 98:8 107:12,13
200:4

**case** 4:14 29:9 75:5 77:17 78:1,8
81:4 121:6,7 161:7,8 166:19,21
169:10 230:21 232:8

**cast** 177:1

**casual** 32:12,14

**catch** 25:8,14 132:5 209:6,11,14

**category** 40:6

**caught** 30:22 96:12 143:11

**caution** 106:23

**celebration** 23:4

**celebrity** 64:19

**Central** 62:12,13 147:8

**certified** 4:9,19

**chances** 90:24

KENNELLY SAEZ, 09/15/2021

**change** 109:10 130:9 181:18,20 182:12,14,16

**changed** 98:4

**charge** 24:19

**chatter** 156:20

**cheating** 25:14

**check** 42:19 79:1 193:23 238:4

**checked** 35:3

**cheek** 52:9,10,15

**chef** 196:7

**chest** 46:17

**Chicago** 4:21 6:16 9:20,21 78:20 91:6,7 131:22 169:11 175:19 179:21 213:6

**chicken** 224:15

**chief** 13:22 14:4,7,8,23 15:23 16:10,17 17:24 18:1,8,12,15,17 126:1

**chiefs** 19:12,13

**children** 132:11 162:4 171:12

**chill** 22:22 23:1

**choice** 243:6

**choosing** 202:13

**Christian** 166:12

**chunky** 55:10

**circumstances** 164:21 165:1

**city** 6:16 27:6 68:18 78:20 79:13 116:23 131:22 213:6 239:4

**civil** 79:22

**civilized** 49:5

**claim** 164:21

**claims** 164:22

**clarify** 106:3

**clarity** 185:2

**Clark** 4:20

**classes** 134:5

**clean** 233:15

**clear** 7:21 12:15 16:17 25:12 30:4 36:17 50:8,10 77:12 98:20 130:10 145:24 210:23 211:9 217:7,11 229:14 238:15,23,24

**clicked** 194:5,21

**client** 5:9 158:4 160:8,12 162:8 164:22 179:20

**clinics** 242:2

**close** 36:11,13 106:18

**closer** 52:16,17 121:14 147:7

**closest** 98:24

**cloud** 202:11

**clue** 156:18 190:6

**clung** 25:24

**Cobras** 40:3 93:8,10

**Cocaine** 232:19

**code** 177:7 212:4,9

**coffee** 75:24

**Cohen** 5:8 86:12 87:5 117:11 120:13,16 134:16 153:14,17 169:22 174:16 187:14 217:5,8,10

**coincided** 116:6 184:22

**coincidence** 150:19

**Cold** 233:20

**College** 176:18

**color** 103:11

**comfortable** 55:1 131:8

**commend** 127:9

**common** 27:15 52:19

**communicate** 124:16

**communicated** 135:6,20

**communication** 99:11

**communications** 240:14

**compel** 77:21 161:17

**complain** 10:23

**completed** 10:17

**completely** 37:3 131:17

**computer** 179:14

**con** 167:17

**concentrate** 171:12

**concerned** 17:8 34:4,12,14 159:10 170:1 213:13 214:3,8,15

**concluded** 243:3

**concludes** 245:1

**conclusion** 159:19 220:22

**concrete** 88:4,9

**conduct** 170:19

**conducting** 5:2

**conference** 81:9

**confessed** 160:12

**confide** 91:19

**confided** 113:3

**confident** 133:2

**confirmation** 123:12

**confirmed** 133:23 134:9

**confirming** 119:20

**conflict** 93:17 94:19 95:4,5 115:9 117:2,3

**congratulations** 241:10

**connection** 49:20 50:3 81:10 92:5 141:8,13

**consequences** 221:3

**consisted** 57:16

**consistent** 109:9 138:14 141:3

**consolation** 53:1

**console** 51:16

**constant** 94:15

**contact** 47:5 51:15 52:2 73:17 100:12 128:2,6

**contest** 8:21

**continued** 35:1 38:4

**contradict** 244:17

**contradicted** 200:19 205:10,20

**contradicting** 214:19

**control** 200:21

**conver** 227:4

**conversation** 26:15 32:14 52:3 56:5,7,17,21 57:16,21 74:11,13 96:22 134:21 146:11 157:17 166:15 167:4,10,12,18,21 168:2,6 184:14,18 191:6 198:19,24 199:16 224:22,23 238:7

**conversations** 32:12 151:3,7 157:10,14

KENNELLY SAEZ, 09/15/2021

**conveyed** 181:17

**convicted** 152:10,15,17

**convictions** 174:4

**Cook** 74:12 75:14 157:9 186:24
187:23 188:12 189:13 190:5

**cooperate** 115:6 140:22 147:20
159:14

**cooperated** 220:17

**cooperating** 140:21

**Coordinating** 16:4

**cop** 112:24 175:19

**cops** 113:7

**copy** 243:16 244:3,5,21

**core** 159:23 160:6

**corny** 12:18

**correct** 12:14 18:8 19:17,21 20:3,
12 21:4 25:15 26:7 31:19 36:19,23
42:4 44:5,9 47:16 50:13 52:4 55:13
60:20 62:16 69:12 70:17 73:4
77:15,22 78:5 98:20 113:14 121:17
124:2 131:4 138:12 145:21 146:6
151:8,16,17 157:11 168:13 198:21,
22 199:19 211:12 225:13 228:17
229:17,20,23 233:10 238:18

**correctly** 13:21 32:17 42:4 48:14
196:3 229:5 235:21 243:18,22

**Cortland** 11:6,22 14:10 84:8 95:23
96:2 97:17 165:7,15 190:19 191:4
192:1,6,23,24 224:17 229:9

**Coun** 138:1

**counsel** 4:24 5:12,15 138:4

**County** 74:12 75:15 157:9 186:24
187:23 188:13 189:13 190:5

**couple** 39:8 50:6 76:18 191:16
196:2 239:8,9

**court** 4:8,16,21 6:20 50:3 73:19
74:1 123:2 129:21 164:2 187:5
215:17 216:3 230:12 243:17,21

**courthouse** 80:17

**cover** 120:11,21,22 121:5

**covering** 186:20

**crackle** 109:11

**cracks** 137:16

**crap** 241:18

**crazy** 90:19

**create** 17:23

**creates** 222:1

**creating** 117:2

**credible** 159:22

**crime** 69:2 70:12 91:20 116:4
132:22 152:11 179:19

**crimes** 116:13

**criminal** 73:19 74:15 121:7 220:20

**cross** 160:24 164:17 244:12

**cross-talk** 14:5 160:5,16 162:11
163:6,14 174:8 186:11 187:12
191:14 209:8,12,21 222:6,10,14
241:19

**crossed** 227:13

**crying** 52:10

**curb** 37:6,7 105:11

**curtain** 66:5,11

**custody** 70:12

**cut** 89:1 102:4 187:8

**CV** 4:14,15

___

# D

**dad** 23:18 24:17

**daddies** 126:2

**damage** 231:20 235:17

**damaged** 124:20 127:6,22 205:22,
23 236:19

**damn** 241:16 242:2

**damndest** 159:12

**dancing** 205:14

**dangerous** 46:5

**date** 9:15 16:2 60:22,24 77:22 79:1
117:6,7 122:13 188:5 207:7 224:11

**dating** 25:19,20 26:6,18 31:3,5

**daughter** 24:17 173:7 189:10,12
228:20 235:8

**daughters** 39:10 43:4 46:1 105:15

**dawn** 214:16

**day** 22:14 23:5,6,7,16,17 30:17
47:1 53:16 56:11 61:3 63:14 73:18

127:19 133:15 134:4 145:1,2,7,9
146:9 166:3 176:18 187:22 190:4
199:24 200:1 201:5,6 219:15
231:19,22 243:12

**daydreams** 128:20

**days** 61:3 117:19

**dead** 40:23

**deal** 95:1 113:22 124:11

**death** 26:19 126:12 152:20

**deaths** 148:7

**decipher** 198:14

**decision** 10:10 37:24 129:1
131:10

**decisions** 10:13

**declare** 206:15

**deconstruct** 102:18

**deep** 212:16

**defendant** 4:12,13 6:16,19 79:16

**defendants** 6:4 79:16 136:21

**defense** 5:12 17:7 203:2 239:3

**defensive** 114:16

**definite** 133:18

**degree** 10:21 234:2

**Delta** 33:12,22,23 36:12,21 87:21
88:19 114:7 196:13

**demeanor** 127:21

**deny** 236:20

**dep** 5:24

**department** 69:3 91:7

**depend** 179:16

**depicted** 190:4

**deposition** 4:4,7,11 5:3,9,10,13
6:5,13 8:16 77:13 78:21 79:7 81:2,
3,4 85:7,15 120:7 121:21 141:24
153:19 163:22 172:18 175:3
177:24 217:14,20 223:22 228:1
243:10 245:1

**depositions** 4:10 8:18 202:5

**Derek** 4:18

**describe** 24:6 33:11 54:22,24 63:2
86:6 94:7 102:1,3 114:9

**description** 185:19

Urlaub Bowen & Associates, Inc.   312-781-9586

**desire** 128:9

**destroy** 162:24

**details** 176:4 178:9 191:2 193:2

**detective** 62:10 91:21 117:9,17,22
118:22 119:1 122:18 123:2 124:10
128:8 130:21 131:20 132:17 133:5
134:22 138:9 139:7,18 142:16
143:8,10 147:16 148:20,23 151:3,7
170:14 175:1 182:4,18 198:20
199:4,10,11 201:6,7 203:10 209:2
210:8 211:1 219:7 229:10

**detectives** 136:16

**determine** 185:10

**diarrhea** 241:15

**die** 21:23 45:10,12 93:13 110:6,7
125:5 213:11

**died** 29:22 125:4

**differentiate** 90:20,21

**difficult** 127:10 187:7 225:21

**digest** 45:15

**direct** 218:19 228:11

**directing** 131:2

**direction** 96:18

**directly** 101:17 184:16

**dis** 16:5

**disabled** 87:12

**discern** 109:3

**Disciples** 12:12,17 40:4 92:18
93:2 95:8

**disciplinary** 16:5,9

**disclose** 164:3 166:11

**disclosed** 167:17 173:15

**discovery** 4:3

**discriminate** 159:9

**discuss** 77:24 78:4 115:8

**discussed** 51:10

**discussion** 62:7 71:8 142:7 237:9

**disguise** 126:20

**dissected** 168:24

**dissimilar** 186:22 187:19

**distress** 124:12

**district** 4:15,16 230:12

**dive** 105:7,11

**division** 4:17 92:1

**doable** 234:19

**doctor** 235:19

**documents** 59:24 60:2,5,6,8

**dodging** 111:11

**dog** 192:11 233:21

**Dolores** 39:4 42:24 43:3 46:1
105:14

**domain** 178:10

**domestic** 127:3

**dominated** 92:16 93:1

**Doo** 108:9

**door** 35:6,7 86:13,15 87:23 88:2,5,
15,17,19 89:4,10,13 96:19 97:3,10
104:20 105:8 106:6 107:15 108:6,
8,9,13,17 118:15,18 134:9 176:24
242:3

**doors** 42:21,23

**doorstep** 53:11,13,22

**doorway** 31:16,18 34:18 35:7 42:2
88:12 232:15

**dot** 244:12

**double** 79:1 114:24 191:23 238:4

**doubt** 242:9

**dove** 34:24 37:2 105:24

**downhill** 227:16

**downs** 236:14

**downstairs** 54:4

**Dragons** 93:23 95:6 133:16
148:15

**draw** 117:5 120:2

**drawn** 36:12

**dreams** 128:20 235:6

**drink** 9:7

**drinking** 158:9

**drive** 21:24 100:22

**drive-by** 83:17

**driven** 211:11

**driver** 99:19,24 100:17 103:1,3
143:5 197:3

**driver's** 98:23,24 100:16 102:1
106:6 107:17 198:3

**drives** 33:17 98:15

**driving** 62:6 96:4 97:15 99:24
142:23

**drop** 171:15

**dropped** 141:12

**dropping** 10:18

**drops** 44:3

**drove** 32:19,22 33:7,10 37:1 57:12
87:22 88:19 149:19 153:10

**drug** 181:4 214:20 231:5,24 234:2,
9 236:9,18 239:15,22

**drugs** 9:10 231:6 232:10,18,24
233:10 234:3 235:22 236:3,11
241:8

**dug** 200:13

**duly** 7:2

**dumbfounded** 185:1

**dur** 153:8

**duties** 14:22 15:16,22

**dying** 42:10 46:24

**E**

**ear** 130:6

**earlier** 26:12 128:18 130:11 131:6
150:10 157:8 205:8 206:1 207:14,
20 218:11 222:3 223:7 224:2
228:12 234:23 236:2

**early** 196:10

**east** 92:10 97:12,20 98:9,19

**eastbound** 96:4,6

**Eastern** 4:17

**easy** 51:19 72:16 102:21

**eat** 210:3

**eating** 209:20

**Editorializing** 218:24

**education** 10:18 227:14

**efforts** 16:4

KENNELLY SAEZ, 09/15/2021

**egos** 227:11

**Elizabeth** 39:10

**Elliott** 4:22

**eluding** 144:21

**embalming** 232:20

**embrace** 236:23

**emotional** 111:7 124:11 202:7

**emotions** 52:24 125:13

**encounter** 41:3

**end** 6:13 18:11 56:20 79:11 141:19 245:1

**ended** 51:20 53:10 71:1 96:18 132:2,9 180:7

**endurance** 8:21

**enemies** 16:3

**enforcement** 131:22 151:14 170:15

**enforcer** 13:22 14:4,7,8,23 15:23 16:10,18 18:1,8,12 126:1

**enforcers** 16:18 17:2,4

**Eng** 178:23

**engage** 104:24 106:9

**engaged** 139:8 230:12 239:22

**engaging** 106:14

**engine** 149:18

**Engquist** 5:19 6:2,3 7:5 10:16 12:7,10 13:5,18 14:3,6,17 15:15 16:14 17:1,10 18:6,16,22 19:9 20:1,10,18,23 21:1,12 22:8 33:4 41:12 48:15 50:1 59:8,21 65:17 69:23 71:16 76:4,8,11,17 77:2,10 79:9 85:8,14 91:11,22 117:24 118:14 119:13,21 128:12,14 129:22 130:1,10,18,24 139:1 141:14 143:17,19,21,24 155:11,18 168:15 172:16 174:6 175:6 177:12, 23 178:4,23 184:7 203:22 205:5 206:5,6,22 207:19 209:9,18 211:8, 17 213:17 214:2 215:22 216:3,7,9, 11,16,20,24 217:6,9,11,17,23 219:1 221:9,12,17 223:21 224:1 227:20 228:4,10 230:1,13,19 234:22 237:10,16,22 238:10 239:1 242:21 243:3,14 244:4,9,22

**enjoying** 176:17

**entire** 176:3,4 208:5 210:7 230:2 243:12

**entitled** 155:21 170:17

**Entrapment** 221:16,18

**entry** 88:2

**environment** 91:5

**essentially** 96:7 107:21 128:10

**et al** 4:14

**euphoria** 52:22

**evening** 22:19 23:11 24:22 83:16 134:6

**eventually** 56:22 113:13

**everyone's** 16:2 227:20 241:4

**everything's** 243:3

**evil** 24:3

**exact** 84:1 187:20

**EXAMINATION** 7:4 79:18 204:7 205:4 239:6

**examined** 7:3

**exchange** 96:13

**exchanged** 35:18

**excitement** 27:7

**Excuse** 85:8 118:24 151:5 183:17 213:15

**exhibit** 85:15 120:7 153:19 172:18 175:3,6 189:5 216:21,23 217:14,20 223:22 228:1

**exhibits** 206:4

**exiled** 213:3 231:4

**exits** 46:21

**exodus** 26:3

**expect** 15:11

**expected** 23:16

**expecting** 40:14

**experience** 40:17 166:21 195:17

**expert** 15:3

**explain** 14:21 24:6 140:10,11 168:19,23,24 169:2,3,4,6,7 188:21 198:16 208:3 224:24 235:11,20

**explained** 32:10 130:17 211:5

**explaining** 102:12

**exploit** 125:20

**exploited** 126:1

**extraordinarily** 112:15

**eyes** 103:12 181:6 241:4

**eyeshot** 109:20

**eyesight** 109:18

---

**F**

**face** 30:24 39:21 52:9,18 67:14 101:17 103:8 109:18 127:20 132:18 137:8,23 181:19 196:15,17, 19 197:18

**faced** 98:9

**faces** 65:3,5 67:7,8 74:8 82:21 129:5,8 131:12 137:6 138:18,19,20 150:22

**facing** 86:12,14 98:19 213:6

**fact** 5:15 15:4 39:24 78:7 80:4 140:14 149:4 151:18 160:20,21 167:20 170:1 176:8 181:18,20 207:21

**facto** 26:17

**factor** 131:9

**fade** 197:7,9

**failed** 214:9

**fair** 8:13 45:17 93:4,5 95:21 103:6 139:24 140:8,9 145:17 151:1 168:5 178:20 182:10,11 214:24 215:4,23 216:7,8,12 241:7

**fairly** 18:24 236:9

**faith** 181:11

**fall** 170:18

**false** 170:5 180:4 201:20,23

**familiar** 59:18,20 82:11 174:24

**familiarized** 59:17

**families** 140:18 141:6 222:19

**family** 10:24 24:19 29:8 33:16 47:10,13 49:3 50:12 127:7 149:12 166:12 179:6 181:12 192:16 214:18 222:1 233:21

**farfetched** 72:17

**Farley's** 134:4

KENNELLY SAEZ, 09/15/2021

**fashion** 113:17

**fast** 8:6 45:16 68:17

**fatalities** 191:17,19,23

**father** 23:16 45:12 135:9

**fault** 237:17 244:18

**favor** 193:21

**fear** 220:10

**featured** 174:20

**features** 67:14,20

**February** 80:15 224:5,23 226:8
227:22 228:16

**federal** 8:18

**fee** 24:11

**feed** 186:15

**feel** 55:1 102:8 126:11 130:3 159:5
181:7

**feeling** 72:12 78:10 131:11 148:10
172:1

**feelings** 40:20,22 52:23 141:4

**fell** 102:16 222:21

**fellow** 214:1

**felt** 114:17 131:7 133:2 151:21
223:1

**female** 65:22

**festival** 240:20

**fight** 93:9 175:20

**Fighting** 41:22

**Figueroa** 116:4

**figure** 96:1 171:1

**figured** 115:17 150:20 154:22

**file** 91:15

**filed** 4:15

**fill** 129:7

**final** 243:23

**find** 45:21 55:15 108:16 135:22
136:2 159:14 180:12 185:21
197:17 234:7,8

**finding** 225:12

**fine** 35:12 43:24 76:3,7,10 121:2
148:22 201:18 203:22 208:15
209:13,15,22 210:4

**fingers** 25:7 43:6,21 154:13

**finish** 209:19

**finished** 176:18

**fired** 36:20

**fishing** 30:21

**fishy** 100:15

**fit** 131:14 149:18

**fits** 165:24

**flare** 94:12,14

**flare-up** 94:7

**flash** 177:10

**flies** 29:18

**floor** 11:24 12:2 34:24 37:12,16
42:16,18 62:16,19 86:6,8,15,17
105:13

**fluid** 232:20

**fly** 29:22

**focus** 11:2 22:2 94:4

**focused** 100:14 109:22

**Folk** 14:18 39:24 40:6 95:13,15,18

**Folks** 14:20 35:23 36:2 39:16,18,
23,24 40:3,4,10,14 67:11,12,15
100:23 101:3 105:3,5 177:5

**follow** 135:9,16 212:16

**follow-up** 195:18 202:17 203:15,
23 205:6 237:12

**Forest** 10:7 26:14,16

**forget** 8:1 84:14 168:1 232:21

**forgive** 95:23

**forgiven** 222:21

**form** 20:4 33:1 41:8 48:7 59:2,6,13
65:13 69:20 72:17 91:11 155:13,19
213:23 215:8 227:15 229:21
234:12 238:9 243:11

**formal** 10:18 113:17,19

**forms** 169:1

**forward** 47:23 102:6 127:8 129:1
149:19 150:24 156:23 162:5
171:13

**found** 25:9 42:14 43:14 46:23
55:17 158:22 185:22 194:21

**foundation** 13:3,8,24 14:14 19:22

20:4 41:8 48:8 59:7 65:14 71:10
91:11 207:18 209:7 211:14 213:21,
22 215:8 234:13

**four-door** 33:13,17 87:21

**frame** 188:15,19

**frames** 8:16

**framing** 175:20

**Francisca** 39:9,11

**free** 241:8

**freeze** 188:15,19

**frequents** 158:13

**frickin** 241:17

**fricking** 64:18 179:4 242:3

**friend** 22:4 25:3 42:7 45:11 50:17
165:7 173:16 176:20,22 180:20
181:1,2 184:12,20 185:11 189:17
192:20 214:6

**friend's** 26:12

**friendly** 92:22

**friends** 29:1,2,3 83:17 87:20
111:12 125:5 148:7 176:5 181:23
183:24 229:8 230:23

**front** 21:23 22:24 31:16 32:24 42:2
45:10,13 48:17 54:5 56:17 57:4,11
82:8 85:3 86:14 88:5,10,12,15,17,
18 89:10 97:9 98:16 99:21 104:19
106:4 118:15,18 125:5 150:4
165:13 169:10 177:3 186:24
188:12 189:12 197:16,22,24 198:3,
4 212:21 218:4 232:15 244:1

**froze** 81:24 85:21 144:23 184:7

**frustrated** 56:19 63:16

**frustrating** 202:13

**fuck** 34:5 36:8 44:19 45:8 69:4
70:2 78:17 113:21 115:3 116:10
239:19

**fucked** 69:7 71:13 124:13,14,24
126:9 208:23 211:20 226:16
231:14,15,16 244:13

**fucking** 12:22 21:21,24 22:1 26:1
34:9 40:23 44:18 47:1 56:11 72:14
74:4,20,21 75:8 78:16 90:19 116:8,
15 130:5 131:22 147:23 159:19
161:2 171:4 186:13,14 193:12
213:11 222:2 226:24 231:8 232:19
234:3

KENNELLY SAEZ, 09/15/2021

**full** 5:14

**full-time** 173:12

**fully** 140:22

**functional** 233:6,7

**funeral** 38:20,21 48:1,13 50:7,13, 18,21 51:3

**funny** 30:13

**future** 45:10

---

**G**

**gang** 12:4,11 15:6 16:7 18:20 19:16 22:24 23:23,24 24:5,8,10 41:4,20 45:12 59:19 71:8,9,20 89:23 90:4,15,22,24 91:1,2,8,15,20 92:5,17,23 93:7,21 94:5,10 115:9 116:4,8,13,18,22 125:24 126:1 133:19 148:12 211:11 212:5,16 213:9,14,21,24 214:1 215:3 230:24 231:1 239:13,14 240:15 242:6

**gang-infested** 90:14

**gangbanger** 41:23 68:18 212:15

**gangbangers** 59:19

**gangs** 15:3 40:5 90:7 93:18 95:3 115:9 173:18 177:7 212:6

**Gangster** 95:8

**Gangsters** 40:4 94:1 95:5,6,7,10, 11,12

**garbage** 44:13,15 104:6 105:7,9, 19,21,23,24

**gasps** 176:17

**gather** 163:22

**gave** 51:9 68:8,9 72:5 80:10 81:2, 19 83:20 107:20 123:16,23 126:5 168:22 170:4 185:18 215:1 222:24 239:21

**GED** 134:5

**gentleman** 166:5,7

**genuine** 17:21 169:8

**genuinely** 149:15 208:20

**geographic** 95:24

**George** 22:6,7,9,16,21 23:13 24:23 25:7 26:3 31:17 33:14,21 34:17 42:7,9 43:6,10,14,20 46:13 89:9 96:22 112:13 114:21 115:2 146:17,20 173:16 176:22

**George's** 46:17 48:1 50:18,20 51:3

**girl** 23:18 25:5 45:8 127:4,19 193:10

**girl's** 30:24

**girlfriend** 25:2 125:5 126:13 134:6,10 214:7 228:20

**girls** 27:1,3,9,11,16 30:19 46:19 71:14

**give** 7:18 10:15 29:13 40:10 44:19 49:2 83:8 124:1 133:5,9 156:9 166:11 169:22 201:20,23 220:23 224:9 238:16

**giving** 69:17 78:5 80:14 81:9 82:2 122:8 140:24 143:15 144:2 155:24 213:13 219:11

**glad** 231:22

**glasses** 189:8

**goal** 163:5

**goatee** 189:8

**god** 31:7,8 35:4 64:20 74:21 159:1, 9 181:6

**god's** 159:4 181:11

**goddamn** 22:1 56:13 115:18 116:15

**good** 5:4 12:21 55:21 79:20 93:13 116:11,24 121:24 183:1,2 209:24 222:20

**goodness** 230:15

**goods** 205:23

**gosh** 58:5 147:18 216:10

**gots** 16:22,23

**grab** 74:4

**grabbed** 113:8

**Grand** 62:12,13 147:7

**Grande** 25:3 26:21 27:20,24 28:12,20 30:2,9 32:8 33:6 47:19 50:21 51:2 57:7 83:22 117:8 118:12 124:11 127:14,16 134:24 176:21 182:18 211:1 230:7

**graphic** 241:21

**grass** 106:15,16,17 107:4,5,6 210:20

**great** 87:17 124:11 180:6

**greeting** 177:6

**ground** 7:12 25:23 36:18 44:17 105:16

**group** 71:15

**grow** 9:21

**guardian** 36:7

**guess** 10:18 29:7 32:18 43:16 45:6 49:14 55:9 91:20 117:21 120:6 152:15 172:14 178:13,17 185:2 211:7 220:13 228:19 229:23 239:13

**guessing** 29:10 43:17,18 51:17 62:3 105:9 187:22 192:13 221:19 224:14

**Guevara** 4:14 6:19 55:18 61:10,11 117:9,17,23 118:22 119:1 122:18 124:10 128:8 130:22 133:5 134:22 138:9 139:7,18 142:17 143:8,10 147:16 148:23 151:3,7 170:14,16 182:4,18 198:20 199:5,10,11 201:6,7 202:19 203:2,10 209:2 210:8 211:1 218:13 230:7

**Guevara's** 79:16 175:1

**guide** 26:1

**guilt** 163:23

**gun** 36:12 103:14 108:23 109:8,13, 17,22,24 129:6 137:7 177:10

**guns** 109:3,5

**gunshot** 46:4

**gunshots** 109:6

**guts** 21:19

**guy** 23:10 30:20 36:15 38:6 51:17 72:21 100:14 101:5 105:17 106:9 128:9 129:2,3 132:8,18 142:21,22, 23 158:21 165:18 179:9 181:7 185:13,21,23 189:18 192:21 193:10,11 194:2,9 196:19

**guys** 23:5 30:19 58:12 60:18 64:5 65:9 66:13,20 67:21 74:3,6 103:7 114:7,12 115:15,17 118:20 119:8, 12,20,24 123:5,6,9,11 128:9 130:5, 16 132:13 135:20,23 138:23 143:11 149:5 154:10,11,17,20,24 155:4 156:14 162:23 171:7 172:5 181:4 185:18 210:14 212:21,22 217:3 226:2 229:11 244:8

KENNELLY SAEZ, 09/15/2021

## H

**H-A-G-Y** 5:23

**Hagy** 5:19,21,22 203:14,19 204:8 205:2 234:15

**hair** 102:4,24 103:2,3 129:3 138:11,12 150:17,18,20 182:1 189:7 197:11 226:21

**haircut** 197:4,5

**hairs** 15:17,19 16:16 78:15 130:4 171:19

**hairstyle** 102:22 197:22

**hairstyles** 196:22

**half** 6:8 51:22 53:8 71:12 76:24 136:12 177:1,9 186:5,9,10 190:3 195:4 233:16 244:2

**half-rolled-down** 177:4

**Halfway** 101:9

**hallway** 73:24 86:16

**hallways** 32:1

**Halvorsen** 6:4

**hand** 16:10 46:13 154:6,7,14 166:21

**handcuffs** 44:16

**handing** 16:5,8

**handle** 68:19 198:13

**hands** 136:4 199:12

**handwritten** 224:4

**hang** 22:22 23:6,7 27:2,7,16 28:15, 16

**hanging** 28:20 31:24 87:20 88:14, 15,17,18 197:12

**happen** 34:7,9,12 36:5,6 186:1 234:6

**happened** 32:8 42:7,8 49:15 56:3, 9,16 62:19 64:3,24 66:9,23 68:7 69:21 72:15 84:1 89:5 99:8 112:22, 23 113:21 123:2 134:11 146:14,17, 21 149:11 158:18 160:20,21 161:3 165:13 166:19 173:14 182:18 184:19 185:15 186:3,4 190:19,23 191:3,4,6 192:1,14,22 193:7,10 200:20 207:24 208:21 219:14 224:24 226:11 234:17

**happening** 32:23 90:18 102:11,15 172:3

**happy** 148:18 162:5 166:23

**hard** 10:22 84:13 120:20 187:6 202:15 218:2 235:11

**Harding** 11:7

**hat** 101:13

**hate** 236:22,24

**hatred** 140:20

**he'll** 131:3

**head** 7:19 21:10 101:11 103:5 113:21 127:16 128:19 129:5 149:8, 14 168:3,10 169:1 199:17 200:5,8 214:9 231:15 235:10

**headache** 222:1

**heading** 42:17 144:11 146:12

**headquarters** 62:11

**hear** 29:21 38:13 58:22 82:23 108:23 129:23 159:21 171:2 187:9 215:17

**heard** 8:15 37:12 38:19 50:4 58:23,24 108:5,8,12,13 109:6 134:10 156:12 165:12 166:2,15,20 167:6 168:9 170:2 172:2 180:21 182:7 192:21 198:8

**hearing** 67:19 80:15 82:19 83:2 108:9,17 146:10 150:3 162:18,19 204:13

**hearings** 83:8

**heart** 36:3 169:1

**heavy** 231:5 236:3,9,18 239:15

**heavyset** 55:3,7,9

**height** 67:17

**heightened** 67:18 94:22 100:20 101:15

**held** 121:6

**hell** 89:16 116:15 160:24 224:18, 20 242:4 244:5

**hells** 231:18

**heroin** 232:19

**hey** 27:17 30:20 32:10 36:8 40:8, 10,15 43:5,23 72:21 74:6 105:17 113:4 114:6,23 115:17 118:6 158:18 179:9 184:20 193:6,21 210:13 221:23 240:22

**hide** 171:21

**hiding** 39:21

**hierarchy** 18:20

**high** 10:1,3,5,7 26:16 67:23 71:13 72:13 176:19 211:20 216:14 226:22

**highlight** 86:10 229:5

**highlighted** 86:21

**history** 174:3 176:19 191:12

**hit** 46:20 106:1 210:20

**hits** 46:3,21

**hold** 30:7 113:6 117:15 121:14 144:15,16,18 193:19 220:21 224:8

**holding** 211:22

**hole** 22:1

**holes** 35:3,7 37:9

**holy** 214:17

**home** 51:20 68:10 69:12 92:3,7 93:6 118:12 122:18 123:3 134:6 198:20

**homicide** 91:20 92:1

**homie** 40:3

**honest** 67:9 124:1 145:10 147:19 156:9 159:4 198:1

**honest's** 159:1

**Honorable** 122:15

**hope** 90:9

**hoping** 132:12

**horseshit** 149:8,14

**hospital** 47:3,7,11

**hot** 44:18

**hour** 51:22 53:8 76:24

**hours** 5:14 6:9 8:18,19,20 196:10

**house** 10:24 11:22 22:24 26:12 32:1,6,24 42:23 48:2,17,18,22 49:2 50:22 54:5 57:4,11 75:5 85:4 117:8,18 151:4,8 158:18 164:13,15 165:14 182:19 192:24 199:5,8 200:7 201:7 223:8,15 225:3,24 226:8 229:2 232:14 233:21

**how'd** 56:23

**hug** 40:10

**human** 171:24

**Humboldt** 89:20,24

**hunched** 36:15 100:19 101:14,22, 23 107:1 198:9

**hung** 27:17 28:12,15,17

**hurt** 147:10 171:5

**hurts** 160:3,6 171:4,5

---

**I**

**idea** 17:18 18:10 132:17 174:9 177:23 231:16,21 241:15

**identification** 70:16 85:17 120:9 153:21 172:20 175:5 217:16,22 223:24 228:3

**identified** 150:5 151:18,20 214:4 229:11 230:21

**identify** 4:24 183:18 197:21

**identifying** 73:6 213:13

**identity** 238:17

**ignorance** 95:8,24

**ignoring** 23:20

**Illinois** 4:10,16,21 9:20,22

**illiterate** 179:15

**imagine** 179:23

**immediately** 87:21 100:14 105:7 108:10 199:21 232:12

**impasse** 180:15

**impeaching** 155:16

**impeachment** 155:12

**impeded** 37:23

**Imperial** 95:10,11,12

**implicate** 221:1

**imply** 39:19,20

**important** 200:9

**impossible** 190:12

**improper** 155:12 170:23 178:1

**in-and-out** 46:7

**incident** 21:2 22:13 28:3,10 44:21 56:3 91:13 127:3 165:10 185:6 186:1 192:10,14,18 214:6 226:14

**incidents** 94:11

**inclination** 161:2

**inclinations** 40:20

**inclined** 191:5

**included** 199:1

**including** 174:1

**increase** 232:1

**independent** 190:10

**indicating** 34:2 44:2 66:5 68:16 229:9 233:5

**individuals** 133:3 136:19 148:24

**inferred** 108:18

**inflamate** 49:18

**influence** 72:13 78:11 233:3

**influenced** 72:20,24

**infor** 238:16

**inform** 157:24

**informants** 157:23

**information** 60:10,14 112:1 113:24 114:5 133:1,6 163:22 164:1 173:14 177:17 179:19 180:14,20 182:8 190:9 227:21 240:12

**initial** 100:11 112:24 165:10

**initially** 77:20 89:11 91:13 97:22 104:19 112:5

**initiate** 51:14 52:1

**injuries** 46:14 111:6,8

**innocence** 163:23

**innocent** 182:10

**inseparable** 31:10

**inside** 16:7 30:19 31:23 32:4,5 35:5 212:17,23

**instance** 103:11 202:22

**instances** 102:14

**instilled** 90:16

**instinct** 36:5

**intend** 201:20

**intent** 201:1

**intention** 6:11

**interacted** 91:8 196:12

**interaction** 157:9

**international** 212:9

**interrupt** 98:1 215:9

**interruption** 98:11 141:7 144:20 159:3

**interview** 114:22,23 232:13

**interviewed** 112:21 113:16

**interviewing** 115:5

**introduced** 123:6

**investigation** 140:21 147:10

**investigations** 139:8 170:20

**investigator** 74:16 152:8,24 153:1,8 174:10 228:6,13 229:1,16 233:1

**investigator's** 227:22

**investigators** 74:18,19 75:6 223:14

**involved** 15:6 41:2 44:21 81:15 158:24 164:2 230:22

**involvement** 90:4

**ipso** 26:16

**issue** 243:4

---

**J**

**jacket** 48:24 49:10 51:9

**Jackie** 26:23 28:20 29:8 39:13 43:3 45:22 47:2,15,19 48:13 50:21 51:2,9 54:9 55:19 57:6 58:11 60:3, 12 63:11,13,18 89:3,11 117:8,17 118:12,19 119:19 122:17 123:2,4, 12 124:10 127:13,15 129:7 131:14 132:17 133:1 136:1 139:18 146:6 147:2 149:16 150:22 151:3,7 154:18,19 176:20 182:18 198:20 199:5,13,14 201:6 210:24 225:4,24 230:7

**Jackie's** 54:17

**Jacqueline** 25:3 26:21 27:10,19, 24 34:17

**jail** 73:20,21 74:12 75:15 116:7 119:9 123:10 157:9 162:15 181:10 186:24 188:13 189:13 190:5 193:22 219:24 220:2,4,10 222:7 223:4,5 232:13 236:10,11,12

**jailhouse** 73:23 187:23

KENNELLY SAEZ, 09/15/2021

**James** 122:15

**Jen** 117:11

**Jennifer** 5:5 20:19 79:13,17,21 85:8 217:3 230:14

**jeopardize** 212:22

**jeopardy** 214:18

**Jessica** 6:17

**job** 14:22 15:22 136:2 139:4 163:17,18 164:1 171:1,16 172:6,7 180:11

**jobs** 171:17

**Joe** 170:16

**Johnson** 81:6,13

**Johnson's** 81:4

**join** 12:19 24:8,9,23 56:5 234:15

**joint** 23:2 89:11

**Joker** 37:18 38:3,13 105:17 116:3 118:6 240:22

**Josh** 6:3 206:3 213:16

**journey** 127:10

**Juan** 81:4,6,13

**judge** 80:23 81:1 82:8 122:15 150:4 152:2 161:16 220:15,16,17 230:12

**jumped** 36:18

**jumps** 105:17

**June** 81:8

**junior** 10:1,3,19

**jurisdiction** 116:4

**justice** 132:2 140:18 141:6 149:11 159:9 175:21

**K**

**Karlov** 164:19 183:22

**Katie** 4:22

**keeping** 94:24 116:22

**Kennelly** 4:4 7:1,8 141:24 176:21 206:14 224:13,24 225:16 229:7 245:2

**Keystone** 14:15 30:17,18 92:12 191:16

**kid** 15:7 212:16

**kidding** 193:17

**kids** 126:1 233:20 240:21

**kids'** 200:7

**Kiki** 19:21 20:3 70:16

**killed** 22:10 214:7 236:16

**kind** 9:10 16:9 17:22 21:10 23:4,10 25:24 27:7 30:13 33:14 34:13 37:7, 8 38:24 41:3,19 46:7,10 49:1,16,17 51:17,19 52:2,18,23,24 53:1 55:9 56:9 59:17,18 64:15 68:4,22 72:12, 13,20 75:7,21 93:8,13 98:4 101:14, 15 106:5,24 107:20 109:15 113:3, 20 116:9 117:1 119:5 120:20 124:13,14,15,24 127:16 129:4,6,10 130:13 133:17 137:17 140:20 147:22 154:20 155:12 168:1 174:11 180:14 185:18 194:15 197:19 198:9,13 200:10 201:3 211:21 212:4 214:10 218:2 221:15 225:20,21 231:6 236:13 240:5 242:24 244:16

**Kings** 94:2 95:6,17

**Kinnelly** 80:22 152:2 153:3 228:6, 13,22 230:9 233:1

**kissing** 52:9,10,15

**kitchen** 224:13

**knew** 27:21 29:7,8,10 36:6 46:7, 11,12 91:16,17,18 112:6 113:1 114:3 115:1 116:1,4,10 118:6 126:4,15 127:19 150:21 158:14 165:7 212:13 214:13 223:1

**knight** 126:17,19,21

**knock** 53:4 211:23

**knocks** 10:22

**knowing** 23:21 25:6 171:10

**knowledge** 137:21,22 139:9 158:16 170:8 191:11

**L**

**lady** 158:3

**lane** 97:15,21

**lanes** 98:4

**lap** 171:16

**Latin** 12:17 55:2 93:2 94:2 95:17

**Latino** 55:1 90:13,14 102:5 118:9 130:22 154:4,5

**Latinos** 213:5

**law** 81:10 131:21 151:14 170:15

**lawyer** 70:19 160:14 221:21

**laying** 37:15 42:9

**leaders** 71:9,20

**leading** 73:24 128:14 130:1,24 139:1 168:15 174:6 211:13

**learn** 42:7,8 126:23

**learned** 108:3 126:23 127:6

**learning** 125:10

**leave** 10:8 23:24 24:10,15 45:12 57:2,3 192:5 226:21

**leaving** 23:17,23

**led** 68:4,8 129:11 130:2

**left** 34:17 43:13 49:8 53:9 57:4,12 89:12 104:17,18,23 107:4,18 110:19 127:4 134:20 136:3 145:1 192:13,17 225:20 239:14

**legal** 4:1,19 6:20 49:22 77:5,8 84:16,20 87:8,10 138:1,3 141:11, 18,22 183:3,6 204:1,5 220:22 227:8 237:7,14,18 244:24

**length** 199:15

**lengthy** 175:1 176:4

**lenient** 220:18

**Letellier** 4:18

**letting** 192:11

**level** 110:2

**lie** 201:22 220:19 221:5 222:15,16, 18

**lied** 221:13 222:23

**lies** 130:9 180:8

**lieutenant** 16:23

**life** 21:9 22:14 25:22 27:5 104:7 105:24 109:6 114:19 125:24 126:4 129:15 132:10 159:16 162:3 171:7, 12 172:8 197:20 200:15 212:23 236:13

**lifestyle** 40:22

**light** 177:1 222:20 243:24

**lightly** 45:15

**Lindsay** 5:22 203:19

**line-up** 219:3

**lined** 64:5 106:5,8 107:10,16

**lines** 218:20

**lineup** 57:8,9,14,20,23 58:1 60:20, 22 61:1,5,7 62:7,21 63:5,9,14,19, 20,22 64:4,8,12,13,23 65:1,11,20 66:3,21 68:7 70:8,13 145:4 149:1,4 150:6 151:16,19,20 155:4,6 182:20 199:3,21,23 203:8 218:14,16,22 225:2,4,24 226:3

**lineups** 64:16 70:11 199:4

**Linn** 82:8 122:15 150:4

**list** 194:4

**listen** 40:22 56:6 112:4 132:17 156:13,16 158:3 161:23 162:13 221:23

**lit** 30:24 38:5

**litigation** 79:22

**live** 11:5,9 47:1 125:10 162:3 165:15 192:10 199:3

**lived** 11:6,21 14:2 31:19 84:1 89:19 90:7 91:9 105:15 165:8 184:20 191:17 192:4

**living** 27:12 90:1 91:2 192:15 193:6

**located** 92:4 95:22 99:1

**location** 83:24 92:6,10,11,14

**locked** 116:7 236:14

**log** 76:21

**logged** 76:20,23

**long** 17:24 18:4 26:18,22 33:5 45:4 46:8 48:10 51:21 53:12 56:17,18, 19 60:23 82:22 88:10,18 102:24 112:10,12,13 123:24 129:3 138:11 150:16,18,19 182:1 207:24 221:9

**long-haired** 138:15 142:21

**longer** 60:23 75:24 233:9 240:14

**looked** 31:1 35:4 37:14 59:18 74:5 100:10,11,15,16 139:15 150:7 151:15 190:3 195:3 198:24 199:3 201:8 208:6,17

**loose** 89:16 232:12

**lost** 49:20 50:3 126:21 140:18 141:7,8,13 193:10

**lot** 5:16 20:7 27:3,8 33:19 59:19 71:11 72:9 74:18 109:6 116:5 128:21 159:15 168:18 173:24 183:10 191:21 200:6 213:5 219:15 223:12,13,14 232:9 235:5 238:5

**loud** 7:17

**love** 127:7 162:4 244:11

**loved** 140:18

**lovely** 189:9

**loves** 127:7

**low** 87:12 102:4 114:19

**loyalty** 180:7,10

**lucky** 239:18

**lungs** 44:24

**lying** 221:1,3 223:3

**M**

**made** 17:22 18:22 26:3 39:18 55:1 99:11 102:8 107:22 129:22 131:9 146:1 147:16 152:1 168:12,18 197:19 214:21 232:21 234:10

**main** 176:24

**mainstream** 179:21

**make** 5:17 6:12 19:3 20:23 25:12 37:22 46:9 50:7,10 76:5 77:11 78:24 85:11 86:16 96:23 107:23 111:17 121:12,21 125:17 152:16, 18 159:17,18 161:17 198:2 201:15 205:7 210:2 238:22,23 243:17 244:15

**makes** 107:17 182:9 201:13,14

**making** 16:1 130:11,14

**male** 65:22,23,24

**males** 194:3

**mama's** 32:6

**mamas** 126:3

**man** 16:16 21:21 24:18,19 33:9,16 36:2 44:17 45:8 68:1 69:5 74:19,22 113:4 114:7,8 124:14 126:8 130:3 163:17 177:10 181:4 205:22 208:23 212:10 213:7 216:10 221:24 222:7 223:13 224:15 227:1 231:14,15 232:20 235:6 242:17

**Maniac** 92:21 93:2

**Maniacs** 93:3

**manipulate** 72:16

**manipulated** 126:6 227:3,14 244:16

**manipulation** 227:10

**March** 207:7 217:12

**marijuana** 89:7 231:10 232:17

**mark** 85:6 120:5 153:14 169:18 172:10,12 216:21 217:4 223:21

**marked** 85:16 120:8 153:20 172:19 175:4 188:10 217:15,21 223:23 227:18 228:2

**Matt** 228:13

**matter** 4:13 5:7 80:2 81:11 167:20

**matters** 82:23 170:4 181:13

**Matthew** 80:22 228:6 230:9 233:1

**Mcgrath** 6:18 79:17 239:5

**meaning** 184:12

**means** 7:17 24:6,7,8 34:8 98:22 145:3 197:11 243:15

**meant** 132:16 241:3

**media** 4:1 141:19,23 161:6 245:1

**medic** 46:1

**medical** 46:10

**medicate** 226:22

**medicated** 232:16

**meet** 29:4 57:13

**meeting** 23:5 27:24 57:10 71:6,15 78:3 199:4

**meetings** 71:12,19

**Megan** 6:18

**Melinda** 70:20 207:14

**Melissa** 175:12

**member** 23:13 90:15,22,24 91:15 240:1,16 241:3,4

**members** 13:1 41:4,21 47:10 59:19 71:8 91:1 116:22 212:5 213:9,10,14,22,24 214:1 231:1 240:14 242:6

**memories** 235:5 236:24 237:1

**memory** 22:12 67:8,13 68:3 136:24 145:15 150:7 235:1,4,9

Index: men-object

KENNELLY SAEZ, 09/15/2021

236:18

**men** 90:8 150:5

**mention** 133:16 147:9 149:2 184:8
201:8

**mentioned** 133:19 134:1,7 184:6,
24 185:12

**Merkes** 25:2,15,17 26:6 27:20,21,
22 28:5 29:1 30:2,9 31:15 32:7
33:6 42:4,14 50:12 83:22 158:15
176:17

**mess** 51:13

**messed** 127:16 214:9

**met** 26:11,13 27:22 28:4 29:6 54:4,
6 55:12 201:6 204:9

**methadone** 242:2

**Mexican** 55:2

**mile** 68:15

**military** 16:22 17:17 18:11

**million** 161:6

**mind** 68:15 72:14 102:10 149:7
182:24

**mine** 25:21 26:4 43:14 195:14

**Mingey** 6:4

**minute** 24:12 68:16

**minutes** 33:9 51:23 76:9 88:21
89:4,16 138:5,7 203:21

**mischaracterizes** 131:1 139:2

**mischaracterizing** 119:14

**misconduct** 139:8 230:12

**missed** 8:6

**misstates** 48:8

**mistake** 146:1

**mistaken** 11:7 84:4 147:8 180:2

**mistreated** 113:10

**Mistreating** 21:20

**mix** 70:3

**mixed** 52:24 147:23 214:21

**model** 96:23

**mom** 31:24 42:22 192:16

**mom's** 164:13

**moment** 42:9 52:20 203:14 237:19

**money** 24:14

**monster** 159:15,16

**Montenon** 39:4,6

**Montenon's** 42:24

**month** 20:17 26:20

**months** 28:2

**moon** 176:23

**morals** 212:15,17

**morning** 5:4 6:18 178:22 196:10

**mortgage** 200:8

**mother** 11:10

**mother's** 164:15

**motherfucker** 56:14

**motion** 77:21 110:4

**mouth** 100:9 223:6

**move** 127:8 149:19 156:23 162:5
166:23 192:6

**moved** 192:8,9

**moving** 23:18 171:13

**multiple** 123:20 199:1

**murder** 114:24 175:20 176:12
191:24 193:23 232:1,7,8

**murders** 142:19 230:22

**mush** 200:5

**mute** 76:19,23

**mutual** 181:1,2

---

**N**

**Nah** 51:11

**naked** 176:23

**names** 11:13 166:12

**nation** 40:1 95:13,15,18

**natural** 130:21

**neared** 177:10

**necessarily** 8:20 95:13

**necessitated** 23:5

**neck** 46:16,18,22 74:4 197:12

**needed** 25:23 57:22 58:1 61:20
126:5 233:7

**neglected** 68:22

**negligent** 170:22

**Negron** 4:13 5:23 73:7 74:1 75:14
82:10 85:13 116:5 163:24 203:20
204:17 210:18 214:5 224:3 227:21

**neighbor** 37:11,17 38:21 39:1
42:24 134:9

**neighborhood** 13:23 14:1,9,11
16:4 22:23 23:8 27:1,13 28:1,9,12
29:4,11 30:5,10,11,12 91:2,10
92:8,9,19 93:18

**neighbors** 42:18 107:20

**nervous** 39:18

**news** 169:12 172:23 174:20
177:14 178:21 179:16,24 186:14,
18,19 188:18

**newspaper** 177:14

**nice** 10:23,24 158:3

**night** 22:15,18,21 28:13 30:1 31:13
42:23 44:12 45:5,19 67:10 69:19
137:1 182:13

**nodding** 7:19

**nonviolent** 174:4

**normal** 23:6 53:3

**north** 4:20 95:22 96:2

**Northern** 4:16

**nose** 231:21

**note** 224:4

**notice** 107:21 233:4

**noticed** 26:13 74:5 179:4 197:14

**November** 9:16,17,18 20:22 81:20
82:3,9 120:15 121:7 122:14
134:15,16,18 142:14 217:19 218:5

**number** 80:1 84:15 85:9 191:18

**numbers** 4:14

**numerous** 133:24

---

**O**

**Oak** 10:7 26:14,16 27:13

**oath** 4:9 80:1,5,15 83:7 123:17
221:1,4,14

**object** 12:6 13:12,13 15:1,4 18:19
20:17 155:11 177:15 211:4,13,14

Index: objecting–phrase

KENNELLY SAEZ, 09/15/2021

213:19,20,22 215:7 220:21

**objecting** 155:12,19

**objection** 13:3,8,15,24 14:12
15:12 16:11,20 17:5 18:2,13,19,23
19:6,7,22 20:4 33:1 41:6 48:7 59:6,
13 65:13 69:20 71:10 91:11 118:14
119:13,21 128:12 129:22,23 130:1,
12,24 139:1 168:15 174:6 177:13
206:19,21 207:18 209:5 213:16
215:5,11 221:10 228:8 229:19,21
230:11 234:12 238:9

**objections** 130:11,14

**obnoxious** 68:21

**observing** 147:6

**obstacle** 132:21,23 170:12

**obvious** 146:6

**occasions** 41:14,18 205:20

**occupants** 114:10 196:12,23

**occurred** 32:15,16 41:20 42:13
152:16 173:10

**occurring** 145:19 147:15

**odd** 148:3

**offenders** 229:8 230:8

**office** 71:7,20,21 75:4 81:10 152:4,
7 222:5 229:2 230:10

**officer** 53:11,14 54:2,7,10,23
55:13,20 57:24 58:22,23 60:3
61:11,13,17 62:3 63:1,24 65:11,20
66:1,2 74:5 81:15 91:20 114:22
118:9 123:6 130:22 139:3,7 147:6
148:14 149:17

**officer's** 55:16

**officers** 60:15 62:24 91:7,12,17
116:5,6 166:20 203:9

**offices** 4:20

**officials** 151:14

**older** 166:7,8

**Oldsmobile** 177:2

**Olszewski** 6:4

**one-way** 97:18,22

**online** 161:7 177:15 178:10

**open** 42:23 43:1 242:24

**opened** 35:7 42:21 105:15

**opening** 107:12 224:6

**opportunity** 5:17 220:23

**opposite** 105:14

**oral** 7:17

**order** 23:24 153:23

**organization** 12:17 174:20

**outright** 52:7

**overcast** 202:11

**overheard** 183:14 184:13,18
185:3 238:7

**overhearing** 190:18

**overlapping** 88:9

**overnight** 45:6,7

**overstep** 88:11

---

**P**

**p.m.** 22:19 77:9 141:20,24 183:4,7
204:3,6 237:8,21 245:4,6

**pain** 171:9

**paperwork** 244:8

**paragraph** 208:5,6 210:16 224:7
225:23 229:4

**paralegal** 78:24

**paramedics** 48:23

**park** 10:7 26:14,16 27:14 37:5
89:20,24

**parked** 34:24 36:19,23 37:2,16
98:8 104:21 105:10,12 107:8

**part** 50:9 67:11 95:12,14,17,18
126:22 128:13,17,24 129:14
144:20 149:9 188:18 196:8 207:11
225:19

**part's** 50:7

**partially** 126:12

**parties** 4:8 5:1

**pass** 39:7 79:12 100:4 195:19
197:1 237:11 239:1

**passed** 39:3 91:24 96:21 114:21
115:2 177:3

**passenger** 100:7,17 102:23 177:9
196:17 197:22,24

**past** 98:15 105:9 106:1

**patience** 244:7

**pause** 35:15 163:11

**pauses** 236:15

**pay** 24:11 129:13,14 135:23

**paying** 55:23 71:14,15

**peacefully** 162:3

**penalty** 152:20

**pending** 9:2 177:16

**people** 14:19 21:23 35:19 48:11
51:18 59:5 60:11 66:7,23 69:1
75:7,24 90:6 99:14 124:16 130:8
132:2 133:7,20,24 136:23 137:1
142:18 143:11 148:12 151:18,20
158:8 159:14,15 162:20 173:19
175:20 193:22 194:18 211:2
218:14,15 227:13 242:1

**Peoples** 95:19

**perception** 52:3

**period** 234:10

**periods** 236:11

**permit** 5:14

**perpetrated** 69:2

**perpetrators** 107:9 133:8 139:20
140:3,14 150:7 211:3

**person** 19:15 24:3 38:15,17 39:15
52:20 61:21 82:18 101:3,10,24
102:23 108:15 109:17 137:19,20
138:11,15,16 158:13 161:1,9,21,22
164:7,22 165:2,11 166:3 167:5
168:8 169:5 171:24 181:17,22
182:5 183:13,18,22 184:10 185:5,
10 190:8,22 208:7,18 238:6,17

**phone** 47:6 61:19,23,24 62:1
77:22 161:17 185:21 224:9

**phonetic** 39:4

**photo** 60:16 104:2,3,4 142:21
188:9,19 192:20 194:15 198:24

**photograph** 65:5 138:10 173:7

**photographs** 59:5,11,12 60:11,16
65:6 136:16,22 143:9 150:9,12
208:6,17 211:3 218:15

**photos** 84:12 119:12 138:10
188:4,8 190:4 199:11

**phrase** 39:17

**physical** 111:5,8

**physically** 30:8 31:14

**pic** 128:23

**pick** 61:22 65:12,16 209:3 210:9, 11,13 219:9 229:16

**picked** 61:8,9,11,17 64:20 66:22 149:4 153:9 208:7,17 226:2 229:2, 10

**picking** 202:12

**picture** 67:21 84:10,14,15,22 86:3, 23 87:18,19 89:12 96:24 103:18 104:18,24 107:5 110:9 116:18 133:21 150:19 185:21,22 186:7,13, 16,22 187:13,20 188:23 189:3,4,16 194:6 195:3

**pictures** 58:3,4,5,8,9,10 116:8 119:15,23 123:11 131:13 154:9,14 155:5,8 187:1,21,22 189:21 226:1, 9 229:10

**piece** 169:21

**pieces** 129:17

**pinpoint** 28:23 228:18

**pissed** 222:2

**pistol** 34:21 100:24

**place** 5:7 11:21 206:18 241:17

**placement** 46:15

**placing** 13:14 15:12

**plain** 205:23

**plaintiff** 5:22 203:20 224:4 227:21

**plaintiffs** 5:20 230:21

**plaintiffs'** 5:14

**plans** 22:20

**play** 128:24 149:9

**played** 15:6 142:19

**point** 23:11 42:6 45:21 47:15,23 48:4 66:8,18,19 69:11 70:15 74:14 75:18 112:5 149:3 198:18,23 201:19 208:14 234:23 238:11 242:23

**pointed** 110:1 142:21

**pointing** 154:8,9,13

**Polaroid** 119:12 123:10 138:10 182:2,5 203:3

**Polaroids** 116:13 142:18 147:9 148:13 149:1,5 151:15 154:8 199:9 201:9 202:20 203:10

**pole** 104:9

**police** 16:6 44:8,11 45:5,18,19 53:11,14 54:22 55:20 56:10 57:14 69:2,10 70:2,4 91:7 111:21,24 118:9 130:22 139:3 145:20 155:2 203:9 210:17 226:9

**pop** 34:21 235:6,9 236:24

**popped** 49:11 194:6

**popping** 128:19

**pops** 236:21

**porch** 29:18

**portion** 217:18 218:10

**position** 23:20 213:5

**positioned** 118:13

**positive** 243:6

**possibly** 25:13 243:1

**pot** 32:2

**potential** 90:15

**Power** 70:20

**Powers** 70:20 207:15 208:16 211:10 215:1

**preceded** 151:4

**pregnant** 228:21

**prescription** 9:10

**presence** 89:24

**present** 5:8 151:6 165:2,5 167:9, 11

**presently** 195:23

**press** 179:21

**pressure** 242:6

**pretty** 27:4 75:2 191:15 200:19 205:19 233:4 236:20

**previous** 119:14 131:1 139:2

**previously** 8:17 20:2 116:12 117:16 182:17 201:20

**priming** 177:23 178:2

**prince** 19:16,20 70:17 71:6 211:11

**prior** 27:22 28:2 77:13 78:20 87:21 120:3 131:3 137:7 151:15 155:22

170:3 174:3 182:14,19 198:23 199:4 218:21 219:6

**priorities** 200:15

**prison** 132:3,9 137:12 172:24

**privates** 17:12,14

**privy** 151:2

**problem** 29:14 35:15 237:18

**proceed** 49:23 77:9 142:1 183:7 204:6 237:21 238:21

**proceeding** 121:6 122:9

**proceedings** 245:5

**process** 75:8

**processing** 240:12

**product** 91:4

**profile** 36:16 101:19 103:7 128:23 129:2 131:12,14 132:19 137:6,18, 22 196:24 197:15

**promise** 220:1,15 239:9

**promised** 220:3

**prompt** 8:2

**protect** 131:23 157:22

**proven** 130:8

**provide** 111:24 170:3

**provided** 82:4 134:14 151:23,24 156:4

**providing** 155:9

**public** 131:23 178:9,11

**Puerto** 55:2 161:9 165:3 190:8 240:20

**pull** 84:11,13 120:10 122:1 124:8 135:8 136:11 142:5,10 149:22 150:23 178:12 186:13 187:3,10,24 188:4,9,24 200:12 206:1

**pulled** 100:24 137:7 162:17,18 186:12

**pulls** 66:11

**punishment** 213:9

**purely** 243:23

**purportedly** 183:16

**purpose** 163:22

**purposely** 221:3,5

KENNELLY SAEZ, 09/15/2021

**purposes** 85:6

**pursuant** 6:5

**pushing** 46:18

**pussy** 212:20 213:2

**put** 44:16 46:8 63:12 70:10 100:8
103:12 111:12 116:8 129:7,17
135:21 168:7 169:20 177:12
194:14,15 195:6 198:12 200:14
214:17 215:11 217:17 220:4 242:6
243:10 244:1

**putting** 52:8 119:8 123:9 162:17
181:17

**puzzle** 129:18

---

**Q**

**quarrel** 93:14

**quarrels** 93:12

**question** 7:18 8:4,7,12 9:2,3 12:22
13:14 15:14,20,21 33:2 36:1 55:21
59:7,14,16 64:14 103:16 115:23
116:12 122:6 132:20 135:1 136:15,
18,21 139:14,17 140:10 142:15
143:4,7 144:7 146:10,15,23 148:2,
11 150:3 153:22 154:4,12 155:13,
20 167:4 177:16,19 178:17 195:24
202:17 203:5 209:14 213:17,18,21,
23 216:1 218:21 219:6 229:22
230:17 234:13 242:24

**questioned** 83:2 122:10 140:2
150:2

**questioning** 15:2,5 83:4 115:14
136:13 143:19 144:4 146:2

**questions** 5:15,16 9:12 15:10
19:1,2 50:6 78:8 79:10,14,23
83:14,15 166:15 195:19 203:15
205:2,9 219:12 234:24 237:12
238:1,6 239:2 240:5

**quick** 174:14 237:4

**quickly** 18:24

**quote** 210:16

---

**R**

**railroaded** 244:16

**raise** 99:4

**raised** 110:1

**rambling** 213:20

**ramming** 41:22

**ran** 42:20 43:2

**rank** 13:7,17 17:3,17 18:11

**rat** 22:1

**Ray** 230:7

**reach** 69:8

**react** 38:15,16,17

**read** 49:21 120:23 121:22 122:5
135:16 148:18 174:19 175:22,23
176:14 177:15 178:5 206:8,11,20
208:13 218:3 224:6,18 225:22
229:6,7 230:2

**readily** 178:10

**reading** 155:13,18 177:13,17
178:5 208:4 210:6 225:12

**real** 102:4 159:16 174:13

**reality** 150:14

**realize** 214:10 237:24

**rear** 102:6 177:8

**rearview** 198:10

**reason** 67:19 115:5 133:9 136:3
139:6,22 190:7 204:13

**recall** 19:10,11,14,23 20:9 51:10
60:8,9,13 61:2 62:4,5 63:3,15 65:2,
3 69:9,11 70:18,19 71:1,6,19,23,24
73:6 74:17,22 78:13 80:14 81:8
93:20 96:17 102:2 133:12 144:18
145:21 196:3 201:7 207:13,20
208:16,20 210:14 219:11 226:6,10
228:5

**recalling** 202:4

**receive** 24:12 233:19

**received** 150:3

**recent** 82:4 104:2,5

**recently** 81:20 242:15

**recess** 77:7 141:21 183:5 204:4

**recognize** 59:4,12 60:17 66:8,18
85:1 118:8

**recognized** 177:6

**recollection** 101:2 124:2 144:14

**recommendation** 220:5,12 222:5

**record** 4:2 5:1,7 7:7 8:19 13:15

15:12 19:4 24:5 49:21,23 77:6,9
84:18 116:22 130:12,14,15 141:20,
23 142:7 183:4,7 204:2,6 206:19
215:11 237:8,9,15,17,20,24 245:4

**recorded** 4:12 84:17

**recovered** 163:1

**red** 110:18

**reference** 39:24 177:7

**referenced** 160:24

**referring** 72:24

**reflect** 123:20

**refresh** 144:14

**refusing** 238:16

**regular** 240:14

**rehash** 83:14 199:8,18

**relates** 15:2,5

**relationship** 52:7 83:21 126:24
127:5 190:10

**relationships** 124:16

**relayed** 168:6,8

**relearn** 124:15

**release** 179:10,20 182:8 188:5

**released** 169:11 172:24 180:3,4
186:17 190:5 193:21,22 194:18

**relevance** 13:9

**relevant** 11:16

**relied** 129:7 131:14 193:3

**rely** 131:15

**relying** 138:22 149:15 180:21

**remem** 172:9

**remember** 11:24 27:23 28:8,22
32:17,23 33:5 35:17 44:24 45:1,2
47:21 48:14 54:12,14,15,17,19
55:24 62:1,2,8 64:1 65:18,21,22
66:2 68:11,12,13,14 69:17,22 71:4,
18 72:4,5,19 74:8 78:9,12 80:19
81:4,18,21 82:2,5,14 83:1,4,5,6,7,
24 89:8 92:2 94:15 102:22,24
108:8,17 115:10,11,12 118:19,21,
22 119:1,7,11,19 122:8,13 123:14
133:15 134:12 135:2 140:24
143:14,16 144:12,19,24 145:6,7,
11,19 147:12,13,15 148:16,17,20,
23 150:13,14 152:3,4,6,9 154:3
155:7,9,24 172:22 179:7 192:7,8,

Urlaub Bowen & Associates, Inc.   312-781-9586

12 196:8 199:20,24 200:1 201:12
207:21 211:19 218:17 219:4,14
220:9 223:10,15 228:12,22 235:13,
14,15 242:9 243:6 244:2

**remembered** 118:2 129:4 200:5
201:11

**remembering** 48:10 67:13

**remembers** 155:16

**remind** 239:12

**remotely** 4:8 5:3 6:21

**repeat** 8:8 144:22 215:19,24

**repeating** 183:12

**rephrase** 8:8

**report** 227:22

**reporter** 4:9,22 6:21 49:20 50:3
129:20,21 141:13 187:5,6 209:17
215:16,17,19,24 216:3,5 243:17,22

**represent** 5:2,6,22 19:6 79:21
121:4 122:13 152:14

**representation** 5:12

**represented** 170:16,17

**representing** 4:19 74:23 75:3
82:10 83:3 228:7

**represents** 131:21

**repress** 200:16

**resemble** 189:4

**reserve** 79:11 243:7,14 244:22

**respect** 13:20 172:6

**respond** 7:22

**responded** 91:13

**responding** 7:21

**response** 7:18 78:14

**responsibilities** 14:23 15:23 92:5

**responsible** 66:17 92:9 126:11,12
129:13 136:2 148:6 149:11 159:19
162:15 166:16

**rest** 132:10

**restart** 87:13

**restarting** 87:11

**restaurant** 179:5

**retained** 245:2

**retaliation** 215:2

**returning** 134:5

**reunited** 31:6 165:10

**reverse** 34:1 97:5

**reversed** 34:3,4 97:3,7,8,14 98:3
177:3

**reverses** 98:16

**review** 243:16,23

**revolving** 242:3

**RFC** 85:13

**rhino** 22:1

**Rican** 55:2 240:20

**Rico** 161:10 165:3 190:9

**ride** 61:21

**ridicule** 181:9

**ridiculed** 149:10

**right-hand** 86:15

**rights** 221:13

**righty** 237:5

**ring** 105:6

**ripped** 48:23

**ripping** 129:14

**rise** 176:23

**rival** 41:4,20 93:7,18 95:18

**River** 10:7 26:14,16

**Robert** 180:21,24 188:5 189:3
210:17

**Roberto** 210:18 214:4

**Rodriguez** 22:7,9 25:7 83:21
96:14 173:17 176:22 177:2

**role** 15:5

**roles** 142:17

**rolled** 177:9

**rolls** 227:16

**romantic** 51:14 52:2

**room** 62:21 63:5,8,12,23 64:4
65:1,11,21 68:8 70:8 81:9 113:7
114:23

**roughly** 236:8

**rude** 68:21 209:16

**rule** 7:16 211:24

**rules** 7:12 15:9

**rumor** 162:12

**run** 38:24 42:20 68:17

**running** 52:18 68:15

**rut** 213:7

**S**

**S-A-E-Z** 7:9

**sad** 69:4 90:16

**Saez** 4:4 5:4,21 7:1,8,10 13:11
15:2,9 16:12 59:15 76:14 79:20
84:23 85:6,16,19 86:22 103:18
120:5,8,11,20 124:9 130:10,20
137:4 139:12 141:24 142:3 150:2
153:16,20 156:1 169:24 172:19,22
174:24 175:4 176:21 177:2,6 178:8
183:9 195:22 203:13 206:15 215:9
216:11 217:15,21,24 221:12
223:23 224:13 225:16 228:2
234:14 239:8 242:19 245:2

**safety** 214:3,9,16

**Santos** 116:5

**sat** 25:10,11 63:10 74:3 89:15
176:16,20 224:13

**saved** 37:10 104:6 105:24 197:20
236:13

**savior** 45:9 126:21

**scan** 100:12

**scared** 20:6 216:13,15 222:4

**scene** 32:8 33:6,8 44:7 111:21
112:11,21 113:11

**Schmoe** 170:17

**school** 9:24 10:2,4,5,7,19,22
26:16 173:11 176:19 235:8

**schooling** 200:7

**scrap** 116:9

**scratches** 224:15

**screaming** 44:23

**screen** 4:6 87:2,11,12 216:19

**screenshot** 111:3

**screw** 229:5

KENNELLY SAEZ, 09/15/2021

**scroll** 173:3

**SD** 138:5

**seat** 98:24 99:21 100:7,16 102:1, 23 197:22,24 198:3,4

**second-guess** 168:12,18 182:9 202:3

**second-guessing** 201:24

**seconds** 102:18

**secure** 16:4

**seek** 152:20

**seeking** 141:6

**Segura** 175:12

**self-medicate** 239:22

**self-medicating** 214:11

**sense** 67:18 152:16,18 157:3 198:2 201:13,14,15

**senses** 100:21 101:15

**separately** 122:19

**September** 4:5 21:3 22:4 83:16 90:1 117:18 176:15 196:10 204:24

**sergeant** 16:22

**serve** 131:23

**set** 77:22 125:18

**severe** 46:14

**Shaking** 219:17

**shape** 72:16

**share** 87:11,13 206:2 223:19 227:19

**sharing** 216:19

**shield** 37:8

**shining** 126:17,19

**ship** 181:4

**shirt** 26:14

**shit** 21:18,20 24:3 44:17,18 64:19 68:22 72:9 115:18 116:10 159:1 166:13 171:8 214:17 227:16 231:18

**shoot** 38:23

**shooter** 37:19 38:17 73:16 142:22 143:5 196:15 208:7,18

**shooter's** 181:19

**shooters** 133:7 214:5

**shooting** 22:3 31:14 41:19 42:1 48:6 56:4 72:2 83:17,18 84:1 93:17 99:19 101:1 111:8 117:19 134:11 164:23 165:13 167:6 174:5 176:5 178:9 185:14 190:19 191:2,4,5 192:22 193:7,10,13 196:11

**shootings** 191:10,21

**short** 26:20 33:17 50:24 103:2,3 129:3 138:11 150:18,20 189:7 197:4,5

**short-haired** 138:16

**shortly** 89:2 144:10 192:9 239:20

**shot** 37:19,23,24 39:13 40:24 43:4 44:4 46:15 107:23 108:24 142:22 181:23 189:1 214:7 229:8

**shots** 35:1,2 36:20 37:13 46:15,20 105:6,8 210:20

**shoulder** 39:13 43:4 46:2,7

**shoulders** 7:19 94:24

**show** 57:23,24 58:4 61:22 66:6 84:12 136:16,22

**showed** 25:7 28:9 48:22 58:2 67:21 129:2 133:21 138:9 143:8 150:19 155:8 182:5 185:22 186:23 189:17 192:20 194:8 199:9 226:1 229:10

**showing** 119:11,23 193:24

**shown** 59:24 60:2 131:13 182:2 202:20 203:3,10

**shows** 123:10

**shrugging** 7:19

**shut** 108:6,8,10,13,17 115:2

**shy** 21:3

**side** 36:16 37:4 58:21 70:9,11 86:8,15 89:12 95:23 96:2,8,24 98:23 104:17,18,23 105:20 106:6 107:4,17,18 109:16 177:9 181:11, 12 239:3

**sides** 98:9

**sidewalk** 106:15

**sign** 116:18 225:13 243:18 244:11

**signature** 207:2,5,24 225:8,10 243:8,15,20

**signed** 68:12 69:18 208:1

**significant** 89:23

**signing** 207:22

**signs** 116:8

**silent** 140:23

**sill** 43:15

**similar** 187:22

**simple** 16:1 205:23

**simultaneous** 14:5 160:5,16 162:11 163:6,14 174:8 186:11 187:12 191:14 209:8,12,21 222:6, 10,14 241:19

**sincere** 59:2

**single** 202:7

**sir** 7:6 9:15,19,22,24 10:6,8 11:5, 18 12:3,11 13:23 14:7,19 21:15 22:13 23:14 31:14,23 35:11 42:14 44:15 45:5 50:2 71:5,24 73:10 77:11 85:23 121:13 135:13 160:11 161:4 163:10 182:23 205:6 206:7, 23 207:5,13,20 208:4,24 209:15 210:5,16,23 211:9 212:4 213:8 214:3,24 215:20 216:17,19 218:10, 17 219:12,19 220:2 222:3 223:7 224:6 225:6,9 226:17 227:2,17 228:11 229:4,7,12 230:3,5,20 233:23 234:9,23 235:21 236:17 237:2,10,23 238:13 242:23 244:9, 23

**siree** 32:6

**sit** 71:5 76:20 145:20 189:19 199:20

**sitting** 39:21 74:2 88:5,8,11 89:10 98:23 179:6 190:21

**situated** 29:16

**situation** 46:5 66:9 68:4 69:4 81:14 90:17 158:14 179:10 198:11, 12

**situations** 147:22

**sketchy** 221:15

**skill** 125:18

**skip** 32:18

**slab** 88:5,9

**slip** 137:16

**slow** 8:8 110:4 236:14

**smack** 29:21

KENNELLY SAEZ, 09/15/2021

**small** 32:24 167:8

**smart** 163:17

**smell** 67:19

**smile** 116:18

**smoke** 23:1

**smoked** 89:7

**smokes** 10:15

**smoking** 32:2 89:7,11 231:10

**snap** 109:11

**snitch** 212:10,21 213:2 215:3

**snitches** 214:14

**snitching** 213:9

**society** 131:24

**soda** 68:9

**soldiers** 17:9,14

**solving** 132:22

**somebody's** 233:4

**someone's** 8:5 234:11

**something's** 34:9,12 40:18,19 102:9

**son** 185:20 186:12 187:24 188:4,8, 24 193:20,23 194:5,17

**sort** 86:20 93:8 96:12 97:9 99:4 102:17 109:17 111:1 113:17 130:21 188:10 199:16

**sound** 80:5 108:9 109:11 117:19

**sounds** 12:18 82:11 117:21 148:9 156:5,6 194:14,15

**source** 159:22

**south** 92:11

**Spanish** 55:2 118:23 119:2 123:7 131:15

**speak** 25:22 30:22 52:24 78:16 171:20 189:2 216:10

**speaking** 8:5 34:1 56:8 57:11 78:23 82:18 118:23 119:2 143:17 165:6 184:21 228:5

**specifically** 72:24 83:23 92:14 174:17 193:1

**speculation** 43:18

**sped** 108:12

**speech** 127:21

**spell** 7:7

**spelling** 121:18

**spoke** 8:17 55:19 69:10 77:21 79:3 90:3 123:7 131:15 158:17 179:4

**spoken** 26:2 78:19 204:17

**stamp** 84:15 85:9,12 224:3

**stance** 115:20

**stand** 12:16 73:22 143:18 223:5

**standing** 31:16 66:20 104:14,19

**start** 9:7 21:18 67:13 76:1 128:19 139:13 141:23 144:11 151:24 172:12

**started** 26:6,15 28:20 31:3,4 76:13 100:24 113:8 193:24 203:21 210:20 232:4,6,9,14 236:3

**starting** 25:19

**starts** 34:1 206:14

**state** 4:10 5:1,2 7:6 152:20 206:15 209:1 210:24 220:13

**state's** 69:18 74:20 75:4 202:23 222:5 223:10 226:6

**stated** 230:6

**statement** 69:17 72:6 131:10 152:1 230:3,9

**statements** 147:16 201:23 227:5

**states** 4:15 210:8

**stating** 146:6 221:9 229:7

**station** 56:11 57:14 62:9 69:11 70:5 112:5,7,11 144:11 145:20 146:12 155:2 225:4 226:1,9

**stations** 70:2

**stay** 76:23 97:15

**stayed** 44:7 45:6

**step** 40:9 142:15 176:19

**steps** 23:19 56:17 106:17 107:6

**stinking** 22:14

**stitches** 214:14

**stood** 64:10,16 73:13 97:2 98:3

**stoop** 142:16 176:16 177:4

**stop** 26:13 46:9 97:9 121:10 141:16 158:2 173:4 176:10 187:16

233:14

**stopped** 48:2 97:2,6 99:10 167:20 168:2 177:3 235:22 239:23

**stops** 98:15

**store** 134:4

**stories** 56:12

**story** 30:13 167:13 176:5 234:11 241:5

**stout** 55:3

**straight** 98:5 188:3

**strange** 154:21

**strategy** 116:24

**street** 4:21 12:4 15:6 25:22 30:18 34:17 36:22 40:17 81:21 82:3 89:3 93:9 96:7,8,10 97:16,17,21,22 98:9 104:22 118:13 156:19,24 157:3 164:18 184:19 190:20

**streetlight** 177:1

**streets** 116:14 126:2 156:13,17 162:19

**stress** 110:2 171:9

**stressed** 99:7

**stressful** 192:15

**strike** 59:10 97:12 108:22 110:21 122:7 127:14 132:15 136:10 168:6 197:2

**struck** 154:20

**structure** 17:23

**struggling** 203:17

**stubborn** 68:21

**stuck** 168:3,10 213:7

**stuff** 10:13 16:1,5,24 27:5,8 28:18 32:9,11 41:23 46:4 48:11,24 49:1,7 53:1 57:20 59:3 75:7,22 106:22 113:9 114:19 115:16 124:17 128:22 140:19 159:20,21 165:6 171:11 173:14 174:11 179:14 184:19,22 191:16,24 192:16 193:7, 24 195:7 200:6 202:4,6 211:21 213:3 214:10 220:10,18 221:24 227:12,14 235:6 237:3 244:6

**stupid** 10:9,12 90:12 107:3 156:7 205:17

**subject** 169:10

Urlaub Bowen & Associates, Inc.   312-781-9586

**subsequent** 80:15

**subtly** 58:24

**suburb** 27:5

**suffer** 111:5,7

**sugarcoat** 171:22

**suggesting** 157:16 230:11

**Suite** 4:21

**sum** 196:9

**summer's** 176:17

**super** 226:16

**supervised** 16:19

**supposed** 5:24 20:8 24:12 37:9 45:9 74:6 131:23 140:12 142:18

**supposedly** 238:7

**suppress** 45:16 214:12

**suppressed** 67:12 68:3 72:9 235:1,5

**surprised** 89:13

**surprises** 239:11

**survive** 46:12

**survived** 45:22 46:11 231:22,23

**survivor** 233:13

**susceptible** 234:11

**suspect** 57:16,22

**suspects** 199:1

**suspicion** 25:5

**suspicions** 106:21

**suspicious** 197:17

**swap** 138:5

**swear** 6:21

**sweetheart** 25:20

**swoop** 102:16

**sworn** 6:22 7:3 81:19 152:1

**sympathetic** 202:14

**sympathize** 241:24

**system** 201:3 227:9

---

**T**

---

**Table** 224:14

**tainted** 25:22

**takes** 37:19,20 105:18 181:8

**taking** 6:11 23:19 83:7 129:14 223:4 232:22

**talk** 31:15 32:24 44:11 47:9 49:15 51:12 63:13,17,19 68:13 73:1 77:17 91:19 128:4 187:7 220:14,16 226:23 227:2 243:1

**talked** 26:21 32:9 48:10 49:6 51:8 68:13 74:19 75:13 79:6 133:14 146:13 198:21 207:14,21 223:9 232:24 234:24 235:2

**talking** 8:15 17:16 18:10 20:17 21:22 23:17,22 31:2 50:6 55:22 56:2 60:2 72:22,23 87:6 100:23 101:18,20 111:6 128:22 146:4,20, 24 147:1 156:19 165:19 170:13 174:14,17 179:5 184:16 185:11 193:12 194:10 213:24 215:21,22 227:8 228:12,13 231:9,10,24 238:13 242:15 244:9

**tall** 185:18 224:20

**tallway** 224:17

**tape** 141:16

**taste** 67:19

**tat** 129:16

**teacher** 176:20

**team** 148:6

**tears** 52:17

**teenage** 225:10

**teens** 176:16

**telling** 17:15 36:7 38:22 58:1 59:1 63:4 71:24 73:9 113:5 114:4,6 118:19 119:7 130:3 143:10 148:24 149:8,13 167:5,23 185:5 201:8 208:16 221:8,11 226:6 231:14

**tells** 155:3 190:17

**ten** 233:15,16 235:22

**tender** 125:12 226:15 227:3

**terrible** 137:13 162:16

**territory** 92:23 93:7 221:15

**test** 81:3 222:3

**testified** 7:3 20:2 73:3,18 80:9 107:19 108:3 117:16 127:15 135:19 136:9 151:12 157:7 182:17 183:12 199:7,15 201:20 218:5,11,

12 223:8 228:9 230:20 232:8 236:2 242:5

**testify** 220:2 222:13 242:6

**testifying** 147:12,13 230:24

**testimonies** 202:6

**testimony** 48:8 77:21 78:1,5 79:23 80:1,4,10,14 81:9,20 82:2,4 83:8 119:14 120:4,12 122:9 123:16,24 124:2 131:1,3 134:14 137:3 139:2 141:1 142:4,13 143:14 144:3 148:19 151:13,23,24 155:14,19,22 156:1,4 168:22 170:4,5 180:12 187:9 191:9 201:21 220:20,24 222:15,18 239:21

**Theresa** 6:15

**thing** 9:1 17:22 27:16 32:15,16 42:13 46:7 53:3 55:8 64:24 66:23 67:12 79:8 94:15 102:3 106:1 157:2 158:5,18 173:20 180:6 195:13 208:5 221:2 235:19 238:3

**things** 7:20 20:7 53:6 68:2 76:18 77:12 94:8 123:20 128:19 147:22 149:18 156:11,12,13 157:2 162:18, 19 168:12,19 171:2 200:16 206:20 214:22 219:15 235:7,12,13,14

**thinking** 25:10 56:15 145:14 172:11

**thinks** 103:19

**thought** 44:20,21 52:1 67:23 110:7 114:2 133:6,10 149:20 208:7,18 235:1

**thousand** 110:3

**threw** 44:16,17

**throat** 36:4 231:20

**throw** 116:18

**thrown** 200:10

**thump** 109:12

**ticked** 56:10

**ticking** 29:19

**tight** 197:7,9

**time** 4:5 6:11 8:16,22 9:2 11:3 13:12,15 16:3 21:2,9,14,21 22:16 25:2,18 26:19 28:10,19,22 34:21, 23 38:11 47:18 48:12,21 49:17,23 51:1,10 53:9,10,13,19 54:6 55:22 57:6 64:8 66:16 67:16 72:8,14 73:10,11 74:12 75:9,18,23 77:6,9,

18,24 79:11 83:9 88:20 89:24
93:16,22 94:4,6 97:17 102:11,15
104:3,5 105:12 114:16,20 116:19
124:9 125:9 126:11 129:12 134:11
137:15 139:7 140:6 141:20,24
145:12 148:10 149:10 154:15
159:8,9 162:16 171:6 172:24
173:10 174:4 177:20 183:4,7,10
198:18 199:17 201:19 202:3 203:8,
16 204:2,6,12 207:24 212:14
215:10 216:4,14 218:13 219:8,19
228:21 230:5,6,14,18 232:18
233:3,7 234:10 236:24 237:8,20
239:23 242:17,19 245:4

**times** 80:1,5 123:20 181:5 200:20
205:11

**timing** 145:19 230:13

**tin** 105:23

**tit** 129:16

**today** 4:22 9:8,12 27:4 71:5 78:1,5,
21 79:23 83:11 90:18 122:23 125:1
126:16 128:22 132:11 141:4
158:11 171:16 178:16 189:19,24
199:20 240:19

**today's** 77:13,22 224:11

**told** 8:17 39:1 42:17 43:5 57:22
58:14 60:12,19 62:22 66:2 78:7
108:10 112:6 114:11,13 115:3
152:19 155:6 161:1 162:14 164:3
171:19 183:13,19 184:10 190:9
193:20 209:2 210:8,11,17 211:1
218:13 228:15 229:16 230:7 243:5

**tomahto** 144:1

**tomato** 144:1

**tones** 109:10

**tongue** 15:17,19 16:16 78:16
130:4 171:20

**top** 19:15 44:24 121:13 154:2
174:18 194:23

**topic** 167:18

**torch** 79:12 195:20

**tore** 126:22

**totally** 67:9 145:17 147:19 173:23
195:10 198:1

**tourniquet** 46:9

**track** 75:12 98:6

**trade** 196:4

**trail** 42:16

**transcript** 50:9 121:5,13 122:14
146:3,5 217:19 243:12 244:10

**transcripts** 56:14

**trash** 103:22 104:1,15

**trauma** 214:21 235:17 239:22

**traumatic** 52:19 68:3

**traumatizing** 112:16

**treat** 44:15

**treated** 44:13

**treating** 114:18

**treatment** 233:19,21,22

**tree** 104:11,14,18,21,23 105:7
106:5,8 107:4 110:19

**trembling** 219:17

**trial** 73:4,7 74:15 80:10,12 217:19
218:4 219:20,22 220:20 223:9
230:21 231:3 232:1,8 234:10 236:3
239:21

**tribune** 169:11 179:22

**trigger** 235:12

**triggers** 235:12

**Triton** 176:18

**trucks** 116:16

**true** 25:9 90:17 145:14 159:6,7,8
206:16 222:11 230:5

**trust** 32:11,15 130:21 139:18 167:5
243:21

**truth** 18:5 55:23 72:7,8 73:9 130:5,
6,7 159:1,2,4,8 170:7 182:12,16
191:22 192:4 207:23 226:24 227:1

**truthful** 83:8 124:1 137:3 144:2
159:18 180:12 219:18,23 225:13

**truthfully** 159:18

**Truths** 130:9 159:7

**Ts** 244:12

**tune** 53:6

**turkey** 233:20

**turn** 76:16,19,23

**turned** 43:21 100:21

**turns** 10:24 43:21 58:11

**tussled** 112:2

**tussling** 113:8

**TV** 179:1,3,8

**two-page** 209:1 210:6

**two-way** 97:22

**type** 13:6 21:20 23:3 44:17 59:3
94:24 96:14 99:11 107:20 113:22
117:2 174:3 195:9

**typed** 243:10,18

**U**

**ugly** 21:14,15

**Uh-hmm** 29:12 100:2 117:5 179:2
223:2 235:24 240:3

**uh-hmms** 7:20

**Uh-huh** 112:20 188:20 194:20

**uh-huhs** 7:20

**ultimate** 179:20

**uncommon** 34:8

**underneath** 16:18 17:8 34:24
36:18 37:2,3

**understand** 8:4,7,9 17:16 20:7
59:14,16 99:23 110:8 126:7 130:16
131:18 132:20 157:3 160:2,13
161:21,24 162:10 163:16,21
171:15 172:6 182:7 191:8 195:8,10
197:12 198:15 208:12 213:4 221:7
238:20 244:14

**understanding** 68:2 190:24

**understood** 8:13 92:24 94:17
95:2 131:17 198:6 241:1

**unfair** 221:2

**unit** 4:2 141:19,23 245:1

**United** 4:15

**unsure** 117:7

**upset** 45:18

**upstairs** 42:15,17,20 54:4 57:1
62:15 70:13

**Urlaub** 4:19,22 245:3

**user** 231:5 234:2

KENNELLY SAEZ, 09/15/2021

## V

**vague** 99:22 185:18

**Vaguely** 207:23

**Vega** 39:9,10

**vehicle** 34:19,20,21 144:11 146:12

**verbatim** 135:2

**versus** 4:13

**vibe** 114:17

**vice** 18:15,17 19:12,13

**victim** 22:3 196:11

**victims** 83:17

**video** 4:2,6,12 5:1,24 50:5,9 84:18 245:2

**view** 65:1 66:13 102:6 149:4 225:1

**viewed** 66:3 226:8

**viewing** 64:8,22 68:6 151:15

**violated** 24:2,5

**violence** 34:13 41:19,20 174:3

**violences** 127:3

**violent** 41:3 67:17 127:1 174:3

**virtue** 91:1

**visit** 47:2 226:7

**visited** 70:16,17

**visits** 230:23

**voice** 177:4

**voicing** 19:5,7

**void** 126:5,6

**vomit** 241:16

**vulnerable** 20:6 125:16

## W

**Wabansia** 14:16 92:12

**Wait** 30:7

**waive** 24:2,14 243:7,20

**walk** 30:23 37:22 86:16 107:2,13 240:20

**walked** 34:16 35:6 45:23 54:4 66:13 104:20 114:22 177:8

**walking** 30:12,17 89:3

**wall** 64:6 66:21

**walls** 42:17

**wanted** 24:17 33:15,16 45:12 49:2, 14,16 68:20 70:1 74:4 129:12,13 131:19,24 132:24 137:12 140:22 204:16 212:16 219:23 220:8 222:4, 7,19,20,21 237:24 238:22,23

**wanting** 52:7

**war** 94:6,11,12,13

**warehouse** 196:6

**wars** 94:10

**watch** 94:23

**watched** 177:2

**watching** 178:21

**ways** 76:18 124:14,15 218:12

**weak** 213:1

**wearing** 101:11

**wedged** 37:7

**week** 48:1,13 50:23 53:16

**weeks** 165:9 184:23 191:7 196:2

**weird** 42:22 153:23 235:7,16

**West** 224:16 229:9

**WGN** 188:15,17,24

**whatnot** 49:15 67:24

**When's** 47:18 57:6

**where'd** 10:3 11:5

**who'd** 11:9

**whoopings** 16:13

**why'd** 10:8 158:19

**wicked** 232:19

**wife** 45:10 127:7 162:5 165:5 166:6 200:7 233:21

**William** 5:22 203:20 210:18 214:5

**window** 36:14,15 37:13,14 38:3 39:11 43:15 54:1 105:15 177:5,9

**windows** 86:22 101:7

**withholding** 113:24

**witnesses** 175:2

**woman** 38:13 126:24

**women** 21:20 51:18 183:24

**woo** 31:8 165:19

**word** 50:11 94:18 135:2,4 225:1,2

**words** 35:18 100:8 135:2 154:12 167:8

**work** 15:10 77:14 178:22 196:2,6 243:16 244:6

**worked** 75:6 134:4

**working** 119:8 123:9 124:18 173:11 195:23 196:4

**works** 201:3

**worry** 29:21 43:9 171:11 195:11

**worst** 127:22

**wound** 46:2

**wring** 74:4

**write** 225:18

**writing** 225:5,17

**written** 243:11

**wrong** 95:24 117:2 131:3 132:8 208:8,13,19

**wrote** 110:15

## Y

**y'all** 171:1

**year** 10:1,19 12:6 158:8 159:7 180:3 186:4,6,9,10 190:2,3,23 192:18 193:2 195:3 226:14

**years** 11:19,20 20:12,14 26:11 27:22 30:14 39:8 123:21 127:2 145:21 161:10 162:9 165:4 184:22 191:18 202:4 223:18 233:15,16,18 235:22 236:8,18 240:22

**yell** 38:13

**yelled** 38:23 108:1,14

**yellow** 135:14

**yells** 37:17

**yesterday** 77:14

**YLO** 92:21

**YLOD** 12:16 240:23

**YLODS** 12:13,20 13:2,7 14:18,23 15:23 18:1 23:14 93:2,3 95:4 116:3 239:24

KENNELLY SAEZ, 09/15/2021

**YODS** 27:18

**young** 12:17 90:8,13,14 173:6
  213:5

**younger** 11:17,19,20

---

### Z

---

**Z-E-H-N-E-R** 6:17

**Zehner** 6:17

**zoom** 5:10 6:6 7:13 77:15 78:2
  79:2,4,8 224:8